Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Kara M. Wolke (SBN 241521)
  kwolke@glancylaw.com
Natalie S. Pang (SBN 305886)
  npang@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff*
*Paul D. Weinberg*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACUTUS MEDICAL, INC.<br><br>SECURITIES LITIGATION | Case No. 22-CV-206-RSH-KSC<br><br>**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br><u>JURY TRIAL DEMANDED</u> |

TABLE OF CONTENTS

I.      NATURE OF THE ACTION ............................................................1

II.     JURISDICTION AND VENUE .......................................................7

III.    PARTIES .......................................................................................7

        A.      Plaintiff ...........................................................................7

        B.      Defendants ......................................................................7

IV.     SUBSTANTIVE ALLEGATIONS ..................................................8

        A.      Overview Of Acutus's Business....................................8

        B.      The Start of the Class Period: May 13, 2021.............14

        C.      Acutus Conducts Its SPO In July 2021, Reaping $88.6 Million In Gross Proceeds.......................................................................27

        D.      Defendants Partially Reveal The Truth About Their Failing Commercial Strategy On August 12, 2021................................................29

        E.      Defendants Admit The Full Magnitude Of Their Failed Commercial Efforts On November 11, 2021 ............................................33

        F.      After The Class Period: Acutus Continues To Struggle......................38

        G.      Regulation S-K Required Defendants To Disclose Their Failing Commercial Efforts ..............................................39

V.      MATERIALLY FALSE AND MISLEADING STATEMENTS..................42

        A.      Defendants' Materially False And Misleading Statements In Connection With Acutus's Q1 2021 Results .........................................42

        B.      Defendants' Materially False And Misleading Statements In Connection With Acutus's SPO..............................................65

C.   Defendants' Materially False And Misleading Statements In Connection With Acutus's Q2 2021 Results ............................................................74

VI.   LOSS CAUSATION.................................................................................86

VII.  ADDITIONAL SCIENTER ALLEGATIONS ..........................................87

A.   Defendants' Access To Information And Core Operations..................87

B.   Acutus Was Reliant On Fundraising To Remain A Going Concern ....91

C.   Acutus's Corporate Scienter Is Alleged ............................................95

VIII. PLAINTIFF'S CLASS ACTION ALLEGATIONS......................................95

IX.   APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ............................................................................98

X.    NO SAFE HARBOR ...............................................................................100

XI.   CAUSES OF ACTION .............................................................................101

FIRST CLAIM.......................................................................................101

SECOND CLAIM...................................................................................104

XII.  PRAYER FOR RELIEF ...........................................................................105

XIII. DEMAND FOR A TRIAL BY JURY .......................................................105

Lead Plaintiff Paul D. Weinberg ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Acutus Medical, Inc. ("Acutus" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Acutus; and (c) review of other publicly available information concerning Acutus.

## I. NATURE OF THE ACTION

1. This is a securities fraud class action on behalf of persons and entities that purchased or acquired Acutus Medical, Inc. common stock between May 13, 2021 and November 11, 2021, inclusive (the "Class Period"), against the Defendants,[1] seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Acutus designs, manufactures, and markets products used in cardiac ablation procedures. Cardiac ablation is the standard of care treatment for cardiac arrhythmias. Millions of people suffer from arrhythmias and those numbers are steadily increasing due to longer life spans and changes in diet and lifestyle.

3. To perform a cardiac ablation procedure, a medical provider gains access to the heart by making an incision in the groin and then inserting one or more diagnostic catheters. Currently marketed mapping systems collect data through contact with the heart chamber wall and create a map of the heart and the electrical

---

[1] "Defendants" refers collectively to Acutus Medical, Inc. ("Acutus" or the "Company"), Vince Burgess ("Burgess") and David H. Roman ("Roman"). Burgess and Roman are collectively referred to as the "Individual Defendants."

activation pathways. Currently marketed mapping systems are very effective in aiding medical providers to diagnose and treat stabler and less complex arrhythmias, such as atrial fibrillation.

4.    Acutus was founded in March 2011 and initially focused its business on selling its disposable products and accessories to be used in ablation procedures, such as catheters and sheaths.

5.    After a few years of generating little revenue and a history of net losses, Acutus sought to create a paradigm shift in the world of cardiac ablation procedures with its AcQMap System. The AcQMap System consists of Acutus's disposable catheter, console, workstation, and proprietary software algorithms. The AcQMap System purports to shorten mapping times and improve precision compared to currently marketed products, allowing it to more quickly and accurately diagnose the sources and maintainers of arrhythmias, especially for unstable, complex arrhythmias. Further, unlike current standard of care products, the AcQMap System is non-contact-based, meaning that it does not touch the heart chamber wall, which Defendants claimed would lessen the potential to cause ventricular arrhythmias.

6.    In July 2016, the Company started to place early versions of the AcQMap System in a limited pilot launch capacity in Europe and in May 2018, the Company started to do the same in the U.S. In late 2019, the Company began installing its second-generation AcQMap System with customers. The Company made its full-scale commercial launch of the AcQMap System in the first quarter of 2020.

7.    The Company represents that it installs AcQMap Systems primarily under evaluation agreements. Under such agreements, Acutus places the AcQMap console and workstation with customers for no upfront fee during an evaluation period, which ranges from 3 months to 12 months, and generates revenue from the sale of disposable products that must be used with the AcQMap System while seeking to reach agreement with the customer for purchase of the AcQMap System in the form of a contractual commitment to purchase a minimum amount of Acutus's disposable

products or a cash purchase at the conclusion of the evaluation period. The Company also enters into deferred equipment agreements where it places the AcQMap System at no upfront cost, in exchange for the customer's commitment to purchase Acutus's disposable products at a specified price for the duration of a term of typically two to four years, with title of the system transferring to the customer thereafter.

8. Acutus's growth strategy focused on increasing its "installed base" (the number of AcQMap Systems placed at customer sites globally, including those under evaluation). Acutus represented to investors that once an AcQMap System was placed with a customer, the customer would adopt the system as their standard of care with respect to ablation procedures, and that they would utilize it frequently, such to drive recurring revenue from purchases of the disposable products that needed to be used with the system.

9. Growing the installed base and increasing physician adoption and utilization of the AcQMap System depended on the strength of Acutus's commercial team. For decades, physicians and hospitals conducting cardiac ablation procedures had used the same contact-based mapping systems and the AcQMap System required them to learn an entirely new set of technologies and equipment. Acutus's sales representatives and clinical specialists (referred to as therapy managers or mappers) had to have a specialized skillset to be able to target customers that were ready, willing and able to learn and adopt an entirely new way of conducting ablation procedures and needed to be able to effectively train and communicate with physicians to encourage physician utilization, guiding them through procedures until they felt comfortable using the system.

10. In May 2020, the Company entered into bilateral distribution agreements with Biotronik SE & Co. KG ("Biotronik"), a global cardiovascular research and technology company. Pursuant to the bilateral distribution agreements, Biotronik markets and distributes the AcQMap System and other Acutus products in Europe and other international markets, and Acutus markets and distribute certain of

Biotronik's products in the U.S. and other international markets. In August 2020, the Company conducted an initial public offering, raising over $182 million in gross proceeds.

11. Following the Company's IPO, Acutus struggled to gain the momentum Defendants had hoped for. When discussing the Company's Q4 2020 results on a public conference call, Defendants admitted that their commercial execution and strategy, especially in the U.S., had experienced some difficulties, but Defendants assured investors that they had made significant changes to address those deficiencies, including hiring a highly experienced Chief Commercial Officer. Defendants assured investors that they expected the installed base, which consisted of 58 units at the time, to continue to grow in 2021.

12. Throughout the Class Period, Defendants touted the strength and progress of the Company's commercial execution, their ability to increase the installed base, and thus drive utilization and adoption of the AcQMap System. For example, at the start of the Class Period on May 13, 2021, in describing Acutus's Q1 2021 results, Defendants noted the improvements in their commercial strategy and assured investors that Acutus could and would increase its installed base by "about *four a month or 12 a quarter.*" At the time, Defendants stated that there were 62 units in Acutus's installed base; thus, Defendants represented that they could and would increase Acutus's installed base to 86 units by the end of the Class Period in Q3 2021. Defendants stated they expected *"improved commercial execution in the U.S. to be a major driver"* of their projected full year 2021 revenue, which they stated would be in the range of *$22 to $30 million*. Additionally, Defendants assured investors that they were executing on their plan for "more rigorous account segmentation, ensuring the right physician training and engagement and driving growth and utilization."

13. In mid-July 2021, Defendants completed a secondary public offering, raising gross proceeds of $88.6 million. The registration statement and prospectus

filed with the SEC in connection with the secondary public offering touted the Company's commercial team, strategy, and execution.

14. Unbeknownst to investors, Acutus was experiencing serious difficulties in its commercial execution. Defendants' commercial organization was understaffed, was overly concentrated in certain geographic areas to the detriment of the Company's growth, and the Company's commercial organization did not have the right background and training needed to grow the business. Also unbeknownst to investors, Acutus had placed a material portion of the AcQMap Systems under evaluation at sites with little to no consideration given to whether the physicians at the selected sites were likely to adopt, or desire to adopt, the Company's products, and in locations where the Company did not have the necessary staffing to sufficiently train and support physicians to encourage physician utilization of the systems.

15. In addition, and unbeknownst to investors, according to a former Acutus employee who operated AcQMap Systems during procedures conducted by physicians, and who was responsible for sales and training during the Class Period, the majority of systems were installed under "research agreements." Under the research agreements, the Company paid physician users $2000-$3000 each time that the physician used the system. Based on the former employee's experience, they did not believe that the Company was growing because its business was derived mainly from such research agreements.

16. Less than one month after completing Acutus's secondary public offering, on August 12, 2021, after close of market, Defendants partially revealed the truth to investors—their commercial strategy was failing. They had only placed eight units since the prior quarter—four short of what they had stated they would achieve, bringing Acutus's installed base to 70 units. Defendants admitted they had not targeted accounts as effectively as they could have and that they would "look to move [some] systems around, bring them back here, upgrade them and redeploy them into the field." Still, Defendants maintained their positive guidance of $22 to $30 million

for 2021 and Burgess reassured investors, ***"Our commercial execution globally is strengthening, and I am confident that we have the right team in place."*** On this news, Acutus's share price fell by over 13%.

17.     Then, on November 11, 2021, after close of market, Defendants further revealed the truth to investors—they revised Acutus's 2021 guidance from $22 to $30 million down to $17 to $17.5 million and admitted that they were tracking a ***full year behind*** the trajectory they had projected during the Class Period. Defendants stated that Acutus's installed base had increased to a mere 71 units—just one unit more than the previous quarter and a far cry from the 86 units they stated they would achieve by this point. Defendants revealed that they would be removing and repositioning a material approximately ***20%*** of the AcQMap Systems under evaluation because those systems were being underutilized or the physician user had relocated. Defendants disclosed that they had initially understaffed their commercial organization and that they had overly concentrated their commercial efforts in the Southeastern and Southwestern U.S., the U.K. and parts of Central Europe, to the detriment of the Company's overall business.

18.     Defendants also for the first time in the Class Period attributed their failure to launch on deficiencies in the AcQMap System's technology. Defendants announced the launch of AcQMap 8, Acutus's new mapping software, which would "help[] physicians actually understand what they're looking at …. [E]very hospital that isn't at the procedure volumes that we want isn't necessarily going to be repositioned. Sometimes they're just waiting for those incremental improvements that we need to deliver[.]"

19.     On this news, Acutus's share price fell $3.02 per share, more than ***45%***, to close at $3.64 on November 12, 2021, on unusually heavy trading volume. Investors lost millions.

## II. JURISDICTION AND VENUE

20.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated there under by the SEC (17 C.F.R § 240.10b-5).

21.    This Court has jurisdiction over the subject matter of this action pursuant to U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

22.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.

23.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III. PARTIES

### A.    Plaintiff

24.    Lead Plaintiff Paul D. Weinberg, as set forth in the previously filed certification (Dkt. No. 12-4), purchased Acutus securities at artificially inflated prices during the Class Period and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

### B.    Defendants

25.    Defendant Acutus is organized under the laws of Delaware, with principal executive offices located at 2210 Faraday Ave., Suite 100, Carlsbad, California 92008.  At all relevant times, Acutus's common stock traded on the NASDAQ Stock Market ("NASDAQ") under the ticker symbol "AFIB."

26. Defendant Burgess served as Acutus's President and Chief Executive Officer ("CEO") since October 2017 and throughout the Class Period, and as a Director of Acutus since June 2013, and throughout the Class Period.

27. Defendant Roman served as Acutus's Chief Financial Officer ("CFO") from February 2021 and throughout the Class Period.

28. The Individual Defendants possessed the power and authority to control the contents of Acutus's SEC filings, press releases, and other market communications. The Individual Defendants were provided with copies of Acutus's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of their positions with Acutus, and their access to material information available to them and not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

## IV. SUBSTANTIVE ALLEGATIONS

### A. Overview Of Acutus's Business

29. Acutus designs, manufactures, and markets tools for catheter-based ablation procedures to treat cardiac arrhythmias.

30. Cardiac arrhythmias occur when the heart beats too quickly, too slowly, or irregularly. Arrhythmias can cause symptoms such as heart palpitations, lightheadedness and fatigue, and if left untreated, they can cause serious health issues, including heart failure and stroke. Numerous factors can contribute to the development of arrhythmias, including genetics, obesity, high blood pressure, and aging. The number of people experiencing arrhythmias has steadily increased due to an aging population and dietary and lifestyle changes. In 2019 and in 2020, there were an estimated 50 million people worldwide that suffered from arrhythmias.

31. Cardiac ablation is the predominant treatment for arrhythmias. Ablation involves using high-energy radio frequencies or extreme cold to target tissue in the heart that is responsible for triggering or maintaining an abnormal heart rhythm.

32. Current standard of care cardiac ablation procedures utilize contact mapping, requiring medical providers to gain access to the heart through an incision in the groin and then inserting one or more diagnostic mapping catheters. The most cutting-edge currently marketed mapping systems sequentially collect data, point-by-point, by contacting the heart surface at multiple locations, which is a time-consuming process whereby it can take 15 to 20 minutes per map. Contact-based mapping also relies on a fixed timing reference to sequence the data points, which prevents these systems from being able to quickly and reliably identify the drivers and maintainers of more complex, unstable arrhythmias.

33. In 2019 and 2020, approximately 1 million ablation procedures were performed globally, reflecting a $5 billion plus global market that is less than 5% penetrated that has been growing at about 9% annually since 2016.

34. Acutus was incorporated in March 2011 and began commercializing its products in 2016. Acutus's wholly owned subsidiary, Acutus Medical NV, was incorporated under the laws of Belgium in August 2013. The Company's financial statements include both its and Acutus Medical NV's accounts, with all intercompany balances and transactions eliminated in consolidation.

35. Historically, Acutus's revenue predominantly consisted of sales of its disposable products—principally its mapping catheter and related access sheaths, and to a lesser degree its transseptal crossing tools, ablation catheters and other accessories.

36. Then Acutus turned its focus to commercializing its AcQMap cardiac imaging and mapping system, which Acutus touted as its "foundational and most highly differentiated product" that it sought to establish as the "paradigm-shifting" new standard of care for cardiac ablation, particularly in cases of more complex,

unstable arrhythmias that standard contact-based mapping systems were less successful in treating. The AcQMap System consists of Acutus's single-use catheter, console, workstation, and proprietary software algorithms. The AcQMap System combines two arrhythmia mapping concepts: the use of ultrasound to create a more accurate image of the heart chamber, and charge density electrical mapping to display the heart's activation patterns and pathways, which Acutus claimed would allow physicians to create a map of the heart chamber and any arrhythmia in under three minutes compared to the 15-20 minutes it takes for most commonly used mapping systems, all without actually making contact with the heart chamber wall.

37. Early versions of Acutus's AcQMap System and certain related accessory products have been used in the U.S. since May 2018 and in Western Europe since July 2016 in a limited, pilot launch capacity.

38. Beginning in late 2019, Acutus began installing its second-generation AcQMap console and workstation with customers and in the first quarter of 2020, Acutus fully commenced the launch of its commercial-grade console and software products for the AcQMap System.

39. Acutus's growth strategy focused on increasing its "installed base" (the number of AcQMap Systems placed at customer sites globally, including those under evaluation). Acutus represented that once an AcQMap System was placed with a customer, the customer would adopt the system as their standard of care with respect to ablation procedures, and that they would utilize it frequently, such to drive recurring revenue from purchases of the disposable products that needed to be used with the system.

40. Acutus's sales representatives are responsible for developing territory business plans, targeting and opening new customer accounts, promoting the benefits of Acutus's products, and driving adoption and utilization of the AcQMap System. Acutus's therapy mappers (also referred to as mappers or therapy managers) provide clinical procedure support and are responsible for training medical providers on how

to use the AcQMap System and Acutus's products in cardiac ablation procedures. Mappers also assist sales representatives in driving utilization and adoption of the AcQMap System. Acutus defined utilization as the number of procedures per AcQMap System per month.

41.    As the AcQMap System utilized entirely different technology and components from standard of care contact-based mapping systems, Defendants needed to carefully target customers that would be willing and able to learn the new system and utilize it such that Acutus would be able to generate revenue from ongoing sales of the AcQMap System disposable products to those customers.

42.    Further, because the AcQMap System required medical providers to not only learn new, complex technology, but also to want to continue to use that technology, the ability of Acutus's commercial teams, specifically, its sales representatives and mappers to effectively train and communicate with medical providers was crucial to driving increases in Acutus's installed base and increases in utilization of the AcQMap Systems in the field.

43.    Acutus represented that it placed its AcQMap System with customers primarily pursuant to evaluation agreements. Pursuant to these evaluation contracts, Acutus placed the AcQMap console and workstation with customers for no upfront fee during an evaluation period, which ranges from 3 months to 12 months, and generated revenue from the sale of disposable products that must be used with the AcQMap System while seeking to reach agreement with the customer for purchase of the AcQMap System in the form of a contractual commitment to purchase a minimum amount of Acutus's disposable products or a cash purchase at the conclusion of the evaluation period. Under such agreements, the Company had the right to remove the unit if it was not being used according to expectations.

44.    Acutus also represented that it sold the AcQMap System to customers along with software updates on a when-and-if-available basis and equipment service and entered into deferred equipment agreements that were generally structured such

that the Company agreed to provide an AcQMap System at no up-front charge, with title of the device transferring to the customer at the end of the contract term, in exchange for the customer's commitment to purchase disposables at a specified price over the term of the agreement, which generally ranged from two to four years.

45.     In addition, according to a former Senior Therapy Manager (the "Former Employee") who worked for Acutus from 2019-2022, Acutus placed AcQMap Systems pursuant to "research agreements," whereby the Company paid physicians $2000-$3000 each time that the physician used the system.

46.     During their tenure, the Former Employee was responsible for sales and training and would operate the AcQMap System during procedures conducted by physicians.  The Former Employee, a trained nurse with 15 years' experience in electrophysiology, was hired by Acutus to work in the Northeastern U.S. but traveled all over the U.S. to attend procedures (including as far as California) and went to Europe once for a two-week period.  The Former Employee reported to VP of Sales Arin Barooah, Midwest Regional Manager Brett Douglas and East Coast Regional Director Brandon Allen.  Allen was a direct report of Burgess.

47.     In the Former Employee's experience, the majority of physicians using the system were brought in by Chief Strategy Officer Peter Elia, VP of Sales Cesar Fonte, or VP of Sales Barooah, and were using the AcQMap System pursuant to research agreements.  The Former Employee could only recall one or two systems that were *not* installed pursuant to research agreements.

48.     Further, in most of the procedures the Former Employee attended, there were two systems in the room—the physician would typically use a competitor system in the course of the actual procedure, and then would open the catheter for the AcQMap console for the purpose of collecting the fee and being able to represent that the AcQMap System had been used.

49.     Based on the Former Employee's experience, they did not believe the Company was actually growing because the Company's business was derived

predominantly from paid research agreements which did not encourage physicians to meaningfully utilize or adopt the AcQMap System.

50.     In May 2020, the Company entered into bi-lateral distribution agreements (the "Bi-Lateral Distribution Agreements") with Biotronik SE & Co. KG ("Biotronik"), a multi-national cardiovascular biomedical research and technology company headquartered in Berlin, Germany.  Pursuant to the Bi-lateral Distribution Agreements, the Company obtained a non-exclusive license to distribute and market Biotronik's suite of diagnostic and ablation catheters in the U.S., several European countries, Hong Kong, China and Canada under the Company's private label, and Biotronik markets and distributes the AcQMap System and other Acutus products in Germany, Japan, Mexico, Switzerland, Eastern Europe, several countries in Asia-Pacific, the Middle East and South America.

51.     The Company has incurred net losses since its inception in March 2011. With limited revenues to date, the Company has primarily financed its operations via capital raising activities.  Prior to its initial public offering, the Company financed its operations primarily by aggregate net proceeds from the sale of its convertible preferred stock and principal of its converted debt of $253.9 million, as well as other indebtedness.

52.     In August 2020, Acutus completed its initial public offering, selling over 10.1 million shares to the investing public at $18 per share and generating over $182 million in gross offering proceeds.

53.     Following Acutus's successful IPO, the Company's commercial execution stalled, especially in the U.S.  Defendants admitted that although their commercial execution and strategy, particularly in the U.S., had lagged behind their expectations during their rocky first year, but Defendants assured investors that they had made significant changes to address those deficiencies and that they expected to keep growing Acutus's installed base in 2021.  For example, in the months preceding the start of the Class Period, on March 2, 2021, Acutus announced in a press release

the appointment of a Chief Commercial Officer ("COO"), Duane Wilder ("Wilder"). In the March 2, 2021 press release, Acutus touted Wilder's over 25 years of commercial experience in the medical technology industry and Burgess was quoted as follows:

> Duane is a world-class commercial leader with deep expertise … and is perfectly suited to lead our market expansion efforts[.] **_His specific experience bringing highly innovative and disruptive products to the market and successfully challenging entrenched competitors will be invaluable to our commercial efforts._**

54.     On a public conference call to discuss the Company's Q4 2020 results on March 18, 2021, Burgess stated:

> **_While we are seeing strong execution and sales performance…we have not achieved our goals in the U.S.  Despite hiring some of the absolute best and brightest from the electrophysiology community into our commercial organization, we have been slow with the initiation of some of our installs and struggled to drive uptake and consistent utilization._** COVID has, no doubt, layered significant challenges …. However, it is my view that there are other execution factors at play here, primarily related to inadequate targeting, physician segmentation and proper training and direction of our commercial team.  I take full responsibility for this.  After careful self-assessment, I decided to bring in a battle-tested former colleague of mine, Duane Wilder, to run our commercial organization as Chief Commercial Officer.

**B.     The Start of the Class Period: May 13, 2021**

55.     After the close of trading on May 12, 2021, Acutus issued a press release announcing its results for Q1 2021 (the "Q1 2021 Press Release").  The Q1 2021 Press Release highlighted the Company's progress on its "key strategic initiatives," including its commercial execution.  The Q1 2021 Press Release quoted Burgess as follows:

> **_We are pleased with the progress on several key strategic initiatives, including improved revenue performance and commercial execution_** …. In the face of regional COVID-19 headwinds, **_our commercial teams are driving accelerated uptake for our complete guided ablation_**

*solutions globally* …. Our Europe direct organization and Biotronik partnership led the Company's first quarter performance, and *we continue to see strong execution from these teams. In the US, we are encouraged to see this part of our business gaining momentum as end-markets improve.*

56.    The Q1 2021 Press Release stated that revenue had increased to $3.6 million compared to $1.6 million in the first quarter of the previous year, noting that "the improvement over the same quarter last year was driven by increased direct sales of Acutus disposables, sales of the AcQMap consoles, and distributor sales through the Company's partner, Biotronik."

57.    That same day, Acutus held a public conference call to discuss the Company's performance (the "Q1 2021 Call"), wherein Defendants further touted the success of the Company's commercial execution.  Burgess stated:

*I will also comment on our first quarter results, which highlight improved performance in our business and commercial execution, amidst ongoing turbulence in our end markets* ….

During our last earnings call*, I set forth 3 strategic priorities that will drive our business and guide our focus. These include technology and innovation leadership, commercial execution and operational excellence.* I'd like to provide an update on each of these pillars ….

*Turning now to our second key priority, commercial execution.   In Europe and the U.K., our direct and Biotronik distribution teams continued to drive solid case volumes and capital sales and placements. These operating segments led our first quarter results, and we continue to see solid performance from these groups, despite an ongoing COVID headwinds in major European markets.*

*As for the U.S., we are seeing improved momentum in this business. Our new Chief Commercial Officer, Duane Wilder, who joined us in March is providing great leadership direction and a disciplined go-to-market strategy.  We are executing on our plan for more rigorous account segmentation, ensuring the right physician training and engagement and driving growth and utilization.*

58.     During the Q1 2021 Call, Defendants also touted the expanding installed base of AcQMap Systems.  Specifically, Burgess stated:

> We increased the worldwide installed base of second-generation AcQMap consoles to 57 at the end of Q1, up from 51 at the end of Q4, bringing the total installed base of AcQMap consoles to 62 as of March 31, 2021, versus 58 at the end of last quarter.
>
> We exited the quarter with a good backlog and have seen placements pick up with 4 net new installations already completed as of April 30, equaling our net additions in all of Q1.  ***Importantly, many of the new system placements so far in 2021 are at major academic and high-volume community institutions, consistent with our strategy to be more targeted with capital placements.***

59.     During the Q1 2021 Call, Defendants also touted the improvements in procedure volumes and utilization.  Specifically, Burgess stated:

> In the United States, we saw progressive improvement in utilization per system per month, with March utilization rates about 50% above those we saw in January with the COVID impact on procedure volumes moderating.  We do see some lingering COVID impacts as it relates lab access for medical device vendors, thus limiting some of our ability to train both physicians as well as our own mappers.  In addition to some limitations on access, the capital equipment environment remains somewhat constrained, and contract processes are still longer than we'd expect in a normal operating environment.  All that said, we continue to believe that more of the burden is on us to execute in the U.S. versus the impact of the external environment.  ***Recent trends are encouraging, the team is showing stronger execution, and we are optimistic that this will continue.***
>
> In the U.K. and Europe, the dynamic is quite different, as COVID remains a significant issue for much of the region.  During the first quarter, only half of our consoles were consistently active due to hospital and government restrictions on elective procedures.  ***Importantly, within active centers, procedure volumes and console utilization has doubled versus the prior year, reflecting solid commercial execution as well as the benefits of having our mapping and ablation product lines on the market over there.***

60.     On the Q1 2021, Defendants further touted the strength of the Biotronik commercial team.  Specifically, Burgess stated:

Lastly, our partnership with Biotronik continues to deliver strong results. While installations were delayed due to COVID, and there is concentration in markets like Germany where elective procedures have largely been on hold, we are starting to see improvements.  ***The Biotronik commercial team remains heavily engaged on training and implementation, and we expect this collaboration to be a critical driver over the short, medium and long term.***

61.     On the Q1 2021 Call, Roman also touted the Company's commercial execution and projected full year revenue to be $22 million to $30 million. Specifically, Roman stated:

***[W]e are keenly focused on the variables that we can control, such as commercial execution, product launches and manufacturing.***  As a result, we expect to see continued sequential improvement in the second quarter and project sales to range between $3.8 million and $5 million. Based on current trends and planned internal initiatives, we continue to anticipate a more meaningful step-up in Q3 and Q4….

On our last earnings call, we outlined 5 key factors to support this growth throughout the year, and I'd like to give you an update on each of these drivers.  The first is the timing of capital sales and conversions.  We have several evaluations that are reaching completion.  Our teams are working to convert these into capital sales leases or catheter utilization deals….

Lastly, ***we continue to expect improved commercial execution in the U.S. to be a major driver.  We are strengthening and expanding our team, investing in critical training resources and ensuring we have the right level of account coverage.***  With the first quarter now complete, and taking into account our second quarter guidance, we reiterate our view that 2021 revenue will be heavily weighted to the back half of the year, reflecting the aforementioned drivers and the well-documented headwinds we experienced entering the year.  ***Putting this all together, we continue to project full year revenue to be in a range of $22 million to $30 million.***

62.     Burgess further stated on the Q1 2021 Call:

As I reflect on the cadence of our performance in the first quarter and here early in the second quarter, the trajectory of our business is gaining momentum. ***Our commercial execution globally is strengthening, and I'm confident we have the right team in place.***

63.    On the Q1 2021 Call, when asked by an analyst what gave Defendants confidence that AcQMap System placements would improve greatly in Q3 and Q4 2021, Burgess engaged in the following dialogue:

<Q - ROBERT JUSTIN MARCUS>: Just wanted to start, as we think about guidance for the rest of the year, 2Q probably came in just a hair lower than where The Street was thinking. Placements in first quarter were a bit lower. It's still calling for a pretty meaningful acceleration in third quarter and fourth quarter. So I'd say, a, what gives you confidence that sales can accelerate like that in third and fourth quarter? And what kind of environment is that assuming?

And then, b, how should we think about the balance of what you're assuming for new system placements and then utilization of system placements to get to those revenue numbers?

<A - VINCENT J. BURGESS>: So in terms of the environment that's all kind of predicated on, I think we're kind of assuming, as we get into the back half of the year in the U.S., we're looking at an environment that approaches normalcy. So the -- really, the lingering thing we're seeing primarily on the East Coast and kind of Northern Midwest is some continued friction in terms of access to labs. So we can bring one person in versus one person plus a mapper trainee or something like that. ***But other than that, I mean, I think most of our accounts are kind of up and running pretty close to normal operations.***

Europe, we've -- we're assuming that Europe will be relatively light in August as it normally is from a procedural perspective and then start to get back towards normalcy in September, October and November, which have been historically quite good for us over there. And then, obviously, the seasonality in December with the holiday and whatnot, we expect some kind of a normalized kind of reduction there. So I mean, that's kind of my sense of just the overall environment.

***In terms of systems placements, I mean, I think the models have it pretty well that I've seen most recently, have it pretty well right in terms***

*of what we think we can do in terms of placements. **Q1, in the prior call when we talked about how we were thinking about Q1, I tried to get across that with the targeting that we were really focusing in on and with adding Duane and really thinking about where we place our systems, the types of physicians we want to be working with at this phase of our evolution,*** I kind of had the sense that we would probably move a few consoles around, and it might be a little bit lighter than the rest of the year in terms of placements. And then as we came into Q2, things would start to ramp up again. And as I mentioned in my prepared comments, I think our net new adds in April alone in terms of installed base equal to Q1. ***So I think we're on track now. Just Q1 was just a little light, almost intentionally. We really wanted to make sure everything we installed was in the right place, the expectations were set properly, and we have the right docs identified.***

64.     When asked for more detail about Defendants' confident projections on the Q1 2021 Call, Burgess engaged in the following colloquy and reiterated that the strength of Acutus's mappers and sales reps were key drivers:

<Q - MALGORZATA MARIA KACZOR ANDREW, PARTNER, WILLIAM BLAIR & COMPANY L.L.C., RESEARCH DIVISION>: Maybe first one for me. You guys brought Duane on board. You've talked about these commercialization changes. Can you give us a good sense -- it's a twofold question. So one, can you give us a sense of utilization within accounts? The March rates were encouraging, but as we look at that, is that coming from accounts reopening back up post-COVID or share taking within them?

And then as we think about utilization climbing from here, what's being assumed in some of those guidance assumptions and the ranges?

<A - VINCENT J. BURGESS>: We're dealing with small numbers of hospitals and accounts, relatively speaking. In Europe, over half of our consoles basically have been down in all of Q1 due to -- 100% due to COVID. So we – and we're -- a couple -- some of them are still down or doing very light procedural volume, and some are actually still going up and down. In Rotterdam, the Netherlands, Belgium, we're still seeing some slowdowns and then return to work.

We are seeing generally, though, the centers getting back online. In the U.K., they brought these state-of-the-art hospitals that were really state-

of-the-art EP labs over the last 6 or 9 months down into basically field hospitals to deal with COVID. And now they're bringing them back up into state-of-the-art EP labs again.

And if you talk to our folks on the ground, it's taken a little bit longer than expected to get there, but they are getting there, and we expect the U.K. probably to lead the charge in terms of coming back up to more normal utilization levels. ***We are on our update call with the entire European team for a couple of hours this morning getting an update, and this is just an outstanding team, highly mature, very experienced and tenured group with a great handle on the business, and we feel like they're properly positioned with the right customers.*** This product and the technology is generally being used in the more complex procedures, and we're -- we see that we are becoming the technology, the product of choice in redos and more complicated persistent patients and complicated tachycardia. ***So that's how we drive utilization there.***

…. The U.S., I would say the U.S. is a bit more of a mixed bag. We have accounts that are rolling nicely and generating pretty consistent utilization. We have a number of accounts that have had very low utilization in the last quarter.

…. ***But for us, it's all about making sure that our mappers are well trained, we have the right message. We're -- one of the things we're really leaning on heavily now is training our U.S. mappers to deliver over the core, the boundary diagnostic and ablation strategy that came out of our European experience over the last couple of years, which was written up in kind of a cookbook step-by-step fashion in that core-to-boundary paper out of Oxford. And that -- having that recipe, that playbook for our mappers and our sales reps to deliver over to U.S.-based EPs I think is going to serve us very well.*** So those are some of the kind of the key drivers.

65.    On the Q1 2021 Call, Burgess engaged in the following dialogue with an analyst about how Acutus had implemented its first year learnings into its commercial strategy:

&lt;Q - WILLIAM JOHN PLOVANIC&gt;: Okay …. But what is the first year learnings or the launch earnings? How have you implemented that into the commercial strategy, both direct in the U.S., OUS and with your distributor partners?

<A - VINCENT J. BURGESS>: Yes. We -- in talking with our European team, we really spent a lot of time on that in the last couple of months, making sure we're crystallizing that and trying to think about how it translates into the U.S.

*So Europe, feel great about not only where we are, but where we're headed utilization wise and where we're headed in terms of additional console installs and ablation…. So we're trying to bring that over now to the U.S. I think for me, the #1 -- 2 things, I guess. Number one, we need to do a better job of bringing over that European experience in our training of our commercial team here in the U.S., and we're really focused in on that.*

*And number 2, it's really about targeting, and when I say targeting, the place for us to go is centers where there are one or more physicians who aren't satisfied with their current procedural technique for persistence, for redos, for tachycardias and are ready, willing and able to think about modifying their workflow, modifying their technique to try and improve their acute and long-term success and -- versus just taking a cool new system that has a lot of whizbang sort of optics to it, but be unwilling to actually modify their technique.*

<Q - WILLIAM JOHN PLOVANIC>: That's actually really helpful. And then, Vince, how does that translate into the funnel of potential accounts, as you said, the targeting? Does that take the funnel of what you originally expected and cut it down by 10%, 50%, 90%? How should we think about that in terms of kind of this initial ramp?

And then as you think of the accounts that have come on board, I think you gave us some clarity on that the U.S. accounts are doing the more difficult cases, and it's really that's what they're using it for, have you seen it kind of move into that paroxysmal case yet? And those are my questions.

<A - VINCENT J. BURGESS>: *As you look at our initial models that we've worked to our analysts to put together last spring and the rollout of consoles and the pace of those consoles and just the sheer number of consoles set against the total number of EP rooms in the U.S. and around the country, we mapped out a pretty modest share of rooms.*

When you go around the world and you talk to doctors about how they feel about the tools they have and how confident they are in their success rates in treating persistent cases and redos, and quickly treating tachycardias that are complex, the vast majority of the physicians we talk to feel like there's plenty of room to improve.

Now not all of them want to go through the sometimes arduous process of changing workflow to do that, and those folks probably aren't for now, for us. *A lot of these physicians however, give all the signs of being ready, willing and able to roll their sleeves and do that work and work with us. And I would say there are plenty of EPs out there that feel that way, and certainly a sufficient number to hit that 3-and 5-year kind of rollout trajectory that we spelled out a year ago. So I see no major change in how we think about the funnel based on what we've learned and experienced.*

66. On May 13, 2021, Acutus participated in the Bank of America Global Research Healthcare Conference and reiterated their positive forecast (the "May 13, 2021 Call"). When asked for more detail about Defendants' $22 to $30 million guidance for 2021, Roman engaged in the following dialogue:

<Q – BRADLEY THOMAS BOWERS>: So just to kind of start off here. There's a lot of interest around the IPO for the company. Things have kind of gotten off to a slow start here. So I was wondering if you could maybe help us give some more granularity on how you went about building the guidance for Acutus this year, and how you're landing in the $22 million to $30 million range.

<A – DAVID ROMAN>: …. [W]e had a number of factors that was COVID or otherwise that negatively impacted the trajectory of sales early in the quarter.

As we closed out Q1 … We started to look at what was the—what types of improvements were you seeing throughout the first quarter. And what we were seeing that gave us confidence, that we could continue …. we did see a 50% increase in the utilization rate in the U.S. from January to March. We have, by no means, assumed that level of utilization increase persists through the rest of the year. *But as we've seen utilization rates increase across our major centers, we've assumed a modest*

*continuation in greater utilization as we go through the balance of the year.*

The second dynamic at play is our -- around capital sales.  So we didn't know -- we only executed one capital sale in the U.S. in Q1.  *We do have several evaluations coming up for -- coming into completion, and we would expect the pace of capital sales to ramp throughout the year as those evaluations conclude and hospital transition either to cash sales, catheter deals or a leasing model…..* And we have -- of the 62 units we have in the field right now, a cumulative 16 have been converted to capital sales or some type a catheter deal.  *So we have a large pool of opportunity as the valuations come up for agreement for -- to completion.*

*We do not have an overly aggressive assumption with respect to how many we convert, but that is a big lever as you get low end to high end, and the second is clearly utilization on a global basis.  The low end would assume you see very little improvement in utilization from where we are today, and the high end would assume you see a greater improvement in utilization.*

67.     On the May 13, 201 Call, when asked about the rate by which Defendants could increase Acutus's installed base going forward, Burgess engaged in the following exchange:

<Q - BRADLEY THOMAS BOWERS>: ….  So l just kind of want to get an understanding of what maybe like a near-term goal of placements per quarter might be or is a reasonable maybe sort of like a baseline or like a run rate on where you think that you could really deliver per quarter going forward?  Where you can say like, okay, we're placing a good amount of these each quarter?

<A - VINCENT J. BURGESS>: *l mean, l think a reasonable pace for us to expect and to execute on globally is about four a month or 12 a quarter globally, including what we sell, place or rent through our own direct organization and through our Biotronik partner.*

68.     On the May 13, 2021 Call, Burgess engaged in the following exchange when asked about how Defendants expected to achieve increased utilization and growth:

> <Q - BRADLEY THOMAS BOWERS>: Got it. And you touched on that a little bit at the end there, but I just wanted to go a little bit deeper on kind of what that normal utilization looks like. I mean, obviously, we're entering probably the first quarter for you as a public company where you can kind of see this normal utilization path to like, what does that look like for the doctors? How does that progress? And where does the growth really come from deeper penetration versus like placement?
>
> <A - VINCENT J. BURGESS>: Yes. What I would say is, and we commented on the earnings call yesterday that we are -- we still see a very large standard deviation and utilization from account to account. So where we -- first of all, we got to get through COVID in Europe, that will be really helpful for us. The centers that are up and running are seeing very, very healthy utilization. They utilize our systems primarily in complex cases. And the -- we happened to be in centers that are referral sites for complex cases. Someone fails out after a cryoablation or an RF ablation, and they're having a redo done. We are increasingly becoming the go-to mapping system for that second and third shot at the patient. That's -- there's a huge unmet medical need there, and we are happy to fill that need.
>
> In the United States, again, there's a pretty high standard deviation of utilization. We, certainly, have sites that are using our system 4, 5, 6 times a week. ***We also have sites that are still very early in the learning curve, and we haven't really spread the knowledge of what the system can do around beyond that first champion that helped get us in there in the first place, and we just still have work to do.***
>
> ***We're also still maturing our clinical organization and our -- we call our therapy managers, our mappers. Those teams are still maturing along with the customers that they serve …. So if you take Southern California, for example, we have a significant number of systems here. We have some of our most experienced mappers here and sales reps here. And we are seeing really, really impressive and encouraging utilization and revenue -- and consistency in revenue.***

*In other areas where we've got these, I call them, power pods, we've got these pods of mappers, sales reps, AVPs that are still coming up the learning curve. And with that additional learning curve, as we see in Southern California, the Southeastern U.S. and in Europe, you see far better utilization. You see great case outcomes.*

<Q - BRADLEY THOMAS BOWERS>: Okay. Got it. And then -- that's helpful. So I appreciate that color there. Just going back to one that I -- one answer that you've given before, just to clarify. But can you clarify on how many of those 4 boxes per month do you think that you can place? How many of those are sales versus placements?

<A - VINCENT J. BURGESS>*: I would say that the 4 a month are systems which we put into service under some agreement.* So it will be under a contractual agreement …. And again, this is an average. *It's not going to be exactly 4 a month, every month, but we think that is the general cadence that we can and want to achieve* because, again, we have to hire mappers and support teams in concert with those placements. We can't just place a system without a team.

The 4 a month is going to be a combination of long-term evaluations. There will be some immediate sales. We had one of those last quarter. There will be lease type deals and that sort of thing. So that's a combination of all the above, including units that we rent to Biotronik or sell to Biotronik for cash.

69.     When asked about the Company's slower-than-expected growth on the May 13, 2021 Call, Burgess emphasized the impact of COVID on the Company's growth and made assurances that the situation had changed:

<Q - BRADLEY THOMAS BOWERS>: Okay. Got it. Yes. No, I think that's an important clarify. And then so just kind of one last one here on, I guess, the financial like the near-term trajectory and the growth outlook before maybe moving on to the rest of the business and what you guys are actually doing.

But obviously, things are a little bit different. The Street model, since right after the IPO for just, say, 2021, are a little bit less than half of what it was right after the beginning there. So I was just kind of curious to hear about where you think the business is today versus where the Street kind of thought around the IPO? *And sort of where that growth*

*trajectory -- where it could be? Is it the type of thing where now it's just everything is still on track just maybe 6 months to 9 months step back? Or is there any way that you think that you can sort of accelerate the growth and really fill into what the expectations might have been in some of the out years after maybe a little bit of a near-term hiccup?* Like how should we be thinking about that?

<A – VINCENT J. BURGESS>: Yes. I mean I'd say this. Look, we did our best to crystal ball or Ouija board what the heck was going to happen with the world in COVID, in a COVID environment back in the summer of last year. Obviously uncharted territory for all of us.

I think the second wave that hit the U.S. and Europe in the October-November time frame hit us harder than we would have thought, and it hit us in a couple of ways. One way is clear and obvious and the other is a little bit more subtle. So the first way that it hit us was simply put, I mean, a number of our hospitals in the U.S. and Europe and the U.K. slowed down their procedures, in some cases, shut down their procedures.

\*\*\*

I think the more subtle, but maybe equally important impact that COVID and the second wave of COVID had on us, had more to do with access. So it would -- the second wave and some of the dysfunction that everybody was facing during that second wave, frankly, made it harder for our people, our mappers, our reps, our AVPs to get in front of customers and get mind share because people are just trying to figure out how to keep their hospitals afloat and their families safe during these times.

*The other issue is training and access to our own people.* Because typically, the way this business works in EP and our competitors, J&J and Abbott, do this. This is foundational to this business. The way you train up a mapper, a clinical specialist that runs the system, is you kind of handcuff a new mapper to an experienced mapper, and they go do cases hand-in-hand for 3, 4, 5, 6 months to get that new person really up to speed and up to kind of [ninja] status.

*Most hospitals in Q4 and Q1, Q4 of last year and Q1 of this year, would allow a mapper to come in, but they would not allow that trainee to*

*come in. They wouldn't allow 2 people. So -- and they certainly wouldn't allow a bedside sales rep, which we also typically like to bring into new accounts to teach the interventional techniques that are required to manipulate the catheters when we launch into an account. So both of those impacts really had a subtle but significant impact on our ability to develop the market and to develop accounts the way we wanted to.*

*That is waning.* And I would say everywhere, but the Northeast and the upper Midwest right now where they still have some of these restrictions in place, we generally have pretty good access. *Well, we certainly have good access to our customers now. And I would say we generally have access to bring in multiple people, including trainees in most accounts.*

### C.    Acutus Conducts Its SPO In July 2021, Reaping $88.6 Million In Gross Proceeds

70.    Acutus filed for a Secondary Public Offering ("SPO") in July 2021.  The Company filed a Registration Statement on Form S-1 with the SEC on July 12, 2021. On July 15, 2021, Acutus issued a Prospectus pursuant to Rule 424(b)(4).[2]

71.    The SPO Materials touted Acutus's commercial strategy and the strength of its commercial team:

We have strategically developed a direct selling presence in the United States and select markets in Western Europe where cardiac ablation is a standard of care and third-party reimbursement is well-established…. In the United States and Western Europe, our target market is highly concentrated.  *We plan to leverage the concentrated nature of procedure volumes and the recurring nature of our sales to drive an increasingly efficient commercial model.*

***

---

[2] The Registration Statement on Form S-1 Acutus filed on July 12, 2021 and the Prospectus on Form 424(b)(4) Acutus issued on July 15, 2021 in connection with the SPO, and the documents incorporated by reference therein, are referred to as the "SPO Materials."

*We have taken and continue to take a measured approach to account targeting and physician training.  We have assembled a team with in-depth knowledge of the target markets in which we compete and seek to compete.  As of March 31, 2021, our commercial organization consisted of 75 individuals with substantial applicable medical device, sales and clinical experience, including sales management, sales representatives and mappers, who act as technical and clinical support personnel on site in the electrophysiology lab during procedures…. As we grow the size of our direct and indirect sales organizations, we will continue to take a proactive approach to training our sales force across the organization, allowing us to maximize cross-selling opportunities and drive adoption across our portfolio.*

\*\*\*

*Our deep commitment to understanding the needs of our customers has allowed us to develop and commercialize a platform with a differentiated value proposition …. Additionally, our commitment to disrupting the industry and evolving a decades-old standard of care has also allowed us to attract a highly experienced commercial organization that has medical device sales and clinical expertise, specifically in the electrophysiology, interventional cardiology and cardiac rhythm segments[.]*

72.     The SPO Materials stated that about 40% of the expected proceeds from the SPO would go to supporting the Company's commercial expansion:

We estimate that the net proceeds from the sale of our common stock in this offering will be approximately $71.9 million (or approximately $82.7 million if the underwriters exercise their option to purchase additional shares in full) …. ***We currently intend to use the net proceeds from this offering as follows: approximately $30 to $35 million to support our commercial expansion, including hiring additional commercial personnel***, approximately $20 to $25 million for our research and development activities, and the remainder, if any, for general corporate purposes.

73.     Acutus closed the SPO on July 19, 2021, reaping $88.6 million in gross proceeds.

**D.    Defendants Partially Reveal The Truth About Their Failing Commercial Strategy On August 12, 2021**

74.    On August 12, 2021, after the market closed, Defendants issued a press release (the "Q2 2021 Press Release") and held a public conference call (the "Q2 2021 Call") regarding Acutus's Q2 2021 results.

75.    On the Q2 2021 Call, Defendants touted their commercial strategy and the increase in Acutus's installed base, stating that they had increased the installed base by 8 systems—four short of what they had stated they could achieve in May 2021.  Specifically, Burgess stated:

> ***Over the past several months, we have seen ongoing improvements across our 3 strategic pillars: technology and innovation leadership, commercial execution and operational excellence.***
>
> \*\*\*
>
> We increased the worldwide installed base of second generation AcQMap consoles to 68 at the end of 02, up from 57 at the end of Q1, bringing the total installed base of AcQMap 8 consoles to 70 as of June 30, 2021, versus 62 at the end of last quarter.  ***We exited the quarter with a strong funnel and expect to see continued growth in our installed base through the rest of the year.  As discussed previously, we continue to focus not only on growing our installed base, but also targeting the right accounts for sustainable utilization.  During the second quarter, we saw these efforts take hold with several new customers now performing procedure volumes within the top quartile of utilization.***  At these same accounts, we saw active reorder rates during both exiting Q2 as well as here early in Q3.
>
> \*\*\*
>
> As I reflect on the cadence of our performance in the first half of the year, I'm pleased with the trajectory of our business.  ***Our commercial execution globally is strengthening, and I am confident we have the right team in place.***

76.    Roman reiterated Burgess's positive outlook and stated on the Q2 2021 Call, stating specifically:

*For the full year, we are maintaining our guidance range and expect revenue to be in a range of $22 million to $30 million. We recognize the wide range in this outlook for the second half of the year. This largely relates to the variables in the external environment as well as the extent to which our business is influenced by capital orders and conversions.*

The lower end of our guidance range requires a similar improvement in the second half of the year as to what we have seen on a year-to-date basis. The Q4 to Q1 and Q1 to Q2 improvements in our business primarily came from new account openings, increased same-store utilization, higher new product contributions and moderating but still present COVID headwinds. At the mid-to-high end of our guidance range, we would need to see an acceleration in these key drivers, normalization of end-market conditions related to COVID and higher capital equipment conversions. As it relates to the phasing of sales through the back half of the year, we would expect a disproportionate weighting to the fourth quarter. This is largely tied to the potential for short-term COVID disruptions, some enhanced seasonality due to extended vacations and time away from the hospital in several key centers and geographies and the resulting impact and timing of reorder rates and new system installations. Based on the electric procedure volume patterns observed in 2020, we think it is very reasonable to expect any procedure volume disruption to prove transient.

77.    On the Q2 2021 Call, an analyst asked what made Defendants confident that they would achieve the lower end of the midpoint of Acutus's guidance, and Roman and Burgess engaged in the following exchange:

<Q - SARAN BASKAR; JPMORGAN CHASE & CO, RESEARCH DIVISION>: …. So, if I look at the midpoint, $26 million in sales for the full year versus about 8 -- just over $8 million in the first half. What are you seeing right now in the quarter that gives you the confidence that either utilization or new placements can get you to the lower end or the midpoint of that guidance? I mean what are you seeing so far that gives you that confidence?

<A - DAVID HARRISON ROMAN>: Sure. Let me just frame that a little bit. If I look at the year-to-date drivers -- and the way I think about that is, *the improvement in our revenue from the fourth quarter to the first quarter and the first quarter to the second quarter -- what the*

*drivers of that were, as I said, new account placements, new product adoption and increased utilization.* As I look at each of those -- let me start with new account openings. We opened a number of accounts very late in the second quarter, what I would describe as really the last week of the second quarter. And those accounts where we opened late, we are seeing very strong uptake in utilization .... At the same token, those new accounts that we opened at the end of the second quarter really had no contribution to second quarter revenue, and we should see the contribution of those sequentially start to increase in Q3 versus Q2 as well.

*And then the last piece of the puzzle here, and this is a very important variable, both in Q2 and for the rest of the year is, how we execute against capital conversions.* And just to remind you and everybody on the call, well, the increase in our installed base is not necessarily reflective of a capital sale. Remember, we place systems under evaluation and later aim to convert those to a capital sale. *So we have a number of systems coming up for evaluation in -- where that evaluation has completed, where we expect to convert those to capital.* We already have converted -- we already have seen conversions here in the third quarter.

<A - VINCENT J. BURGESS>: I mean, I would also comment that *our commercial team is in the U.S., in particular, and Europe, is really coming together. We added a new chief commercial Officer, Wayne Wilder. And I think March 1 of this year. And the team is really gelling as we sit here today.* And if you look at our direct revenues in Q4 of last year, as set against our direct revenues in Q1 of this year and then Q1, as set against Q2, *the team is figuring out the formula here for driving installs, driving utilization, driving engagement with our docs.*

78.    On the Q2 2021 Call, when asked about how Acutus's onboarding strategy for new accounts had changed, Burgess engaged in the following exchange:

<Q - WILLIAM JOHN PLOVANIC>: Great. And if I could follow-up with the question, Vince, we've talked about this. When you're launching a new product, it's getting that reproducibility, repeatability of the process. *You've talked in the past about onboarding an account and the things you've learned over time. I'm curious, how much has that changed over the past 90 to 100 days since you last revisited that at*

*least with the investment community?  And how should we think about that in terms of repeat...*

<A - VINCENT J. BURGESS>: *I think over the last 3, 3.5, 4 months, we've gotten a lot better at onboarding accounts.* And not to get too into the weeds here, but *I think one of the things that we've learned is that when you have a brand new physician user looking at these -- the mapping system and the results, the images that come out of the mapping system, there's a temptation to go right into the most complex, nastiest, multiple redo case possible, so that we can show the clinical utility of our product out of the gates.  That kind of makes sense, but it's also pretty risky because if the doctor doesn't -- as a doctor, interpreting what he's looking at and planning his therapy strategy and maybe even believing what he's looking at, that can be an uphill battle.*

*What we do now, typically, is we actually as close as we can to mandate our physicians use our mapping system in simple cases in the first couple of cases*, where we know what that rhythm is going to look like, science rhythm or typical flooders, something like that.  And the doctor has it in his or her mind what that map should show.  If it has the fidelity and the reproducibility you want, and the visceral effect that we have when we actually go in there with our catheter and show the physician exactly what he expected to see or she, that builds credibility and confidence much more quickly.  *And it sounds like kind of a nuance, but that approach has had a very significant effect on the uptake on a physician-by-physician basis.*

79.     Although Defendants touted the strength and progress of Acutus's commercial strategy on the Q2 2021 Call, they revealed that Acutus would need to remove or reposition "some" of the AcQMap Systems that were under evaluation agreements.  Specifically, Roman stated:

*On your first question about the pace of installs and the strategy around identifying productive accounts and moving systems around, we are actively doing that.* There is very little value to us and actually, anyone in the ecosys, the patient or us having a system in a site that doesn't make sense.  And that can be the result of the physician champion has left.  *It can be the result of the fact that we, quite frankly, in our early commercial launch did not tick the right accounts into which to install these systems* or there can be a variety of other factors at play.

1

2  *So we will look to move systems around, bring them back here, upgrade*
3  *them and redeploy them into the field.*  In the second quarter, as I said,
   we added 8 net installations to the installed base.  *We will probably have*
4  *some removals here in the back half of the year.  So that could impact*
5  *the pace of the increase in the installed base.  I would certainly expect*
   *to see the installed base higher on December 31 and where it was on*
6  *June 30.  But our focus is really on finding the absolute right accounts*.

7      80.    On this news, Acutus's share price fell $1.73, over 13%, to close at
8  $11.56 on August 13, 2021.

9      **E.    Defendants Admit The Full Magnitude Of Their Failed Commercial**
           **Efforts On November 11, 2021**
10
11     81.    After the market closed on November 11, 2021, the last day of the Class

12 Period, Acutus announced its financial results for the third quarter ended September

13 30, 2021 ("Q3 2021").  The Company reported revenues during the period of just $4.6

14 million, which missed Wall Street estimates by nearly 20%.  Acutus also slashed its

15 2021 sales guidance from a range of $22 to $30 million to a range of $17 to $17.5

16 million, a *34% decline* at the midpoint.  As a result, Defendants admitted that Acutus

17 was now tracking a *full year behind* the financial trajectory Defendants had provided

18 during the Class Period.    Acutus blamed the lower-than-expected financial

19 performance and guidance primarily on failures in Acutus's commercial execution.

20     82.    During a public conference call held with investors and securities

21 analysts to discuss the Company's Q3 2021 financial results on November 11, 2021,

22 (the "Q3 2021 Call"), Defendants revealed that between the time of their last update

23 to investors in August 2021 regarding Q2 2021 results, Acutus had increased its

24 installed base by only *one unit* (through Biotronik)—a far cry from the twelve units

25 per quarter that Defendants had insisted they could and would achieve—bringing

26 Acutus's installed base to 71.  Defendants had represented that between the beginning

27 and end of the Class Period, they would increase Acutus's installed base from 62 to

28 86.  Defendants disclosed that they had removed or repositioned "less than 10—but

still a meaningful number" of the 40-45 systems under evaluation agreements during the quarter—meaning around 20% of the systems under evaluation. Defendants admitted that these systems had been experiencing below-target utilization and that the need to relocate such a large portion of the Company's installed base would inhibit Acutus's growth and ability to scale. For example, Burgess stated, in pertinent part, as follows:

> Our mapping and therapy guidance business has progressed somewhat slower than expected, and ***we are actively addressing the factors contributing to the adoption rate, including upgraded software to improve physician experience and enhanced training for our teams.***
>
> \*\*\*
>
> ***We ended the quarter with an installed base of 71 AcQMap systems. During the quarter we made the strategic decision to remove and reposition certain systems with below target utilization or where key physician users had relocated to a new geography.***
>
> \*\*\*
>
> ***And one of the things, we definitely had planned and projected to have a larger increase in our installed base in Q3.*** We did make a very conscious decision. ***And these are kind of difficult painful decisions to remove and replace or reposition some of the -- less than 10 -- but still a meaningful number of consoles that were already in place, because the doctor or champion maybe had moved geography or we just weren't seeing the kind of traction we wanted to, or maybe we had the wrong commercial team on the ground.***

83. Defendants further admitted on the Q3 2021 Call that contrary to their earlier representations, they had failed to target the right customers. Specifically, Burgess stated:

> ***As we focus our commercial strategy, we are also looking to optimize console placement. Targeting the right accounts where we can drive higher adoption will allow us to optimize utilization of our cash and human resources***. This does not mean that we won't continue to grow our installed base. That simply means that we will be extraordinarily

disciplined in where we make the considerable investment to install a new system. In the U.S., the pace of new system installations in Q3 trailed our internal expectations.

*** 

**Overall, while our business trajectory has improved, I am not satisfied with our performance or commercial execution.** The external environment has proven a major headwind and the impact that the pandemic has had on procedure volumes, hospital access, recruiting and new technology adoption has been more severe than expected. At the same time, *we have not fully executed on our own internal initiatives*.

We recognize this as a management team and are responding accordingly. **In the U.S., we have centered our business around what we call Power Pods, which are regions where we have a high concentration of accounts, utilization, and correspondingly Acutus representation. This has led to our strong performance in the Southeastern and Southwestern United States. The U.K. and parts of Central Europe take on a similar profile with strength in concentrated areas.**

**Going forward, the key is to replicate and expand this model.** This strategy will drive long-term success and deeper account penetration, but will also likely take longer to scale than we had initially anticipated.

84. On the Q3 2021 Call, Defendants admitted that they had not only failed to target the right accounts but had failed to hire an effective commercial team. An analyst and Burgess engaged in the following exchange:

<Q - Robert Justin Marcus JPMorgan Chase & Co, Research Division – Analyst>: Great. So 2 for me. Vince, maybe to start, what do you think it is that's preventing greater adoption? Is it that doctors aren't buying into the technology? Are people not getting the results? There's good data. It's been over a year since the IPO, and the launch has pretty much been flattish since then. *So what is it that's preventing more utilization, especially having, I guess, some placements and then removal of some units. You have flat unit growth. I would have expected a lot more. So I would just love your color.*

<A - Vincent J. Burgess Acutus Medical, Inc. >: … I think the first issue I focused on is **some of the hospitals we targeted early on were profiled expertly**, and we knew very well who we were working with, and what their procedural approach was going to be, and how well we could and did fit in with their workflow and their philosophy around ablate and our diagnosis. And we've had great results there …. **And some of the other places we targeted, I think we just -- #1, we might have missed the boat in terms of physician profiling and understanding the match of where we were in our journey in terms of refinement of all the different procedural nuances and approaches and also where they were, kind of were we meeting them where they were** …. It does take -- we do fundamentally change certain aspects of these procedures, and it does take a commitment to learn what those steps are and work them into your daily routine. I think we're getting better at that. **We're getting --we have much better clarity on how to ask those questions, the right questions, respectfully, physicians so that we suss that out early on in the process before we invest a lot of time, effort, energy to install a system and put people on the ground.**

**The other thing I have to say is we need to get better at onboard -- I'm sorry, onboarding our own people. When we bring them on as mappers or therapy managers and, in particular, salespeople and account managers. We're still learning how to hire and attract the right people for the job we have at hand.** This is not a maintenance milk run, account manager kind of a sales role. This is a business and market development role, and we need savages, people that have come in and brought new technologies into physician groups and hospitals, and work with those physicians to make the changes necessary to take it to the next level and attempt a new approach at these procedures.

85.    On the Q3 2021 Call, Burgess further explained deficiencies in Acutus's commercial strategy and noted that Defendants had also failed to hire enough people for their commercial team:

One of the things we've learned over the last year or so is when you are bringing not just a mapping system, but a mapping system that has a physical catheter and a sheath, and now left heart access product line, and you have -- **you need really, really good communication with a new user between the physician and the mapper. When we onboard a new account, we need to have somebody at the table beside the physician, walking them through how to use the catheters, remind them what**

*they're looking at on the screen.* Talk about what they have seen other physicians do in certain situations and just kind of shepherd the procedure through, not just have a mapper driving that mapping system.

*And as we think about the skill set that is required for that bedside person, it is typically somebody that has more of an interventional background* ….

So as we think about the Power Pod, if you have that table side person who also has account management skills and you pair them up with a rockstar mapper or therapy manager, as we call them, and we have a cadre of those. *We've been able to attract the best of the best therapy managers around the country and in Europe to drive our system. But as you pair up that team, you can be very, very effective. But I think we understaffed that team initially. The second thing is that the way to scale this is to where, I think, rather than kind of pock mark the country with Pods here and there, it's going to be more cost-effective to the extent possible that you kind of radius or radiate out from those initial Power Pods.*

And if you look at the history of our brethren in this industry, the leaders in this business, that's very much how they evolved over time over the last decade—2 decades as well is they really deployed a Pod strategy. I think we should have come to th[at] sooner, but we are where we are, and we are now stepping on the accelerator to scale that approach.

86.     On the Q3 2021 Call, Burgess disclosed that another key contributor to the Company's poor results were deficiencies in the mapping software. Specifically, Burgess stated:

[W]e just launched AcQMap 8, our new mapping software, which I think we now have in all our centers that has automated region of interest finders that helps the physicians actually understand what they're looking at and develop a therapy strategy much more quickly than they could before.

*So every hospital that isn't at the procedure volumes that we want isn't necessarily going to be repositioned. Sometimes they're just waiting for those incremental improvements that we need to deliver in order to get people to bear hug us and start adopting.*

87.     On this news, Acutus's share price fell $3.02 per share, more than ***45%,*** to close at $3.64 on November 12, 2021, on unusually heavy trading volume.

**F.     After The Class Period: Acutus Continues To Struggle**

88.     After the Class Period, on January 28, 2022, Acutus announced that it was undergoing a significant corporate restructuring that would involve a planned reduction in the Company's workforce and additional cost-saving measures designed to cut the Company's expenses by over $23 million and substantially reduce the Company's quarterly burn rate.

89.     Defendants revealed on a public conference call on March 30, 2022 regarding Acutus's Q4 2021 results, that over 17% of the Company's global employees had been let go as a result of the restructuring and that a number of additional employees voluntarily resigned thereafter, with the "vast majority of reduction [ ] in the U.S."

90.     By January 28, 2022, the price of Acutus common stock closed at less than $2 per share, 85% below the secondary offering price just six months prior.

91.     In April 2022, Acutus's Chief Commercial Officer, Duane Wilder, departed the Company.

92.     On May 12, 2022, Acutus announced in a press release that Burgess would be departing the Company and that Roman would step in as interim CEO.  The same press release quoted Burgess as follows: "Reflecting on the evolution of the business and our journey, I believe this is an appropriate time to step away from my role as President and CEO."

93.     On June 22, 2022, the Company announced that it had received a notice from the NASDAQ that the Company was not in compliance with NASDAQ Listing Rule 5450(a)(1), as the minimum bid price of the Company's common stock had been below $1.00 per share for 30 consecutive business days.

## G. Regulation S-K Required Defendants To Disclose Their Failing Commercial Efforts

94.     Regulation S-K required Defendants to describe, in Acutus's financial statements filed with the SEC during the Class Period, "any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations." 17 C.F.R. § 229.303(a)(3)(ii) ("Item 303").

95.     Known as Management Discussion and Analysis ("MD&A") requirements, Item 303 is intended to provide "in one section of a filing, material historical and prospective textual disclosure enabling investors and other users to assess the financial condition and results of operations of the registrant, with particular emphasis on the registrant's prospects for the future." SEC Release Nos. 33-8056; 34-34-45321. Moreover, "Disclosure is **_mandatory_** where there is a known trend or uncertainty that is reasonably likely to have a material effect on the registrant's financial condition or results of operations." *Id.*

96.     Item 303 imposes an affirmative duty on issuers to disclose "known trends or any known demands, commitments, events or uncertainties that will result in or that are reasonably likely to result in the registrant's liquidity increasing or decreasing in a material way." S.E.C. Release No. 6835, 1989 WL 1092885, at *4; *see also* 17 C.F.R. § 229.303(a)(3). "Disclosure of known trends or uncertainties that the registrant reasonably expects will have a material impact on net sales, revenues, or income from continuing operations is also required. *Id.*

97.     Pursuant to Item 303(a), for a fiscal year, a registrant thus has an affirmative duty to:

> i.      Describe any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations and, in each case, indicate the extent to which the income was so affected.
>
> ii.     Describe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable

impact on net sales or revenues or income from continuing operations. If the registrant knows of events that will cause a material change in the relationship between costs and revenues (such as known future increases in costs of labor or materials or price increases or inventory adjustments), the change in the relationship shall be disclosed.

17 C.F.R. § 229.303(a)(3)(i)-(ii) (emphasis added); *see also* S.E.C. Release No. 6835, 1989 WL 1092885, at *8 (May 18, 1989) ("Other non-recurring items should be discussed as unusual or infrequent events or transactions that materially affected the amount of reported income from continuing operations.") (citation and quotation omitted).

98.     Thus, even a one-time event, if "reasonably expect[ed]" to have a material impact of results, must be disclosed.  Examples of such *required* disclosures include: "[a] reduction in the registrant's product prices; erosion in the r[e]gistrant's market share; changes in insurance coverage; or the likely non-renewal of a material contract."  S.E.C. Release No. 6835, 1989 WL 1092885, at *4 (May 18, 1989).

99.     Accordingly, as the SEC has repeatedly emphasized, the "specific provisions in Item 303 [as set forth above] require disclosure of forward-looking information."  *See Mgmt's Discussion and Analysis of Fin. Condition and Results of Operation*, S.E.C. Release No. 6835, 1989 WL 1092885, at *3 (May 18, 1989).

100.     Indeed, the SEC has stated that disclosure requirements under Item 303 are "intended to give the investor an opportunity to look at the company through the eyes of management by providing both a short and long-term analysis of the business of the company" and "a historical and prospective analysis of the registrant's financial condition . . . with particular emphasis on the registrant's prospects for the future." S.E.C. Release No. 6835, 1989 WL 1092885, at *3, *17. Thus, "material forward-looking information regarding known material trends and uncertainties is required to be disclosed as part of the required discussion of those matters and the analysis of their effects." *See Comm'n Guidance Regarding Mgmt's Discussion and Analysis of*

*Fin. Condition and Results of Operations*, S.E.C. Release No. 8350, 2003 WL 22996757, at *11 (December 19, 2003).

101. Here, Acutus's failing commercial execution during the Class Period was a known trend or uncertainty likely to have a material unfavorable impact on Acutus's net revenues or income. As such, Acutus was required to include specific disclosures regarding the same in its MD&A in SEC filings during the Class Period. It did not.

102. In addition, Item 105 of Regulation S-K, 17. C.F.R. §229.105 ("Item 105") (as amended November 9, 2020) requires a company to provide a discussion of the material factors that make an investment in the registrant speculative or risky.

103. Item 105 provides that the discussion must be organized logically with relevant headings and each risk factor should be set forth under a caption that adequately describes the risk. Item 105 discourages the presentation of risks that could apply generically to any registrant.

104. In violation of Item 105, Defendants' Class Period SEC filings omitted to disclose material facts, including:

a. Acutus's commercial organization was understaffed, lacked the necessary backgrounds and experience, and were inadequately trained.

b. The AcQMap System was failing to gain market acceptance because Defendants did not know how to target, profile, and retain revenue-generating customers and did not know how to effectively communicate with and train physicians such that physicians would be willing or able to utilize or adopt the AcQMap System.

c. A material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the

staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; as a result, Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

       d. A substantial number of the AcQMap Systems were installed under paid "research agreements" whereby the Company paid physicians $2000-$3000 each time that the physician used the system.

## V.    MATERIALLY FALSE AND MISLEADING STATEMENTS

### A.    Defendants' Materially False And Misleading Statements In Connection With Acutus's Q1 2021 Results

105. After the close of trading on May 12, 2021, Acutus issued a press release announcing its results for Q1 2021 (the "Q1 2021 Press Release"). The Q1 2021 Press Release highlighted the Company's progress on its "key strategic initiatives," including its commercial execution. The Q1 2021 Press Release quoted Burgess as follows:

> *We are pleased with the progress on several key strategic initiatives, including improved revenue performance and commercial execution* …. In the face of regional COVID-19 headwinds, *our commercial teams are driving accelerated uptake for our complete guided ablation solutions globally* …. Our Europe direct organization and Biotronik partnership led the Company's first quarter performance, and *we continue to see strong execution from these teams. In the US, we are encouraged to see this part of our business gaining momentum as end-markets improve.*

106. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently

educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (e) Acutus's commercial team was understaffed; (f) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that they would be willing or able to utilize or adopt the AcQMap System; (g) Acutus did not know how to target, profile and retain revenue-generating customers; (h) Acutus's "commercial execution" was not "progress[ing]", and; (i) Acutus's U.S. commercial teams were not "gaining momentum".

107. That same day, Defendants held a public conference call to discuss the Company's Q1 2021 performance (the "Q1 2021 Call"), wherein Defendants touted the success of the Company's commercial execution. Burgess stated:

> *I will also comment on our first quarter results, which highlight improved performance in our business and commercial execution, amidst ongoing turbulence in our end markets* ….
>
> During our last earnings call, I set forth 3 strategic priorities that will drive our business and guide our focus. These include technology and innovation leadership, commercial execution and operational excellence. I'd like to provide an update on each of these pillars ….
>
> Turning now to our second key priority, commercial execution. In Europe and the U.K., our direct and Biotronik distribution teams continued to drive solid case volumes and capital sales and placements. These operating segments led our first quarter results, and we continue to see solid performance from these groups, despite an ongoing COVID headwinds in major European markets.
>
> *As for the U.S., we are seeing improved momentum in this business. Our new Chief Commercial Officer, Duane Wilder, who joined us in March is providing great leadership direction and a disciplined go-to-market strategy. We are executing on our plan for more rigorous account segmentation, ensuring the right physician training and*

***engagement and driving growth and utilization.***

108. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (e) Acutus's commercial team was understaffed; (f) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (g) Acutus did not know how to target, profile and retain revenue-generating customers, and accordingly; (h) Acutus was not "executing on [its] plan" nor did it have such a "plan" for "more rigorous account segmentation, ensuring the right physician training and engagement and driving growth and utilization" in the U.S.; and (i) Acutus was not "driving growth and utilization" because a substantial number of systems were placed pursuant to paid "research agreements" whereby Acutus paid physician users $2000-$3000 for each time that the physician used the system, which did not encourage physicians adopt the AcQMap System.

109. During the Q1 2021 Call, Defendants touted the expanding installed base of AcQMap Systems. Specifically, Burgess stated:

> ***We increased the worldwide installed base of second-generation AcQMap consoles … bringing the total installed base of AcQMap consoles to 62 as of March 31, 2021[.]***

We exited the quarter with a good backlog and have seen placements pick up with 4 net new installations already completed as of April 30, equaling our net additions in all of Q1. ***Importantly, many of the new system placements so far in 2021 are at major academic and high-volume community institutions, consistent with our strategy to be more targeted with capital placements.***

110. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) Defendants' commercial strategy was not "targeted" and instead, Acutus did not know how to target, profile and retain revenue-generating customers, and; (d) a substantial number of AcQMap Systems installed at hospitals under "research agreements" whereby Acutus paid the physician user $2000-$3000 per use of the system, which did not encourage physician adoption of the system and hindered the growth of the Company's business.

111. Burgess further touted Acutus's commercial execution and discussed utilization and procedure volumes on the Q1 2021 Call. Specifically, Burgess stated:

Turning to procedure volumes and utilization. ***We continue to see a wide standard deviation across accounts and geographies.*** In the United States, we saw progressive improvement in utilization per system per month, with March utilization rates about 50% above those we saw in January with the COVID impact on procedure volumes moderating. We do see some lingering COVID impacts as it relates lab access for medical device vendors, thus limiting some of our ability to train both physicians as well as our own mappers. In addition to some limitations on access,

the capital equipment environment remains somewhat constrained, and contract processes are still longer than we'd expect in a normal operating environment. All that said, we continue to believe that more of the burden is on us to execute in the U.S. versus the impact of the external environment. ***Recent trends are encouraging, the team is showing stronger execution, and we are optimistic that this will continue.***

In the U.K. and Europe, the dynamic is quite different, as COVID remains a significant issue for much of the region. During the first quarter, only half of our consoles were consistently active due to hospital and government restrictions on elective procedures. ***Importantly, within active centers, procedure volumes and console utilization has doubled versus the prior year, reflecting solid commercial execution*** as well as the benefits of having our mapping and ablation product lines on the market over there.

Lastly, our partnership with Biotronik continues to deliver strong results. While installations were delayed due to COVID, and there is concentration in markets like Germany where elective procedures have largely been on hold, we are starting to see improvements. ***The Biotronik commercial team remains heavily engaged on training and implementation, and we expect this collaboration to be a critical driver over the short, medium and long term.***

***

As I reflect on the cadence of our performance in the first quarter and here early in the second quarter, the trajectory of our business is gaining momentum. ***Our commercial execution globally is strengthening, and I'm confident we have the right team in place.***

112. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently

educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) a substantial number of systems were installed pursuant to paid "research agreements" whereby Acutus paid physician users $2000-$3000 per use of the system; (e) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (f) Acutus's commercial team was understaffed; (g) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that they would be willing or able to utilize or adopt the AcQMap System; (h) Acutus did not know how to target, profile and retain revenue-generating customers; (i) the "wide standard deviation" in utilization rates and procedure volumes in the U.S. was a result of (a)-(h) and because Defendants overly concentrated their sales efforts and staffing in the Southeastern and Southwestern U.S. to the detriment of other accounts and regions, and as such; (i) Defendants had no reasonable basis to claim that Acutus's "commercial execution globally" was "strengthening" or that they could be "confident" they had "the right team in place."

113.   Roman echoed Burgess's optimism in the Q1 2021 Call, stating:

> *[W]e are keenly focused on the variables that we can control, such as commercial execution, product launches and manufacturing.* As a result, we expect to see continued sequential improvement in the second quarter and project sales to range between $3.8 million and $5 million. *Based on current trends and planned internal initiatives, we continue to anticipate a more meaningful step-up in Q3 and Q4….*
>
> On our last earnings call, we outlined 5 key factors to support this growth throughout the year, and I'd like to give you an update on each of these drivers.  The first is the timing of capital sales and conversions.  *We have several evaluations that are reaching completion.  Our teams are working to convert these into capital sales leases or catheter utilization deals….*
>
> Lastly, *we continue to expect improved commercial execution in the U.S. to be a major driver.  We are strengthening and expanding our*

**team, investing in critical training resources and ensuring we have the right level of account coverage.** With the first quarter now complete, and taking into account our second quarter guidance, we reiterate our view that 2021 revenue will be heavily weighted to the back half of the year, reflecting the aforementioned drivers and the well-documented headwinds we experienced entering the year. ***Putting this all together, we continue to project full year revenue to be in a range of $22 million to $30 million.***

114. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were not working to "convert these into capital sales leases or catheter utilization deals," and instead, Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) a substantial number of systems were installed pursuant to paid "research agreements" whereby Acutus paid physician users $2000-$3000 per use of the system; (e) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (f) Acutus's commercial team was understaffed; (g) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (h) Acutus did not know how to target, profile and retain revenue-generating customers, and; (i) as a result of the foregoing, Defendants had no reasonable basis to "expect commercial execution in the U.S. to be a major driver" or to "anticipate a more meaningful step-up in Q3 and Q4" or to project full year revenue to be in a range of $22 million to $30 million.

115. During the Q1 2021 Call, when asked by an analyst about the assumptions Defendants made in projecting such positive sales and revenue guidance for the upcoming quarters, Burgess engaged in the following exchange:

<Q - ROBERT JUSTIN MARCUS>: Just wanted to start, as we think about guidance for the rest of the year, 2Q probably came in just a hair lower than where The Street was thinking. Placements in first quarter were a bit lower. It's still calling for a pretty meaningful acceleration in third quarter and fourth quarter. So I'd say, a, what gives you confidence that sales can accelerate like that in third and fourth quarter? And what kind of environment is that assuming?

And then, b, how should we think about the balance of what you're assuming for new system placements and then utilization of system placements to get to those revenue numbers?

<A - VINCENT J. BURGESS>: So in terms of the environment that's all kind of predicated on, I think we're kind of assuming, as we get into the back half of the year in the U.S., we're looking at an environment that approaches normalcy. So the -- really, the lingering thing we're seeing primarily on the East Coast and kind of Northern Midwest is some continued friction in terms of access to labs. So we can bring one person in versus one person plus a mapper trainee or something like that. *But other than that, I mean, I think most of our accounts are kind of up and running pretty close to normal operations.*

*…. In terms of systems placements, I mean, I think the models have it pretty well that I've seen most recently, have it pretty well right in terms of what we think we can do in terms of placements. Q1, in the prior call when we talked about how we were thinking about Q1, I tried to get across that with the targeting that we were really focusing in on and with adding Duane and really thinking about where we place our systems, the types of physicians we want to be working with at this phase of our evolution, I kind of had the sense that we would probably move a few consoles around, and it might be a little bit lighter than the rest of the year in terms of placements. And then as we came into Q2, things would start to ramp up again.* And as I mentioned in my prepared comments, I think our net new adds in April alone in terms of installed base equal to Q1. *So I think we're on track now. Just Q1 was just a little light, almost intentionally. We really wanted to make sure*

*everything we installed was in the right place, the expectations were set*
*properly, and we have the right docs identified.*

116. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (e) Acutus did not know how to target, profile and retain revenue-generating customers; (f) "Q1 was just a little light" not because Defendants "wanted to make sure everything [they] installed was in the right place, the expectations were set properly, and [they] ha[d] the right docs identified[,]" but rather, due to the reasons set forth in (a)-(e); (g) a substantial number of systems were installed under paid "research agreements" whereby Acutus paid physicians $2000-$3000 per use of the system, which did not encourage physician adoption of the system and hindered the growth of the Company's business, and; (h) Defendants did not have a reasonable basis to claim that Acutus "on track" to achieve its projections.

117. When asked about Defendants' confident projections on the Q1 2021 Call, Burgess engaged in the following colloquy:

<Q - MALGORZATA MARIA KACZOR ANDREW, PARTNER, WILLIAM BLAIR & COMPANY L.L.C., RESEARCH DIVISION>: …. You guys brought Duane on board. You've talked about these commercialization changes. Can you give us a good sense -- it's a

twofold question. So one, can you give us a sense of utilization within accounts? The March rates were encouraging, but as we look at that, is that coming from accounts reopening back up post-COVID or share taking within them?

And then as we think about utilization climbing from here, what's being assumed in some of those guidance assumptions and the ranges?

<A - VINCENT J. BURGESS>: We're dealing with small numbers of hospitals and accounts, relatively speaking. In Europe, over half of our consoles basically have been down in all of Q1 due to -- 100% due to COVID …. We are seeing generally, though, the centers getting back online ….

And if you talk to our folks on the ground, it's taken a little bit longer than expected to get there, but they are getting there, and we expect the U.K. probably to lead the charge in terms of coming back up to more normal utilization levels. *We are on our update call with the entire European team for a couple of hours this morning getting an update, and this is just an outstanding team, highly mature, very experienced and tenured group with a great handle on the business, and we feel like they're properly positioned with the right customers.* This product and the technology is generally being used in the more complex procedures, and we're -- we see that we are becoming the technology, the product of choice in redos and more complicated persistent patients and complicated tachycardia. *So that's how we drive utilization there.*

…. The U.S., I would say the U.S. is a bit more of a mixed bag. We have accounts that are rolling nicely and generating pretty consistent utilization. We have a number of accounts that have had very low utilization in the last quarter.

…. *But for us, it's all about making sure that our mappers are well trained, we have the right message. We're -- one of the things we're really leaning on heavily now is training our U.S. mappers to deliver over the core, the boundary diagnostic and ablation strategy that came out of our European experience over the last couple of years, which was written up in kind of a cookbook step-by-step fashion in that core-to-boundary paper out of Oxford. And that -- having that recipe, that playbook for our mappers and our sales reps to deliver over to U.S.-*

**based EPs I think is going to serve us very well.** So those are some of the kind of the key drivers.

118. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) a substantial number of systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 per use of the system; (e) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (f) Acutus's commercial team was understaffed; (g) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (h) U.S. utilization was a "mixed bag" because, *inter alia,* Acutus had overly concentrated its sales efforts and staffing in the Southeastern and Southwestern U.S. to the detriment of other accounts and regions.

119. When asked on the Q1 2021 Call what Defendants' first year learnings were and how Defendants had implemented those learnings into their commercial strategy, Burgess engaged in the following dialogue:

> <Q - WILLIAM JOHN PLOVANIC>: Okay …. But what is the first year learnings or the launch earnings? How have you implemented that into the commercial strategy, both direct in the U.S., OUS and with your distributor partners?

<A - VINCENT J. BURGESS>: …. So Europe, feel great about not only where we are, but where we're headed utilization wise and where we're headed in terms of additional console installs and ablation…. So we're trying to bring that over now to the U.S. I think for me, the #1 -- 2 things, I guess. ***Number one, we need to do a better job of bringing over that European experience in our training of our commercial team here in the U.S., and we're really focused in on that.***

***And number 2, it's really about targeting, and when I say targeting, the place for us to go is centers where there are one or more physicians who aren't satisfied with their current procedural technique for persistence, for redos, for tachycardias and are ready, willing and able to think about modifying their workflow, modifying their technique to try and improve their acute and long-term success and -- versus just taking a cool new system that has a lot of whizbang sort of optics to it, but be unwilling to actually modify their technique.***

120. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (b) Acutus's commercial team was understaffed; (c) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (d) Acutus was not "targeting" physicians that were "ready, willing and able" to adopt and utilize the AcQMap System and did not know how to target, profile and attract revenue-generating customers.

121. The exchange between Burgess and the analyst on the Q1 2021 Call (¶119) continued as follows:

<Q - WILLIAM JOHN PLOVANIC>: That's actually really helpful. And then, Vince, how does that translate into the funnel of potential accounts, as you said, the targeting? Does that take the funnel of what you originally expected and cut it down by 10%, 50%, 90%? How should we think about that in terms of kind of this initial ramp?

And then as you think of the accounts that have come on board, I think you gave us some clarity on that the U.S. accounts are doing the more

difficult cases, and it's really that's what they're using it for, have you seen it kind of move into that paroxysmal case yet? And those are my questions.

<A - VINCENT J. BURGESS>: *As you look at our initial models that we've worked to our analysts to put together last spring and the rollout of consoles and the pace of those consoles and just the sheer number of consoles set against the total number of EP rooms in the U.S. and around the country, we mapped out a pretty modest share of rooms.*

When you go around the world and you talk to doctors about how they feel about the tools they have and how confident they are in their success rates in treating persistent cases and redos, and quickly treating tachycardias that are complex, the vast majority of the physicians we talk to feel like there's plenty of room to improve.

Now not all of them want to go through the sometimes arduous process of changing workflow to do that, and those folks probably aren't for now, for us. *A lot of these physicians however, give all the signs of being ready, willing and able to roll their sleeves and do that work and work with us. And I would say there are plenty of EPs out there that feel that way, and certainly a sufficient number to hit that 3-and 5-year kind of rollout trajectory that we spelled out a year ago. So I see no major change in how we think about the funnel based on what we've learned and experienced.*

122. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (b) Acutus was not targeting physicians that were "ready, willing and able" to adopt and utilize the AcQMap System and did not know how to target, profile and attract revenue-generating customers, and; (c) a substantial number of physicians using the AcQMap Systems were doing so under paid "research agreements" whereby Acutus would pay the physician $2000-$3000 each time the physician used the AcQMap System.

123. On May 13, 2021, Defendants filed Acutus's Form 10-Q for Q1 2021 with the SEC (the "Q1 2021 10-Q"), where Defendants further touted Acutus's commercial strategy and operations. The Q1 2021 10-Q was signed by the Individual Defendants, who attested to the document's accuracy and completeness. The Q1 2021 10-Q stated:

> We have strategically developed a direct selling presence in the United States and select markets in Western Europe where cardiac ablation is a standard of care and third-party reimbursement is well-established. In these markets, we install our AcQMap console and workstation with customer accounts and then sell our disposable products to those accounts for use with our system. In other international markets, we leverage our partnership with Biotronik, to install our AcQMap console and workstation with customer accounts and then to sell our disposable products to those accounts. Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with the system …. ***We plan to leverage the geographically concentrated nature of procedure volumes and the recurring nature of our sales to drive an increasingly efficient commercial model.***
>
> ***
>
> ***We intend to continue to make significant investments in our sales and marketing organization. We believe increasing the number of sales representatives and expanding our international marketing programs will help facilitate further adoption of our products among existing customer accounts as well as broaden awareness of our products to new accounts.***

124. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus did not have an "efficient commercial model"—instead, (i) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (ii) a material percentage of the

AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (iii) as a result of (i)-(ii), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (b) Defendants had overly concentrated their sales efforts and staffing in the Southeastern and Southwestern U.S., the U.K. and certain parts of Central Europe, to the detriment of the Company's growth; (c) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (d) Acutus's commercial team was understaffed, and; (e) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System.

125.    The Q1 2021 10-Q stated that Acutus's installed base was its "Key Business Metric" and was "representative of [its] business, further stating:

**Installed Base**
Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. ***We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products*…. *Growth in our yearly installed base can fluctuate due to a number of factors, including the commercial effectiveness of our sales representatives and strategic partners such as Biotronik, and the procurement and budgeting cycles of many of our customers, especially those where unused funds may be forfeited or future budgets may be reduced if purchases are not made by their fiscal year end.*** We also believe the timing of installations has been impacted and will continue to be impacted by the timing of product introductions and transitions. ***In addition, the growth of our market in certain geographic regions and our continued efforts to service these regions impact unit volumes year to year.***

126.    The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) the installed base was not a

"key indicator[]" of the Company's "ability to drive customer adoption of [its] products" because, *inter alia,* (i) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (ii) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (iii) a substantial number of systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 for each use of the system, which hindered the growth of the Company's business and did not encourage physician adoption of the system; (b) Defendants had overly concentrated their sales efforts and staffing in the Southeastern and Southwestern U.S., the U.K. and certain parts of Central Europe, to the detriment of the Company's growth; (c) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (d) Acutus's commercial team was understaffed, and; (e) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System.

127.    The Q1 2021 10-Q included a list of "factors" affecting the Company's business, including:

- ***Market Acceptance***. The growth of our business will depend substantially on our ability to increase our installed base. Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. Our ability to increase our installed base will depend on our ability to gain broader acceptance of our AcQMap System by continuing to make physicians and other hospital staff aware of the benefits of the AcQMap System, thereby generating increased demand for system installations and the frequency of use of our disposable

products. ***Although we are attempting to increase our installed base through our established relationships and focused sales efforts, we cannot provide assurance that our efforts will be successful.***

- ***Commercial Organization Size and Effectiveness***. ***As of March 31, 2021, our commercial organization consisted of 88 individuals with substantial applicable medical device, sales and clinical experience, including sales managers, sales representatives and mappers. . . . The rate at which we grow our commercial organization and the speed at which newly hired personnel become effective can impact our revenue growth or our costs incurred in anticipation of such growth.***

- ***Product and Geographic Mix; Timing.*** Our financial results, including our gross margins, may fluctuate from period to period due to a variety of factors, including: average selling prices; production volumes; the cost of direct materials; the timing of customer orders or medical procedures and the timing and number of system installations; the number of available selling days in a particular period, which can be impacted by a number of factors such as holidays or days of severe inclement weather in a particular geography; the mix of products sold and the geographic mix of where products are sold; the level of reimbursement available for our products; discounting practices; manufacturing costs; product yields; headcount; and cost-reduction strategies….

128. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus's sales efforts were not "focused", and instead, (i) a material percentage of AcQMap Systems under evaluation had been installed at locations with minimal, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (ii) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (b) Acutus's commercial teams did not have "substantial applicable medical device, sales, and clinical experience"; (c)

Acutus did not know how to hire and attract qualified candidates for its commercial teams, and; (d) Acutus's commercial team was understaffed.

129. On May 13, 2021, Defendants participated in the Bank of America Global Research Healthcare Conference (the "May 13, 2021 Call"). When a participant in the May 13, 2021 Conference inquired about Defendants' $22 to $30 million guidance, Roman engaged in the following exchange:

<Q – BRADLEY THOMAS BOWERS>: So just to kind of start off here. There's a lot of interest around the IPO for the company. Things have kind of gotten off to a slow start here. So I was wondering if you could maybe help us give some more granularity on how you went about building the guidance for Acutus this year, and how you're landing in the $22 million to $30 million range.

<A – DAVID ROMAN>: …. [W]e had a number of factors that was COVID or otherwise that negatively impacted the trajectory of sales early in the quarter.

…. We started to look at what was the—what types of improvements were you seeing throughout the first quarter. And what we were seeing that gave us confidence, that we could continue …. we did see a 50% increase in the utilization rate in the U.S. from January to March. We have, by no means, assumed that level of utilization increase persists through the rest of the year. ***But as we've seen utilization rates increase across our major centers, we've assumed a modest continuation in greater utilization as we go through the balance of the year.***

The second dynamic at play is our -- around capital sales. So we didn't know -- we only executed one capital sale in the U.S. in Q1. ***We do have several evaluations coming up for -- coming into completion, and we would expect the pace of capital sales to ramp throughout the year as those evaluations conclude and hospital transition either to cash sales, catheter deals or a leasing model….. And we have -- of the 62 units we have in the field right now, a cumulative 16 have been converted to capital sales or some type a catheter deal. So we have a large pool of opportunity as the valuations come up for agreement for -- to completion.***

We do not have an overly aggressive assumption with respect to how many we convert, but that is a big lever as you get low end to high end, and the second is clearly utilization on a global basis. The low end would assume you see very little improvement in utilization from where we are today, and the high end would assume you see a greater improvement in utilization.

130. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (d) a substantial number of systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 per use of the system.

131. When asked what Defendants' reasonable goal was with respect to increasing the installed base on the May 13, 2021 Call, Burgess engaged in the following exchange:

<Q - BRADLEY THOMAS BOWERS>: …. So I just kind of want to get an understanding of what maybe like a near-term goal of placements per quarter might be or is a reasonable maybe sort of like a baseline or like a run rate on where you think that you could really deliver per quarter going forward? Where you can say like, okay, we're placing a good amount of these each quarter?

<A - VINCENT J. BURGESS>*: I mean, I think a reasonable pace for us to expect and to execute on globally is about four a month or 12 a quarter globally, including what we sell, place or rent through our own direct organization and through our Biotronik partner.*

***

<Q - BRADLEY THOMAS BOWERS>: …. But can you clarify on how many of those 4 boxes per month do you think that you can place? How many of those are sales versus placements?

<A - VINCENT J. BURGESS>*: I would say that the 4 a month are systems which we put into service under some agreement.* So it will be under a contractual agreement …. And again, this is an average. *It's not going to be exactly 4 a month, every month, but we think that is the general cadence that we can and want to achieve because, again, we have to hire mappers and support teams in concert with those placements.* We can't just place a system without a team.

The 4 a month is going to be a combination of long-term evaluations. There will be some immediate sales. We had one of those last quarter. There will be lease type deals and that sort of thing. So that's a combination of all the above, including units that we rent to Biotronik or sell to Biotronik for cash.

132. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) Acutus's commercial team was understaffed; (e) as a result of (a)-(d), Defendants had no reasonable basis to claim that Acutus could increase its installed base by "about four a month or 12 a quarter globally", and; (f) Acutus installed a substantial number of AcQMap Systems pursuant to paid "research agreements" whereby Acutus paid

physicians $2000-$3000 each time that the physician used the system.

133. When asked about system utilization and growth on the May 13, 2021 Call, Burgess engaged in the following exchange:

<Q - BRADLEY THOMAS BOWERS>: Got it. And you touched on that a little bit at the end there, but I just wanted to go a little bit deeper on kind of what that normal utilization looks like. I mean, obviously, we're entering probably the first quarter for you as a public company where you can kind of see this normal utilization path to like, what does that look like for the doctors? How does that progress? And where does the growth really come from deeper penetration versus like placement?

<A - VINCENT J. BURGESS>: Yes. What I would say is, and we commented on the earnings call yesterday that we are -- *we still see a very large standard deviation and utilization from account to account.* So where we -- first of all, we got to get through COVID in Europe, that will be really helpful for us. The centers that are up and running are seeing very, very healthy utilization….

*In the United States, again, there's a pretty high standard deviation of utilization.* We, certainly, have sites that are using our system 4, 5, 6 times a week. *We also have sites that are still very early in the learning curve, and we haven't really spread the knowledge of what the system can do around beyond that first champion that helped get us in there in the first place, and we just still have work to do.*

*We're also still maturing our clinical organization and our -- we call our therapy managers, our mappers. Those teams are still maturing along with the customers that they serve. So -- in center. So if you take Southern California, for example, we have a significant number of systems here. We have some of our most experienced mappers here and sales reps here. And we are seeing really, really impressive and encouraging utilization and revenue -- and consistency in revenue.*

*In other areas where we've got these, I call them, power pods, we've got these pods of mappers, sales reps, AVPs that are still coming up the learning curve. And with that additional learning curve, as we see in Southern California, the Southeastern U.S. and in Europe, you see far better utilization. You see great case outcomes.*

134. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) a substantial number of systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time the physician used the system; (d) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (e) Acutus's commercial team was understaffed; (f) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (g) Acutus did not know how to target, profile and retain revenue-generating customers, and; (h) the "high standard deviation of utilization" was a result of (a)-(g) as well as a result of Acutus overly concentrating its sales efforts and staffing in certain regions of the U.S. and Europe to the detriment of the Company's growth.

135. When asked about the Company's slower-than-expected growth on the May 13, 2021 Call, Burgess emphasized the impact of COVID on the Company's growth and made assurances that the situation had changed:

> <Q - BRADLEY THOMAS BOWERS>: …. The Street model, since right after the IPO for just, say, 2021, are a little bit less than half of what it was right after the beginning there. So I was just kind of curious to hear about where you think the business is today versus where the Street kind of thought around the IPO? And sort of where that growth trajectory -- where it could be? Is it the type of thing where now it's just everything is still on track just maybe 6 months to 9 months step back? Or is there any way that you think that you can sort of accelerate the growth and really fill into what the expectations might have been in some

of the out years after maybe a little bit of a near-term hiccup?  Like how should we be thinking about that?

<A – VINCENT J. BURGESS>: Yes. I mean I'd say this.  Look, we did our best to crystal ball or Ouija board what the heck was going to happen with the world in COVID, in a COVID environment back in the summer of last year ….

I think the second wave that hit the U.S. and Europe in the October-November time frame hit us harder than we would have thought, and it hit us in a couple of ways …. the first way that it hit us was simply put, I mean, a number of our hospitals in the U.S. and Europe and the U.K. slowed down their procedures, in some cases, shut down their procedures.

…. I think the more subtle, but maybe equally important impact that COVID and the second wave of COVID had on us, had more to do with access. So it would -- *the second wave and some of the dysfunction that everybody was facing during that second wave, frankly, made it harder for our people, our mappers, our reps, our AVPs to get in front of customers and get mind share* because people are just trying to figure out how to keep their hospitals afloat and their families safe during these times.

*The other issue is training and access to our own people.*  Because typically, the way this business works in EP and our competitors, J&J and Abbott, do this.  This is foundational to this business.  *The way you train up a mapper, a clinical specialist that runs the system, is you kind of handcuff a new mapper to an experienced mapper, and they go do cases hand-in-hand for 3, 4, 5, 6 months to get that new person really up to speed and up to kind of [ninja] status.*

Most hospitals in Q4 and Q1, Q4 of last year and Q1 of this year, would allow a mapper to come in, but they would not allow that trainee to come in.  They wouldn't allow 2 people.  So -- and they certainly wouldn't allow a bedside sales rep, which we also typically like to bring into new accounts to teach the interventional techniques that are required to manipulate the catheters when we launch into an account.  *So both of those impacts really had a subtle but significant impact on our ability to develop the market and to develop accounts the way we wanted to.*

*That is waning.* And I would say everywhere, but the Northeast and the upper Midwest right now where they still have some of these restrictions in place, we generally have pretty good access. *Well, we certainly have good access to our customers now. And I would say we generally have access to bring in multiple people, including trainees in most accounts.*

136. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) a substantial number of systems were installed under paid "research agreements" whereby the Company paid physicians $2000-$3000 per use of the system, which hindered the Company's growth and did not encourage physician adoption; (e) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (f) Acutus's commercial team was understaffed; (g) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (h) Acutus did not know how to target, profile and retain revenue-generating customers.

**B. Defendants' Materially False And Misleading Statements In Connection With Acutus's SPO**

137. Acutus filed for a Secondary Public Offering ("SPO") in July 2021. The Company filed a Registration Statement on Form S-1 with the SEC on July 12, 2021.

On July 15, 2021, Acutus issued a Prospectus pursuant to Rule 424(b)(4).[3]

138.    The SPO Registration Statement and Prospectus touted Acutus's commercial strategy and the strength of its commercial team:

> We have strategically developed a direct selling presence in the United States and select markets in Western Europe where cardiac ablation is a standard of care and third-party reimbursement is well-established…. In the United States and Western Europe, our target market is highly concentrated. ***We plan to leverage the concentrated nature of procedure volumes and the recurring nature of our sales to drive an increasingly efficient commercial model.***
>
> <div align="center">***</div>
>
> **Our Growth Strategies**
>
> *Strategically Expanding our Commercial Organization Across Key Global Markets to Increase Physician Awareness and Drive Adoption.* ***We have taken and continue to take a measured approach to account targeting and physician training.  We have assembled a team with in-depth knowledge of the target markets in which we compete and seek to compete.  As of March 31, 2021, our commercial organization consisted of 75 individuals with substantial applicable medical device, sales and clinical experience, including sales management, sales representatives and mappers, who act as technical and clinical support personnel on site in the electrophysiology lab during procedures.  Over time, we plan to selectively add highly qualified personnel to our commercial organization with a strategic mix of sales representatives and mappers to cover the concentrated group of hospitals that we believe perform the majority of the cardiac ablation procedures in our direct markets…. As we grow the size of our direct and indirect sales organizations, we will continue to take a proactive approach to training our sales force across the organization, allowing us to maximize cross-selling opportunities and drive adoption across our portfolio*** ….

---

[3] Collectively, the Registration Statement on Form S-1 Acutus filed on July 12, 2021 and the Prospectus on Form 424(b)(4) Acutus issued on July 15, 2021 in connection with the SPO, are referred to as the "SPO Registration Statement and Prospectus."

<center>***</center>

**Our Commercial Strategy**

**Professional Education and Sales Training**
We devote significant resources to training and educating physicians to increase awareness and utilization of our AcQMap System and broader portfolio …. *In order to provide support to our physician customers in the field, our highly specialized sales representatives and mappers receive in-depth training and develop a thorough understanding of complex cardiac arrhythmias, key aspects of our technology and procedure planning.* Our extensive training and continuous education programs consist of both virtual and in-person foundational training, procedure observation, and sales skills development.

<center>***</center>

**Our Competitive Strengths**

*Pure-Play Electrophysiology Focus.* ***Our deep commitment to understanding the needs of our customers has allowed us to develop and commercialize a platform with a differentiated value proposition …. Additionally, our commitment to disrupting the industry and evolving a decades-old standard of care has also allowed us to attract a highly experienced commercial organization that has medical device sales and clinical expertise, specifically in the electrophysiology, interventional cardiology and cardiac rhythm segments[.]***

139. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus was not "leverage[ing] the concentrated nature of procedure volumes and the recurring nature of [its] sales to drive an increasingly efficient commercial model", instead Defendants had overly concentrated their sales efforts and staffing in the Southeastern and Southwestern U.S., the U.K. and certain parts of Central Europe, to the detriment of the Company's growth; (b) Acutus did not have a "measured approach to account targeting and physician training", instead, a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration

given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products and where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (d) Acutus's commercial team was understaffed, and; (e) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System.

140.   The SPO Registration Statement and Prospectus set forth a list of risk factors, including the following:

**Risks Related to Our Business and Products**

*We have a limited history operating as a commercial company; if we fail to effectively train our sales force, increase our sales and marketing capabilities or develop broad brand awareness in a cost-effective manner; our growth will be impeded, and our business will suffer.*

…. In order to generate future growth, we plan to continue to expand and leverage our sales and marketing infrastructure to increase our customer base and grow our business.  Identifying and recruiting qualified sales and marketing personnel and training them on our products, applicable federal and state laws and regulations, and on our internal policies and procedures requires significant time, expense and attention.   It often takes several months or more before a sales representative is fully trained and productive.  Our business may be harmed if our efforts to expand and train our sales force do not generate a corresponding increase in revenue, and our higher fixed costs may slow our ability to reduce costs in the face of a sudden decline in demand for our products. ***Any failure to hire, develop and retain talented sales and marketing personnel, to achieve desired productivity levels in a reasonable timeframe or timely leverage our fixed costs could have a material adverse effect on our business, financial condition and results of operations*** …. Our ability to increase our customer base and achieve broader market acceptance of our products will also depend to a significant extent on our ability to expand our marketing efforts as we plan to dedicate significant resources to our marketing programs.

***

*The commercial success of our products will depend upon attaining significant market acceptance of these products among hospitals, physicians, patients and payors.*

…. Our future growth and profitability largely depend on our ability to increase physician awareness of our system and our products and on the willingness of hospitals, physicians, patients or payors to adopt them. These parties may not adopt our products unless they are able to determine, based on experience, clinical data, medical society recommendations and other analyses, that our products are safe, effective and, with respect to providers, cost-effective, on a stand-alone basis and relative to competitors' products …. *We focus our sales, marketing and education efforts primarily on cardiac electrophysiologists, and aim to educate referring physicians regarding the patient population that would benefit from our products* …. If electrophysiologists are not made aware of our products, they may not recommend ablation for their patients or the installation of our AcQMap System in their hospitals. In addition, some physicians may choose to utilize our products on only a subset of their total patient population or may not adopt our products at all. *If we are not able to effectively demonstrate that the use of our products is beneficial in a broad range of products, adoption of our products will be limited and may not occur as rapidly as we anticipate or at all[.]*

141. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (b) Acutus's commercial team was understaffed; (c) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (d) Acutus's commercial teams did not know how to target, profile and attract revenue-generating customers, and; (e) described risks to the Company's business as hypothetical when such risks were then-existing.

142. The SPO Registration Statement and Prospectus incorporated by reference Acutus's Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on March 19, 2021 (the "2020 10-K"). The Individual Defendants signed and attested to the completeness and accuracy of the 2020 10-K.

143. The 2020 10-K stated:

We believe that our ability to offer a broad and differentiated product portfolio will support the adoption and utilization of our AcQMap System and drive an efficient business model. *Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system.*

We market and sell our electrophysiology products worldwide to hospitals and electrophysiologists that treat patients with arrhythmias. We have strategically developed a direct selling presence in the United States and select markets in Western Europe where cardiac ablation is a standard of care and third-party reimbursement is well-established. In other international markets, we leverage our partnership with Biotronik, a large multi-national, privately-held biomedical technology company with a leading portfolio across cardiac rhythm management, electrophysiology and vascular intervention, to sell and distribute our products. In the United States and Western Europe, our target market is highly concentrated. *We plan to leverage the concentrated nature of procedure volumes and the recurring nature of our sales to drive an increasingly efficient commercial model.*

144. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Defendants were not "leverage[ing] the concentrated nature of procedure volumes" and instead, had overly concentrated their sales efforts and staffing in the Southeastern and Southwestern U.S., the U.K. and certain parts of Central Europe, to the detriment of the Company's growth; (b) Acutus did not have "an increasingly efficient commercial model" instead, (i) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (ii) Acutus's commercial team was understaffed; (iii) Acutus's

commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (iv) Acutus's commercial teams did not know how to target, profile and attract revenue-generating customers.

145. The 2020 Form 10-K listed Acutus's "growth strategies," which included:

> • *utilizing our superior mapping technology and open platform to establish our presence with a broad base of customer accounts and physicians;*
>
> • *strategically expanding our commercial organization across key global markets to increase physician awareness and drive adoption;*
>
> • *driving market penetration and portfolio utilization;*
>
> • continuing to expand our portfolio of products and broaden indications for existing products;
>
> • leveraging our strategic partnerships to efficiently scale globally and broaden our product portfolio; and
>
> • continuing to build our clinical evidence base.

146. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) a substantial number of AcQMap Systems were installed under paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time the physician used the system, which did not encourage physician adoption of the system and hindered the growth of the Company's business.

147. The 2020 10-K highlighted Acutus's personnel and commercial organization as follows:

> We are an arrhythmia management company focused on improving the way cardiac arrhythmias are diagnosed and treated. We are committed to advancing the field of electrophysiology and our team is comprised of passionate, driven and dedicated professionals working to provide better tools for clinicians and making life better for the individuals who suffer from complex cardiac arrhythmias. As of December 31, 2020, we had 291 full-time employees. We believe that the success of our business will depend, in part, on our ability to attract and retain qualified personnel. None of our employees are represented by a labor union or are a party to a collective bargaining agreement …. ***We seek to identify, recruit and retain a dynamic and innovative team of professionals that is committed to improving the diagnosis and treatment of cardiac arrhythmias.*** 87 employees, or 30% of our workforce, have been at Acutus for at least two years.
>
> ***
>
> ***As of December 31, 2020, our commercial organization consisted of 78 individuals with substantial applicable medical device, sales and clinical experience, including sales managers, sales representatives and mappers. We intend to continue to make significant investments in our commercial organization by increasing the number of our sales representatives, sales managers and mappers, as well as by expanding our global marketing and training programs, to help facilitate further adoption of our products among existing and new customer accounts.*** The rate at which we grow our commercial organization and the speed at which newly hired personnel become effective can impact our revenue growth or our costs incurred in anticipation of such growth.

148. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (b) Acutus's commercial team was understaffed; (c) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (d)

Acutus's commercial teams did not know how to target, profile and attract revenue-generating customers.

149.   The 2020 Form 10-K further set forth a list of risk factors, including the following:

**Risks Related to Our Business and Products**

*We have a limited history operating as a commercial company; if we fail to effectively train our sales force, increase our sales and marketing capabilities or develop broad brand awareness in a cost-effective manner; our growth will be impeded, and our business will suffer.*

*…. In order to generate future growth, we plan to continue to expand and leverage our sales and marketing infrastructure to increase our customer base and grow our business.  Identifying and recruiting qualified sales and marketing personnel and training them on our products, applicable federal and state laws and regulations, and on our internal policies and procedures requires significant time, expense and attention.  It often takes several months or more before a sales representative is fully trained and productive.  Our business may be harmed if our efforts to expand and train our sales force do not generate a corresponding increase in revenue, and our higher fixed costs may slow our ability to reduce costs in the face of a sudden decline in demand for our products.  **Any failure to hire, develop and retain talented sales and marketing personnel, to achieve desired productivity levels in a reasonable timeframe or timely leverage our fixed costs could have a material adverse effect on our business, financial condition and results of operations** …. Our ability to increase our customer base and achieve broader market acceptance of our products will also depend to a significant extent on our ability to expand our marketing efforts as we plan to dedicate significant resources to our marketing programs.*

\*\*\*

*The commercial success of our products will depend upon attaining significant market acceptance of these products among hospitals, physicians, patients and payors.*
*…. Our future growth and profitability largely depend on our ability to increase physician awareness of our system and our products and on the willingness of hospitals, physicians, patients or payors to*

adopt them. These parties may not adopt our products unless they are able to determine, based on experience, clinical data, medical society recommendations and other analyses, that our products are safe, effective and, with respect to providers, cost-effective, on a stand-alone basis and relative to competitors' products …. ***We focus our sales, marketing and education efforts primarily on cardiac electrophysiologists, and aim to educate referring physicians regarding the patient population that would benefit from our products*** …. If electrophysiologists are not made aware of our products, they may not recommend ablation for their patients or the installation of our AcQMap System in their hospitals. In addition, some physicians may choose to utilize our products on only a subset of their total patient population or may not adopt our products at all. ***If we are not able to effectively demonstrate that the use of our products is beneficial in a broad range of products, adoption of our products will be limited and may not occur as rapidly as we anticipate or at all[.]***

150. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (b) Acutus's commercial team was understaffed; (c) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (d) Acutus's commercial teams did not know how to target, profile and attract revenue-generating customers, and; (e) described risks to the Company's business as hypothetical when such risks were then-existing.

C. **Defendants' Materially False And Misleading Statements In Connection With Acutus's Q2 2021 Results**

151. On August 12, 2021, after the market closed, Defendants issued a press release (the "Q2 2021 Press Release") and held a public conference call (the "Q2 2021 Call") regarding Acutus's Q2 2021 results.

152. The Q2 2021 Press Release stated:

*[T]he Company continues to make progress with key growth initiatives, including strengthening commercial execution … For the full year, management is leaving its guidance unchanged and projects revenue to range between $22.0 million and $30.0 million.*

153. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Defendants had not made progress in "strengthening commercial execution" because, (i) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (ii) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (iii) as a result of (i) and (ii), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (b) a substantial number of AcQMap Systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time that the physician used the system; (c) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (d) Acutus's commercial team was understaffed; (e) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System; (f) Acutus did not know how to target, profile and retain revenue-generating customers, and; (g) as a result of the foregoing, Defendants had no reasonable basis to project full year revenue to be in a range of $22 million to $30 million.

154. On the Q2 2021 Call, Defendants touted their commercial strategy. Specifically, Burgess stated:

*Over the past several months, we have seen ongoing improvements across our 3 strategic pillars: technology and innovation leadership, commercial execution and operational excellence.*

*** 

As I reflect on the cadence of our performance in the first half of the year, I'm pleased with the trajectory of our business. *Our commercial execution globally is strengthening, and I am confident we have the right team in place.*

155. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Defendants' commercial execution was not "strengthening" because, (i) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (ii) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (iii) as a result of (i) and (ii), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (b) a substantial number of AcQMap Systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time that the physician used the system; (c) Acutus did not "have the right team in place" because, (i) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (ii) Acutus's commercial team was understaffed; (iii) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (iv) Acutus did not know how to target, profile and retain revenue-generating customers.

156.   Defendants also touted the increase in Acutus's installed base and focus on account targeting on the Q2 2021 Call.  Specifically, Burgess stated:

> *We increased the worldwide installed base of second generation AcQMap consoles to 68* at the end of 02, up from 57 at the end of Q1, bringing the total installed base of AcQMap 8 consoles to 70 as of June 30, 2021, versus 62 at the end of last quarter.  *We exited the quarter with a strong funnel and expect to see continued growth in our installed base through the rest of the year.  As discussed previously, we continue to focus not only on growing our installed base, but also targeting the right accounts for sustainable utilization.  During the second quarter, we saw these efforts take hold with several new customers now performing procedure volumes within the top quartile of utilization.*  At these same accounts, we saw active reorder rates during both exiting Q2 as well as here early in Q3.

157.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) a substantial number of AcQMap Systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time that the physician used the system, which did not encourage physician adoption of the system and hindered the growth of the Company's business.

158.   Roman reiterated Burgess's positive outlook and stated on the Q2 2021 Call:

*For the full year, we are maintaining our guidance range and expect revenue to be in a range of $22 million to $30 million. We recognize the wide range in this outlook for the second half of the year. This largely relates to the variables in the external environment as well as the extent to which our business is influenced by capital orders and conversions.*

The lower end of our guidance range requires a similar improvement in the second half of the year as to what we have seen on a year-to-date basis. The Q4 to Q1 and Q1 to Q2 improvements in our business primarily came from new account openings, increased same-store utilization, higher new product contributions and moderating but still present COVID headwinds. At the mid-to-high end of our guidance range, we would need to see an acceleration in these key drivers, normalization of end-market conditions related to COVID and higher capital equipment conversions. As it relates to the phasing of sales through the back half of the year, we would expect a disproportionate weighting to the fourth quarter. This is largely tied to the potential for short-term COVID disruptions, some enhanced seasonality due to extended vacations and time away from the hospital in several key centers and geographies and the resulting impact and timing of reorder rates and new system installations. Based on the electric procedure volume patterns observed in 2020, we think it is very reasonable to expect any procedure volume disruption to prove transient.

159. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation; (d) a substantial number of AcQMap Systems were installed pursuant to paid "research

agreements" whereby Acutus paid physicians $2000-$3000 each time that the physician used the system, which did not encourage physician adoption of the system and hindered the growth of the Company's business, and; (e) as a result of (a)-(d), Defendants had no reasonable basis to project full year revenue guidance of $22 million to $30 million.

160.    When asked on the Q2 2021 Call what made Defendants confident that they would achieve the lower end of the midpoint of Acutus's guidance, Roman and Burgess engaged in the following exchange:

> <Q - SARAN BASKAR; JPMORGAN CHASE & CO, RESEARCH DIVISION>: …. So, if I look at the midpoint, $26 million in sales for the full year versus about 8 -- just over $8 million in the first half.  What are you seeing right now in the quarter that gives you the confidence that either utilization or new placements can get you to the lower end or the midpoint of that guidance?  I mean what are you seeing so far that gives you that confidence?

> <A - DAVID HARRISON ROMAN>: Sure. Let me just frame that a little bit.  If I look at the year-to-date drivers -- and the way I think about that is, the improvement in our revenue from the fourth quarter to the first quarter and the first quarter to the second quarter -- *what the drivers of that were, as I said, new account placements, new product adoption and increased utilization.*  As I look at each of those -- let me start with new account openings.  We opened a number of accounts very late in the second quarter, what I would describe as really the last week of the second quarter.  And those accounts where we opened late, we are seeing very strong uptake in utilization ….  *At the same token, those new accounts that we opened at the end of the second quarter really had no contribution to second quarter revenue, and we should see the contribution of those sequentially start to increase in Q3 versus Q2 as well.*

> *And then the last piece of the puzzle here, and this is a very important variable, both in Q2 and for the rest of the year is, how we execute against capital conversions.*  And just to remind you and everybody on the call, well, the increase in our installed base is not necessarily reflective of a capital sale.  Remember, we place systems under evaluation and later aim to convert those to a capital sale.  *So we have a*

*number of systems coming up for evaluation in -- where that evaluation has completed, where we expect to convert those to capital. We already have converted -- we already have seen conversions here in the third quarter.*

161.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) as a result of (a) and (b), Defendants were not working to "convert these into capital sales leases or catheter utilization deals," and instead, Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (d) a substantial number of AcQMap Systems were installed under paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time the physician used the system, which did not encourage physician adoption of the system and hindered the growth of the Company's business.

162.   Burgess further stated in response to the analyst's question on the Q2 2021 Call described in ¶160 by stating:

> <A - VINCENT J. BURGESS>: I mean, I would also comment that *our commercial team is in the U.S., in particular, and Europe, is really coming together.  We added a new chief commercial Officer, Wayne Wilder.  And I think March 1 of this year.  And the team is really gelling as we sit here today.*  And if you look at our direct revenues in Q4 of last year, as set against our direct revenues in Q1 of this year and then Q1, as set against Q2, *the team is figuring out the formula here for driving installs, driving utilization, driving engagement with our docs.*

163. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (b) Acutus's commercial team was understaffed; (c) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System, and; (d) Acutus did not know how to target, profile and retain revenue-generating customers, and as such, the team was not "figuring out the formula [ ] for driving installs, driving utilization, driving engagement with our docs."

164. When asked on the Q2 2021 Call about Acutus's onboarding strategy for new accounts, Burgess engaged in the following exchange:

<Q - WILLIAM JOHN PLOVANIC>: Great. And if I could follow-up with the question, Vince, we've talked about this. When you're launching a new product, it's getting that reproducibility, repeatability of the process. You've talked in the past about onboarding an account and the things you've learned over time. I'm curious, how much has that changed over the past 90 to 100 days since you last revisited that at least with the investment community? And how should we think about that in terms of repeat...

<A - VINCENT J. BURGESS>: *I think over the last 3, 3.5, 4 months, we've gotten a lot better at onboarding accounts.* And not to get too into the weeds here, but *I think one of the things that we've learned is that when you have a brand new physician user looking at these -- the mapping system and the results, the images that come out of the mapping system, there's a temptation to go right into the most complex, nastiest, multiple redo case possible, so that we can show the clinical utility of our product out of the gates. That kind of makes sense, but it's also pretty risky because if the doctor doesn't -- as a doctor, interpreting what he's looking at and planning his therapy strategy and maybe even believing what he's looking at, that can be an uphill battle.*

*What we do now, typically, is we actually as close as we can to mandate our physicians use our mapping system in simple cases in the first couple of cases, where we know what that rhythm is going to look like, science rhythm or typical flooders, something like that.* And the doctor

has it in his or her mind what that map should show. If it has the fidelity and the reproducibility you want, and the visceral effect that we have when we actually go in there with our catheter and show the physician exactly what he expected to see or she, that builds credibility and confidence much more quickly. ***And it sounds like kind of a nuance, but that approach has had a very significant effect on the uptake on a physician-by-physician basis.***

165. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems, and; (c) a substantial number of AcQMap Systems were installed pursuant to paid "research agreements" whereby Acutus paid physicians $2000-$3000 each time that the physician used the system, which did not encourage physician adoption of the system.

166. Roman further stated on the Q2 2021 Call:

***On your first question about the pace of installs and the strategy around identifying productive accounts and moving systems around, we are actively doing that.*** There is very little value to us and actually, anyone in the ecosys, the patient or us having a system in a site that doesn't make sense. And that can be the result of the physician champion has left. ***It can be the result of the fact that we, quite frankly, in our early commercial launch did not tick the right accounts into which to install these systems*** or there can be a variety of other factors at play.

***So we will look to move systems around, bring them back here, upgrade them and redeploy them into the field.*** In the second quarter, as I said, we added 8 net installations to the installed base. ***We will probably have some removals here in the back half of the year. So that could impact the pace of the increase in the installed base. I would certainly expect***

*to see the installed base higher on December 31 and where it was on June 30. But our focus is really on finding the absolute right accounts*.

167.    The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Defendants were not focused on "finding the absolute right accounts" and had placed a substantial number of AcQMap Systems pursuant to paid "research agreements" whereby the Company paid the physician user $2000-$3000 per use of the system, which did not encourage physician adoption of the AcQMap System; (b) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (c) a material percentage of the AcQMap Systems under evaluation had been installed in locations where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems, and; (d) as a result of (b) and (c), Defendants were not going to remove and reposition just "some" of the systems, but were going to remove and reposition a material approximately 20% of the systems under evaluation.

168.    On August 13, 2021, Defendants filed Acutus's Form 10-Q for Q2 2021 with the SEC (the "Q2 2021 10-Q").

169.    The Q2 2021 10-Q described Acutus's commercial strategy and touted its commercial organization as follows:

> We have strategically developed a direct selling presence in the United States and select markets in Western Europe where cardiac ablation is a standard of care and third-party reimbursement is well-established…. Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system …. ***We plan to leverage the geographically concentrated nature of procedure volumes and the recurring nature of our sales to drive an increasingly efficient commercial model.***

*\*\**

**Factors Affecting Our Performance**

- *Market Acceptance.* The growth of our business will depend substantially on our ability to increase our installed base. Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. Our ability to increase our installed base will depend on our ability to gain broader acceptance of our AcQMap System by continuing to make physicians and other hospital staff aware of the benefits of the AcQMap System, thereby generating increased demand for system installations and the frequency of use of our disposable products. ***Although we are attempting to increase our installed base through our established relationships and focused sales efforts, we cannot provide assurance that our efforts will be successful.***

- *Commercial Organization Size and Effectiveness. **As of June 30, 2021, our commercial organization consisted of 80 individuals with substantial applicable medical device, sales and clinical experience, including sales managers, sales representatives and mappers.*** We intend to continue to make significant investments in our commercial organization by increasing the number of our sales representatives, sales managers and mappers, as well as by expanding our global marketing and training programs, to help facilitate further adoption of our products among existing and new customer accounts. ***The rate at which we grow our commercial organization and the speed at which newly hired personnel become effective can impact our revenue growth or our costs incurred in anticipation of such growth.***

170. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) Acutus was not "leverage[ing] the geographically concentrated nature of procedure volumes and the recurring nature of [its] sales to drive an increasingly efficient commercial model",

instead Defendants had overly concentrated their sales efforts and staffing in the Southeastern and Southwestern U.S., the U.K. and certain parts of Central Europe, to the detriment of the Company's growth; (b) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products and where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (c) a substantial number of AcQMap Systems were installed pursuant to paid "research agreements" whereby Acutus paid a physician user $2000-$3000 each time the physician used the system; (d) Acutus did not know how to hire and attract qualified candidates for its commercial teams; (e) Acutus's commercial team was understaffed, and; (f) Acutus's commercial teams did not know how to effectively train and communicate with medical providers such that medical providers would be willing or able to utilize or adopt the AcQMap System.

171.   The Q2 2021 10-Q described the installed base as follows:

**Installed Base**

***Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products.*** We define our installed base as the cumulative number of AcQMap consoles and workstations placed into service at customer sites. Beginning in late 2019, we began to install our second-generation AcQMap console and workstation with customers under evaluation contracts. Under these evaluation contracts, we place our AcQMap console and workstation with customers for no upfront fee to the customer during the applicable evaluation period and seek to reach agreement with the customer for the purchase of the console and workstation in the form of a contractual commitment to purchase a minimum amount of our disposable products or a cash purchase.

....Growth in our quarterly installed base can fluctuate due to a number of factors, including the commercial effectiveness of our sales representatives and strategic partners such as Biotronik, and the procurement and budgeting cycles of many of our customers, especially those where unused funds may be forfeited or future budgets may be reduced if purchases are not made by their fiscal year end. We also believe the timing of installations has been impacted and will continue to be impacted by the timing of product introductions and transitions. In addition, the growth of our market in certain geographic regions and our continued efforts to service these regions impact unit volumes quarter to quarter.

172.  The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products and where the Company did not possess the staffing and infrastructure necessary to sufficiently educate, train and support medical providers to utilize the systems; (b) a substantial number of AcQMap Systems were installed pursuant to paid "research agreements" whereby Acutus paid a physician user $2000-$3000 each time the physician used the system, and; (c) Acutus's business was not growing because a substantial number of the AcQMap Systems were placed pursuant to paid "research agreements", which did not encourage physician users to adopt or meaningfully utilize the system.

VI.   **LOSS CAUSATION**

173.  Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Plaintiff and the Class.

174.  Throughout the Class Period, as detailed herein, Defendants made materially false and/or misleading statements and/or omissions.  This course of wrongful conduct caused the price of Acutus securities to be artificially inflated.  But for Defendants' misrepresentations and/or omissions, Plaintiff and the other members of the Class would not have purchased Acutus securities or would not have purchased

such securities at artificially inflated prices. Later, when Defendants' prior misrepresentations and/or omissions were disclosed to the market, and/or when the concealed risks materialized, the price of Acutus shares fell significantly as the prior artificial price inflation was dissipated. As a result of their purchases and/or acquisition of Acutus securities during the Class Period, Plaintiff and other members of the Class suffered economic losses, *i.e.*, damages, under the Exchange Act. The timing and magnitude of the decline in the prices of the Company's shares negate any inference that the economic losses and damages suffered by Plaintiff and other members of the Class were caused by changed market conditions, macroeconomic factors, or Company-specific facts unrelated to Defendants' wrongful conduct.

175. As detailed *supra*, the truth regarding the Company's failed commercial strategy was partially revealed, and/or the concealed risks materialized, on August 12, 2021 and November 11, 2021. As a direct result of these partial disclosures, the price of Acutus's stock declined significantly, thereby damaging investors as the artificial inflation in Acutus's stock price was removed.

## VII. ADDITIONAL SCIENTER ALLEGATIONS

### A. Defendants' Access To Information And Core Operations

176. As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Acutus, their control over, and/or receipt and/or modification of Acutus's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to

confidential proprietary information concerning Acutus, participated in the fraudulent scheme alleged herein.

177. The Individual Defendants' scienter is also established because the alleged misstatements and omissions at issues here concerned Acutus's core operations. As Defendants stated in Acutus's Q2 2021 10-Q and throughout the Class Period, Acutus's AcQMap System was Acutus's "foundational and most highly differentiated product" and:

> Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products …. The growth of our business will depend substantially on our ability to increase our installed base.

178. Moreover, the success of Acutus's commercial organization was crucial to Acutus's business and growth, including the growth of its installed base. For example, as Defendants stated in Acutus's Q2 2021 10-Q:

> Growth in our quarterly installed base can fluctuate due to a number of factors, including the commercial effectiveness of our sales representatives …. We intend to make significant investments in our commercial organization by increasing the number of our sales representatives, sales managers and mappers, as well as by expanding our global marketing and training programs, to help facilitate further adoption of our products among existing and new customer accounts. The rate at which we grow our commercial organization and the speed at which newly hired personnel become effective can impact our revenue growth or our costs incurred in anticipation of such growth.

179. The Individual Defendants' scienter is further supported by the fact that the Company, at all relevant times, had a very small commercial organization and no more than eleven directors and officers. For example, Defendants stated in the Q3 2021 10-Q that as of September 30, 2021, the Company's commercial organization

consisted of 88 individuals, comprised of sales representatives, sales managers, mappers and marketing personnel.

180. Additionally, throughout the Class Period, the Individual Defendants highlighted their access to information concerning and their involvement with Acutus's commercial strategy and execution. For example, Burgess stated on the Q1 2021 Call:

> We are on our update call with the entire European team for a couple of hours this morning getting an update, and this is just an outstanding team, high mature, very experienced and tenured group with a great handle on the business, and we feel like they're properly positioned with the right customers.

181. Burgess also stated on the Q1 2021 Call:

> *I think the models have it pretty well that I've seen most recently, have it pretty well in terms of what we think we can do in terms of placements* …. When we talked about how we were thinking about Q1, I tried to get across that with the targeting that we were really focusing in on and with adding Duane and really thinking about where we place our systems, the types of physicians we want to be working with at this phase of our evolution, *I kind of had the sense that we would probably move a few consoles around[.]*

182. On the Q2 2021 Call, Burgess stated with respect to procedure volumes, "This is an extremely fluid situation and *we are actively monitoring* hospital and government actions in response to higher COVID cases, COVID related hospital admissions and staffing shortages." On a public conference call on November 11, 2021, Burgess stated, *"We have been actively monitoring market trends, and we are seeing general stability here in Q4."*

183. The Individual Defendants also repeatedly emphasized their "focus" on Acutus's commercial strategy. For example, Roman stated on the Q1 2021 Call, *"we are keenly focused on the variables that we can control, such as commercial execution[.]"*

184.  The Individual Defendants' admissions support their scienter.  On a public conference call at the end of the Class Period on November 11, 2021, Burgess admitted that "we need to get better at onboard—I'm sorry, on boarding our own people.  When we bring them on as mappers or therapy managers, and in particular, salespeople and account managers.  We're still learning how to hire and attract the right people for the job we have at hand[,]" and admitted that Acutus had "understaffed that [commercial] team initially."  On the same public conference call, in response to an analyst question about Acutus's Power Pod commercial strategy and how Defendants would scale this strategy in 2022, Burgess stated:

> [T]he way to scale this is to where, I think, rather than kind of pock mark the country with Pods here and there, it's going to be more cost-effective to the extent possible that you kind of radius or radiate out from those initial Power Pods.
>
> ***And if you look at the history of our brethren in this industry, the leaders in this business, that's very much how they evolved over time over the last decade—2 decades as well is they really deployed a Pod strategy.  I think we should have come to that sooner, but we are where we are[.]***

185.  The Individual Defendants were highly experienced in the cardiovascular industry and medical device sales industry, which supports an inference that they were aware of and appreciated the magnitude of Acutus's failing commercial execution.  For example, Roman had worked in the medical technology industry for over 15 years before joining Acutus.  Prior to joining Acutus, Roman served as Vice President, Strategy & FP&A for Baxter International, Inc. since 2016.  Prior to joining Baxter, Roman was a managing director at Goldman, Sachs & Co., where he led the firm's U.S. medical technology equity research team.

186.  In addition, the SPO Registration Statement and Prospectus touted Acutus's "Highly experienced senior management team with broad cardiovascular industry experience" stating:

Our senior management team consists of seasoned medical device professionals with deep industry experience. Our team has successfully led and managed growth phases in organizations and commercialized products in markets with established incumbents by addressing the unmet needs of the clinicians and patients they serve. Members of our team have worked with well-regarded medical technologies companies such as Volcano Corporation, Boston Scientific Corporation, Guidant Corporation, Medtronic plc, Abbott Laboratories, St. Jude Medical, Inc., Philips and Biotronik.

**B.    Acutus Was Reliant On Fundraising To Remain A Going Concern**

187.    The ability of the Company to increase its installed base through its commercial teams was crucial to the Company's survival. For example, the Company stated in its Q2 2021 10-Q:

We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products …. Growth in our quarterly installed base can fluctuate due to a number of factors, including the commercial effectiveness of our sales representatives …. ***The growth of our business will depend substantially on our ability to increase our installed base.***

Defendants stated in the SPO Registration Statement:

If we are unable to establish effective sales and marketing capabilities or if we are unable to commercialize any of our products, we may not be able to effectively generate product revenue, sustain revenue growth and compete effectively …. Any failure to hire, develop and retain talented sales and marketing personnel, to achieve desired productivity levels in a reasonable timeframe or timely leverage our fixed costs could have a material adverse effect on our business, financial condition and results of operations.

188.    Defendants were motivated to issue misstatements regarding the Company's commercial execution for financial reasons. The Company has incurred significant operating losses since its inception in March 2011 and was critically low on cash during the Class Period.

189.   Prior to the Company's IPO in August 2020, the Company's operations were primarily financed by aggregate net proceeds from the sale of its convertible preferred stock and principal of its converted debt of $253.9 million and other indebtedness.  In the Registration Statement Acutus issued in connection with its IPO, the Company's independent registered public accounting firm, KPMG LLP, stated, "the Company has incurred operating losses since inception and expects to continue to incur significant operating losses for at least the next several years that raise substantial doubt about its ability to continue as a going concern."

190.   As Defendants stated in the SPO Registration Statement and Prospectus about a year after Acutus's IPO, "We expect to continue to incur additional net losses for at least the next several years[,]" and for the year ended December 31, 2020, the Company had a net loss of $102 million and an accumulated deficit of $361 million.  As of September 30, 2021, the Company had an accumulated deficit of $447.4 million.

191.   Therefore, Defendants were motivated to issue materially false and misleading statements so that Acutus could raise cash at inflated levels to infuse much needed funds into the Company and provide necessary funding for the Company's commercial efforts.   Indeed, on July 19, 2021, less than a month before the Company's first corrective disclosure on August 12, 2021, the Company completed an SPO whereby the Company issued 6,325,000 shares of common stock and received gross proceeds of $88.6 million from the offering.  Defendants stated in the SPO Materials that they estimated the net proceeds of the SPO would be approximately $71.9 million, of which Defendants intended to use $30 to $35 million "to support [Acutus's] commercial expansion, including hiring additional commercial personnel[.]"

192.   Further, the Company incurred numerous financial obligations related to its commercial efforts.

193. In May 2011, Acutus entered into an Exclusive Patent License Agreement with Christopher Scharf (who served on the Acutus board of directors until resigning in June 2020), whereby Acutus acquired an exclusive worldwide license under certain patents and pending patent applications regarding technology related to recording electrical activity of organ tissues. Acutus is obligated to use commercially reasonable efforts to develop and sell products covered by the licensed patents and following the first commercial sale of any such product, Acutus must use commercially reasonable efforts to meet the market demand for such product. In exchange for the license, Acutus is required to pay Scharf single-digit percentage royalties on net sales by Acutus, its affiliates, or sublicensees of any covered products.

194. In April 2014, Acutus entered into an Exclusive Patent License Agreement with the University of Minnesota, pursuant to which Acutus received an exclusive, sublicensable license under certain patents and pending patent applications related to cardiac imaging technology. Acutus is obligated to use commercially reasonable efforts to commercialize products covered by the license as soon as practicable and to maximize sales of any such products. In consideration for the license, Acutus paid the University of Minnesota an upfront fee and is required to pay the University of Minnesota an annual maintenance and administrative fees, certain regulatory and commercial milestones up to $235,000, and single-digit percentage royalties on net sales of products covered by the license, subject to a minimum annual royalty beginning at $15,000, and increasing to $50,000 in the seventh year of the agreement. Acutus is also obligated to pay the University of Minnesota between 15%-25% of revenue other than royalties that it or its affiliate receive from sublicensees as a result of the rights granted under the license agreement.

195. In June 2015, Acutus entered into a Master License Agreement with Biotectix, LLC, as assumed by Heraeus Medical Components LLC ("Heraeus"), pursuant to which Heraeus agreed to develop a coating for use in Acutus's catheters. Pursuant to the Master License Agreement, Acutus is required to provide Heraeus

binding forecasts of purchase orders for coating materials used in Acutus's catheters as well as single-digit percentage royalties on net sales of Acutus's catheters incorporating the coating provided by Heraeus, with a minimum $25,000 yearly royalty.

196. On May 20, 2019, Acutus entered into a credit agreement (the "2019 Credit Agreement") with OrbiMed Royalty Opportunities II, LP (until June 2020, Burgess was a venture partner of OrbiMed Advisors, an OrbiMed Royalty Opportunities II, LP affiliate) as origination agent and Wilmington Trust, National Association as administrative agent. The 2019 Credit Agreement provided Acutus with a senior term loan facility in aggregate principal amount of $70 million, of which Acutus borrowed $40 million upon closing. The 2019 Credit Agreement bears interest per annuum at 7.75% plus LIBOR for such interest period, and the principal amount of term loans outstanding under the agreement is due on May 20, 2024. Acutus's payment obligations under the 2019 Credit Agreement are secured by substantially all of its assets and the assets of its wholly owned subsidiary and requires Acutus to maintain a minimum liquidity amount of $5 million.

197. In June 2019, Acutus acquired Rhythm Xience, which required Acutus to pay $3 million in cash and to pay Rhythm Xience's former owners up to $17 million in additional earn out consideration based on the achievement of certain regulatory and revenue milestones. In February 2020, Acutus issued to the former owners of Rhythm Xience 119,993 shares of Series D convertible preferred stock valued at $2.2 million and paid them $2.5 million in the first quarter of 2020 and an additional $2.5 million in the first quarter of 2021.

198. In July 2019, Acutus entered into a License and Distribution Agreement with Biotronik and VascoMed GmbH ("Biotronik Parties") to obtain certain licenses to the Biotronik Parties' patents, whereby the Company acquired certain manufacturing equipment and obtained from the Biotronik Parties a license under which certain patents and technology to develop, commercialize, distribute and

manufacture the Acutus's AcQBlate Force ablation catheters and Qubic Force device. Acutus paid the Biotronik Parties $3 million upfront at the time the agreement was signed as well as a technology transfer fee of $7 million in cash in December 2019 and $5 million in shares of Acutus's Series D convertible preferred stock in February 2020. Acutus is also required to pay the Biotronik Parties up to $10 million upon the achievement of various regulatory and sales-related milestones, as well as unit-based royalties on any sales of force sensing catheters.

### C. Acutus's Corporate Scienter Is Alleged

199. Each of the Individual Defendants was a high-ranking management-level employee of Acutus. The scienter of each of the Individual Defendants and of all other management-level employees of Acutus, including each high-ranking officer or director, is imputable to Acutus. The knowledge of each of these individuals should therefore be imputed to Acutus for the purposes of assessing corporate scienter.

200. Even aside from the scienter of the Individual Defendants, the facts alleged herein raise a strong inference of corporate scienter as to Acutus as an entity. Corporate scienter may be alleged independent of individual defendants where a statement would have been approved by corporate officials sufficiently knowledgeable about the company to know the statement was false. Here, the statements alleged were made to the investing public regarding the Company's operations, finances, business practices, installed base, and commercial execution—all important topics that would necessarily require approval by appropriate corporate officers who, as alleged, had very different information in their hands at the time from what was disclosed to the investor.

### VIII. PLAINTIFF'S CLASS ACTION ALLEGATIONS

201. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Acutus common stock between May 13, 2021 and November 11, 2021, inclusive, and who were damaged thereby (the

"Class").  Excluded from the Class are Defendants, the officers, and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

202.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Acutus's shares actively traded on the NASDAQ.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Acutus shares were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Acutus or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

203.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

204.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

205.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Acutus; and

(c)     whether Defendants acted knowingly or recklessly in issuing false and misleading SEC filings and public statements during the Class Period;

(d)     whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and,

(e)     to what extent the members of the Class have sustained damages and the proper measure of damages.

206.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

207.   Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

(a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)     the omissions and misrepresentations were material;

(c)     the Company's securities are traded in efficient markets;

(d)     the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

(e)     the Company traded on the NASDAQ, and was covered by market analysts;

(f)     the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities;

(g)     Plaintiff and members of the Class purchased and/or sold the Company's securities between the time the Defendants failed to disclose or

misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts, and;

(h)    unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

208.    Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

209.    Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## IX.    APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

210.    The market for Acutus's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Acutus's securities traded at artificially inflated prices during the Class Period.  On June 27, 2021, the Company's share price reached a Class Period high of $18.00 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Acutus's securities and market information relating to Acutus, and have been damaged thereby.

211.    During the Class Period, the artificial inflation of Acutus's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Acutus's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Acutus and its business, operations, and

prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

212.   At all relevant times, the market for Acutus's securities was an efficient market for the following reasons, among others:

(a)   Acutus shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)   As a regulated issuer, Acutus filed periodic public reports with the SEC and/or the NASDAQ;

(c)   Acutus regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)   Acutus was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

213.   As a result of the foregoing, the market for Acutus's securities promptly digested current information regarding Acutus from all publicly available sources and reflected such information in Acutus's share price. Under these circumstances, all purchasers of Acutus's securities during the Class Period suffered similar injury through their purchase of Acutus's securities at artificially inflated prices and a presumption of reliance applies.

214.    A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.   Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.   All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## X.    NO SAFE HARBOR

215.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.   The statements alleged to be false and misleading herein all relate to then-existing facts and conditions.   In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.   In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Acutus who knew that the statement was false when made.

# XI. CAUSES OF ACTION

## FIRST CLAIM
### Violation of Section 10(b) of The Exchange Act and
### Rule 10b-5 Promulgated Thereunder
### Against All Defendants

216.   Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

217.   During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Acutus's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

218.   Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Acutus's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

219.   Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Acutus's financial well-being and prospects, as specified herein.

220. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Acutus's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Acutus and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

221. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

222. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts

were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Acutus's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

223. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Acutus's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Acutus's securities during the Class Period at artificially high prices and were damaged thereby.

224. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Acutus was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Acutus securities, or, if they had acquired such

securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

225. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

226. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

227. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

228. The Individual Defendants acted as controlling persons of Acutus within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

229. In particular, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the

power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

230.    As set forth above, Acutus and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## XIII.    DEMAND FOR A TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: September 16, 2022

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Natalie S. Pang*
Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Natalie S. Pang (SBN 305886)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: kwolke@glancylaw.com
Email: npang@glancylaw.com

*Counsel for Lead Plaintiff*
*Paul D. Weinberg*