Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Kara M. Wolke (SBN 241521)
  *kwolke@glancylaw.com*
Natalie S. Pang (SBN 305886)
  *npang@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff*
*Paul D. Weinberg*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACUTUS MEDICAL, INC. SECURITIES LITIGATION | Case No. 22-CV-206-RSH-KSC **SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** <u>JURY TRIAL DEMANDED</u> |

# **TABLE OF CONTENTS**

I.      NATURE OF THE ACTION ...........................................................................1

II.     JURISDICTION AND VENUE....................................................................7

III.    PARTIES .........................................................................................................7

        A.      Plaintiff...............................................................................................7

        B.      Defendants..........................................................................................7

IV.     SUBSTANTIVE ALLEGATIONS ............................................................8

        A.      Overview Of Acutus's Business ..................................................8

        B.      The Start of the Class Period: May 13, 2021 .......................13

        C.      Acutus Conducts Its SPO In July 2021, Reaping $88.6 Million In Gross Proceeds ......................................................................................20

        D.      The Risks Of Defendants' Fraudulent Scheme Partially Materialize On August 12, 2021 ...............................................................22

        E.      Further Risks Of Defendants' Fraudulent Scheme Materialize On November 11, 2021...............................................................26

        F.      After The Class Period, The Risks Of Defendants' Misconduct Continue To Materialize ..............................................................28

        G.      Regulation S-K Required Defendants To Disclose The Research Agreements .....................................................................................29

V.      DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS DURINGI THE CLASS PERIOD .......................................32

        A.      Defendants' Materially Misleading Statements In Connection With Acutus's Q1 2021 Results...........................................................32

        B.      Defendants' Materially Misleading Statements In Connection With Acutus's SPO .......................................................................42

        C.      Defendants Materially Misleading Statements In Connection With Acutus's Q2 2021 Results...........................................................44

VI.    DEFENDANTS ENGAGED IN A FRAUDULENT SCHEME IN VIOLATION OF §10(b) AND RULES 10b-5(a) AND 10b-5(c) PROMULGATED THEREUNDER ................................................................. 51

VII.    ADDITIONAL SCIENTER ALLEGATIONS ............................................. 53

    A.    Defendants' Access To Information And Core Operations ................. 53

    B.    Defendants Had The Motive And Opportunity To Engage In Their Fraudulent Scheme ........................................................................ 58

        1.    Acutus Was Reliant On Fundraising To Remain A Going Concern ...................................................................... 58

        2.    The Individual Defendants Were Motivated By Personal Gain . 62

    C.    Acutus's Corporate Scienter Is Alleged .......................................... 63

VIII.    LOSS CAUSATION .................................................................... 64

IX.    APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ..................................................................... 65

X.    NO SAFE HARBOR ...................................................................... 67

XI.    PLAINTIFF'S CLASS ACTION ALLEGATIONS ...................................... 68

XII.    CAUSES OF ACTION ................................................................... 70

    FIRST CLAIM ............................................................................ 70

    SECOND CLAIM ......................................................................... 74

XIII.    PRAYER FOR RELIEF .................................................................. 75

XIV.    DEMAND FOR A TRIAL BY JURY .................................................... 75

Lead Plaintiff Paul D. Weinberg ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge.  Plaintiff's information and belief is based upon, among other things, counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Acutus Medical, Inc. ("Acutus" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Acutus; and (c) review of other publicly available information concerning Acutus.

## I.     NATURE OF THE ACTION

1.     This is a securities fraud class action on behalf of persons and entities that purchased or acquired Acutus Medical, Inc. common stock between May 13, 2021 and November 11, 2021, inclusive (the "Class Period"), against the Defendants,[1] seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.     Acutus was founded in March 2011.  Acutus designs, manufactures, and markets products used in cardiac ablation procedures.  Cardiac ablation is the standard of care treatment for cardiac arrhythmias.  For the first few years of its operations, Acutus's business focused on selling disposable products and accessories used in cardiac ablation procedures, such as catheters and sheaths.

3.     To perform a cardiac ablation procedure, a medical provider gains access to the heart by making an incision in the groin and inserting one or more diagnostic catheters and using a cardiac mapping system to collect data and create a map of the

---

[1] "Defendants" refers collectively to Acutus Medical, Inc. ("Acutus" or the "Company"), Vince Burgess ("Burgess") and David H. Roman ("Roman").  Burgess and Roman are collectively referred to as the "Individual Defendants."

heart and the electrical activation pathways.  For years, the same large, well-capitalized group of companies have dominated the electrophysiology market with mapping systems that collect data through contact with the heart chamber wall. Contact-based mapping systems are extremely effective in diagnosing and treating stabler and less complex arrhythmias, such as atrial fibrillation.

4.     After years of generating negligible revenue and incurring net losses, Acutus changed its focus to commercializing its own cardiac mapping system called the AcQMap System.  The AcQMap System consists of a console and workstation, which utilize Acutus's software algorithms and Acutus disposable products.

5.     Defendants touted the AcQMap System's "paradigm-shifting approach to mapping the drivers and maintainers of arrhythmias with unmatched speed and precision."[2]  Unlike current standard of care mapping systems, the AcQMap System is non-contact-based, meaning that it does not touch the heart chamber wall, which Defendants claimed would lessen the potential to cause ventricular arrhythmias. Defendants claimed that the AcQMap System "addresses the primary unmet need in electrophysiology procedures today[,]" namely, treating less stable and more complex types of arrhythmias.

6.     The electrophysiology market is very concentrated in the U.S. and Europe, which is where Acutus sought to commercialize the AcQMap System.  There are limited numbers of physicians that perform cardiac ablation procedures and limited numbers of hospitals in which such procedures are conducted.  These hospitals and physicians have used the same contact-based mapping systems for years.

7.     In order to increase awareness of the AcQMap System and encourage the use of and purchase of Acutus's disposable products, the Company's strategy was to place systems at hospitals and electrophysiology centers for no upfront charge for a period of time, during which Acutus staff aimed to train and demonstrate the benefits

---

[2] *See, e.g.,* Acutus's Prospectus filed with the SEC on July 15, 2021, p.1.

of the system to physician users at the site.  In July 2016, the Company started to place early versions of the AcQMap System in a limited pilot launch capacity in Europe and in May 2018, the Company started to do the same in the U.S., loaning the systems for free to customers.

8.     In late 2019, the Company began installing its second-generation AcQMap System with customers under evaluation agreements.  Under evaluation agreements, Acutus places an AcQMap System with a customer for no charge during an evaluation period of typically three to 12 months; Acutus's aim was that during the evaluation period, Acutus could train physician users to use the system, recognize its benefits, and desire to use it in greater numbers of procedures, such that by the time the evaluation period came to an end, the customer would agree to purchase the system either with cash (which Acutus referred to as a capital sale), or by purchasing a minimum amount of Acutus's disposable products.  The Company retained the right to remove the AcQMap System from a customer site if the system was "not being used according to expectations."[3]

9.     The Company made its full-scale commercial launch of the AcQMap System in the first quarter of 2020.  In August 2020, Acutus conducted an initial public offering ("IPO"), raising over $182 million in gross proceeds, and the Company's shares began to trade on the NASDAQ.

10.    Although Acutus's IPO helped infuse much-needed cash into the Company, Acutus remained unprofitable following the commercial launch of the AcQMap System, and Acutus remained reliant on fundraising to continue operations. By the start of the Class Period on May 13, 2021, Acutus had an accumulated deficit of $390.2 million.

11.    Throughout the Class Period, Acutus's growth strategy focused on increasing its "installed base", which it defined as the total number of AcQMap

---

[3] *See, e.g.,* Acutus's Q1 10-Q, p. 17.

Systems placed at customer sites globally.  For example, Defendants represented to investors at the start of the Class Period on May 13, 2021, in Acutus's Form 10-Q for the first quarter of 2021 (the "Q1 2021 10-Q"), "We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products." Defendants stated in the same Form 10-Q, that "[o]nce an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system."

12.     At the start of the Class Period on May 13, 2021, when announcing Acutus's positive Q1 2021 results, on a public conference call, Defendants touted an increase in the installed base to 62 units.  Defendants acknowledged that they had not increased the installed base as much as Wall Street had expected, but attributed this to having moved some systems to more optimal accounts over the quarter, and that the installed base would "ramp up again" in Q2 due to these actions.  Defendants stated that they could and would increase its installed base by "at least" "about ***four a month or 12 a quarter.***"  Accordingly, Acutus projected that it would increase its installed base to 74 units by Q2 2021, 86 units by Q3 2021, and to 98 units by the end of 2021.  Defendants projected full year 2021 revenue in the range of ***$22 to $30 million***—a massive increase compared to the $8.5 million in revenue that Acutus earned for full year 2020.  To support these projections, Defendants assured investors that they were implementing "more rigorous account segmentation, ensuring the right physician training and engagement and driving growth and utilization."

13.     During the Class Period, Acutus publicly represented that it placed AcQMap Systems primarily under evaluation agreements.  During the Class Period, Acutus represented that it also placed some AcQMap Systems under deferred equipment agreements, and sold some systems directly to hospitals along with software updates and equipment service.  Similar to evaluation agreements, under deferred equipment agreements, Acutus places the AcQMap System at no upfront

cost, but in exchange for the customer's commitment to purchase Acutus's disposable products at a specified price for the duration of a term of typically two to four years, with title of the system transferring to the customer thereafter.

14.    On July 19, 2021, Acutus completed a secondary public offering ("SPO"), raising gross proceeds of $88.6 million.  Acutus's Registration Statement and Prospectus filed with the SEC on July 12, 2021 and July 15, 2021, respectively (the "SPO Materials"), touted increases in the installed base to 70 units as of June 30, 2021 and projected revenue for Q2 2021 to increase by over 300% compared to same period the prior year "primarily due to growth in sales volume with an increase installed base, including an increase in disposable sales, system sales and distributor/distribution sales."

15.    Unbeknownst to investors, and as explained by an Acutus former employee (the "Former Employee"), Acutus increased its installed base by placing AcQMap Systems pursuant to "research agreements", under which Acutus placed the AcQMap System for free at a site and ***paid physician users $2000-$3000 per use of the system.***  The Former Employee worked for Acutus from 2019-2022 as a therapy mapper, responsible for training physicians to use the AcQMap System during procedures.  In the Former Employee's experience, the majority of AcQMap Systems were placed under research agreements.  The Former Employee only recalled one or two systems that were not placed under such agreements during their tenure.

16.    The Former Employee observed that physicians typically had both a competitor mapping system and the AcQMap System in the procedure room and would use only the competitor mapping system to conduct electrophysiology procedures.  Then, the physician would open the package for Acutus's AcQMap System catheter.  This was sufficient to constitute a "use" of the AcQMap System by the physician user for purposes of collecting the $2000-$3000 fee from Acutus.

17.    The Former Employee did not believe that the Company was growing or would grow since its business was mainly derived from research agreements, which

did not encourage physicians to meaningfully utilize the AcMap System or adopt Acutus's products.

18. Less than one month after completing Acutus's SPO, on August 12, 2021, after close of market, undisclosed risks of Defendants' fraudulent scheme partially materialized. Defendants disclosed on a public conference call that same day that *"[w]e will probably have some removals [of systems] here in the back half of the year. So that could impact the pace of the increase in the installed base[,]"* as *"[t]here is very little value to us … having a system in a site that doesn't make sense."* Defendants announced that Acutus's installed base had increased over the quarter by 1/3 short of their previously stated pace, bringing the total installed base to 70 units. Defendants assured investors that they were "actively" working to "identify[] productive accounts and move[] systems around," and reaffirmed full year 2021 revenue guidance of between $22-$30 million.

19. Nonetheless, in response to this news, Acutus's share price fell by over 13%, to close at $11.56 per share on August 13, 2021.

20. On November 11, 2021, after close of market, undisclosed risks further materialized. On a public conference call held that same day, Defendants disclosed that over the quarter, Acutus had removed "less than 10—but still a meaningful number" of the 40-45 systems in the field under evaluation agreements. Over the quarter, Acutus's installed base had increased by merely one unit, bringing the total installed base to 71 units—a far cry from the 86 units that Defendants had previously represented they would have achieved by this point. Defendants revised Acutus's full year 2021 revenue guidance down from $22-$30 million to just $17-$17.5 million. In reducing Acutus's revenue guidance, Defendants admitted that they were tracking a *full year behind* the sales trajectory they had projected during the Class Period.

21. On this news, Acutus's share price fell $3.02 per share, more than *45%,* to close at $3.64 on November 12, 2021, on unusually heavy trading volume. Investors lost millions.

## II.    JURISDICTION AND VENUE

22.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated there under by the SEC (17 C.F.R § 240.10b-5).

23.    This Court has jurisdiction over the subject matter of this action pursuant to U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

24.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).   Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.   Many of the acts charged herein, including Defendants' deceptive course of conduct, and Defendants' issuance of materially false and misleading statements, occurred in substantial part in this Judicial District.

25.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## III.    PARTIES

### A.    Plaintiff

26.    Lead Plaintiff Paul D. Weinberg, as set forth in the previously filed certification (Dkt. No. 12-4), purchased Acutus securities at artificially inflated prices during the Class Period and suffered damages as a result of the federal securities law violations and Defendants' deceptive course of conduct alleged herein.

### B.    Defendants

27.    Defendant Acutus is organized under the laws of Delaware, with principal executive offices located at 2210 Faraday Ave., Suite 100, Carlsbad, California 92008.   At all relevant times, Acutus's common stock traded on the NASDAQ Stock Market ("NASDAQ") under the ticker symbol "AFIB."

28.    Defendant Burgess served as Acutus's President and Chief Executive Officer ("CEO") since October 2017 and throughout the Class Period, and as a Director of Acutus since June 2013, and throughout the Class Period.  Burgess resigned from Acutus after the end of the Class Period.

29.    Defendant Roman served as Acutus's Chief Financial Officer ("CFO") from February 2021 and throughout the Class Period.

30.    The Individual Defendants possessed the power and authority to control the manner in which the Company increased its installed base, the contents of Acutus's SEC filings, press releases, and other market communications.  The Individual Defendants were provided with copies of Acutus's SEC filings and press releases prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected.  Because of their positions with Acutus, and their access to material information available to them and not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that their course of conduct was deceptive and misleading.  The Individual Defendants are liable for the deceptive course of conduct alleged herein.

## IV.    SUBSTANTIVE ALLEGATIONS

### A.    Overview Of Acutus's Business

31.    Acutus designs, manufactures, and markets tools for catheter-based ablation procedures to treat cardiac arrhythmias.  Acutus was incorporated in March 2011 in the State of Delaware and is headquartered in Carslbad, California.  Acutus's wholly owned subsidiary, Acutus Medical NV, was incorporated under the laws of Belgium in August 2013.  The Company's financial statements include both its and Acutus Medical NV's accounts, with all intercompany balances and transactions eliminated in consolidation.

32.    Cardiac arrhythmias occur when the heart beats too quickly, too slowly, or irregularly.    Arrhythmias can cause symptoms such as heart palpitations,

lightheadedness and fatigue, and if left untreated, they can cause serious health issues, including heart failure and stroke. Numerous factors can contribute to the development of arrhythmias, including genetics, obesity, high blood pressure, and aging. The number of people experiencing arrhythmias has steadily increased due to an aging population and dietary and lifestyle changes. In 2019 and in 2020, there were an estimated 50 million people worldwide that suffered from arrhythmias.

33. Cardiac ablation is the predominant treatment for arrhythmias and is the standard of care in the United States and parts of Western Europe. Ablation involves using high-energy radio frequencies or extreme cold to target tissue in the heart that is responsible for triggering or maintaining an abnormal heart rhythm.

34. Cardiac ablation procedures require physicians to gain access to the heart typically through an incision in the groin and then inserting one or more diagnostic mapping catheters; physicians then use a cardiac mapping system to collect data and create maps of the heart and its electrical pathways, which enables physicians to diagnose and treat the arrhythmia appropriately. For years, the standard of care cardiac mapping systems have been contact-based, meaning that the systems collect data by contacting the heart surface at multiple locations, which can take 15 to 20 minutes per map. Contact-based mapping systems are very effective in treating stabler, less complex arrhythmias.

35. The cardiac ablation market is highly concentrated in regions of the U.S. and Western Europe, where cardiac ablation is the standard of care. There are limited numbers of qualified physicians that perform cardiac ablations, and such procedures are performed at a limited number of medical centers. The market for cardiac mapping systems and related products has been dominated for years by the same small group of well-established medical device companies.

36. Historically, Acutus's revenue predominantly consisted of sales of disposable products used in cardiac ablation procedures, such as catheters and sheaths. After incurring net losses since its inception, Acutus turned its focus to

commercializing its cardiac imaging and mapping system called the AcQMap System.

37.    Acutus touted the AcQMap System as its "foundational and most highly differentiated product" which would establish a "paradigm-shifting" new standard of care for cardiac ablation, particularly in cases of more complex, unstable arrhythmias that standard contact-based mapping systems were less successful in treating.  The AcQMap System consists of a console, workstation, proprietary software algorithms, and single-use catheter.  Unlike the standard well-established cardiac mapping systems that physicians had been using for years, the AcQMap System was not contact-based, which Defendants claimed would be safer for patients.  Defendants claimed that the AcQMap System would allow physicians to create cardiac maps faster and more accurately.

38.    To raise awareness of the AcQMap System and related accessory products, Acutus loaned early versions of the system for free to hospitals in Western Europe starting in July 2016, and to hospitals in the U.S. starting in May 2018.

39.    Beginning in late 2019, Acutus began installing its second-generation AcQMap console and workstation with customers under evaluation agreements. Under these evaluation agreements, Acutus placed AcQMap Systems for free at customer sites for an evaluation period of typically 3 to 12 months.  During the evaluation period, Acutus aimed to train and demonstrate to physicians the benefits of the system and Acutus's other products, hoping that by the end of the evaluation period, the customer would agree to purchase the system either in cash, or in the form of an agreement to buy a minimum number of Acutus's disposable products.  In the first quarter of 2020, Acutus fully commenced the launch of its commercial-grade console and software products for the AcQMap System.

40.    In May 2020, the Company entered into bi-lateral distribution agreements (the "Bi-Lateral Distribution Agreements") with Biotronik SE & Co. KG ("Biotronik"), a multi-national cardiovascular biomedical research and technology

company headquartered in Berlin, Germany.  Pursuant to the Bi-lateral Distribution Agreements, the Company obtained a non-exclusive license to distribute and market Biotronik's suite of diagnostic and ablation catheters in the U.S., several European countries, Hong Kong, China and Canada under the Company's private label, and Biotronik markets and distributes the AcQMap System and other Acutus products in Germany, Japan, Mexico, Switzerland, Eastern Europe, several countries in Asia-Pacific, the Middle East and South America.

41.    In August 2020, Acutus completed its IPO, selling over 10.1 million shares to the investing public at $18 per share and generating over $182 million in gross offering proceeds. Prior to Acutus's IPO, the Company financed its operations primarily by aggregate net proceeds from the sale of its convertible preferred stock and principal of its converted debt of $253.9 million, as well as other indebtedness.

42.    Following the commercial launch of the AcQMap System, Acutus's growth strategy focused on increasing the installed base, which referred to the total number of AcQMap Systems placed at customer sites.  Defendants referred to Acutus's installed base as the Company's "key business metric", stating, for example, in Acutus's Form 10-Q filed on May 13, 2021, "We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products."

43.    Another important metric of Acutus's success is procedure volume, or utilization of the AcQMap System.  Acutus defined utilization as the number of procedures per AcQMap System per month.  Acutus earned more than $5,000 per procedure with respect to its mapping-based catheters.

44.    Acutus's goal was that placing an AcQMap console and workstation at a site would result in the customer recognizing the benefits of the system and Acutus's accessory products such that the customer would utilize the AcQMap System and Acutus's related products in increasing numbers of procedures, eventually leading the customer to adopt the AcQMap System and Acutus's related products as their new standard of care.  Accordingly, Acutus also considered utilization, which it defined as

the number of procedures in which a customer used the AcQMap System per month, as another important metric of success. Acutus earned more than $5,000 per procedure when a customer used Acutus's mapping-based catheters.

45.    During the Class Period, Defendants represented that Acutus placed its AcQMap Systems primarily under evaluation agreements. Acutus represented that some AcQMap Systems were also placed under deferred equipment agreements that were generally structured such that the Company would provide the AcQMap System for free, with the title of the device transferring to the customer at the end of the contract term, in exchange for a customer's commitment to purchase disposables at a specified price over the term of the agreement, which generally ranged from two to four years. Acutus further represented that it sold some AcQMap Systems directly to hospital accounts along with software updates on a "when-and-if-available" basis and equipment service.

46.    However, undisclosed to investors and according to the Former Employee, who was employed by Acutus as a Senior Therapy Manager from 2019-2022, Acutus placed the majority of AcQMap Systems pursuant to paid "research agreements." Under these research agreements, the Company placed the system for free at a site and paid physician users $2000-$3000 each time that the physician used the system.

47.    Acutus's therapy mappers, which Acutus also referred to as mappers or therapy managers, are responsible for training medical providers on how to use the AcQMap System and Acutus's products in cardiac ablation procedures. Mappers are also responsible for assisting Acutus's sales representatives to help drive utilization and adoption of the AcQMap System.

48.    During their tenure, the Former Employee was responsible for sales and training and would operate the AcQMap System during procedures conducted by physicians. The Former Employee is a trained nurse with 15 years' experience in electrophysiology. The Former Employee was hired by Acutus to work in the

Northeastern U.S., but traveled all over the U.S. to attend procedures (including as far as California) and went to Europe once for a two-week period to do the same.

49.    The Former Employee reported to VP of Sales Arin Barooah ("Barooah"), Midwest Regional Manager Brett Douglas and East Coast Regional Director Brandon Allen ("Allen").  Allen was a direct report of Burgess.

50.    In the Former Employee's experience, the majority of physicians using the AcQMap System were brought in by Chief Strategy Officer Peter Elia, VP of Sales Cesar Fonte, or VP of Sales Barooah, and were using the AcQMap System pursuant to research agreements.  The Former Employee could only recall one or two AcQMap Systems that were *not* installed pursuant to research agreements during their tenure.

51.    Further, in most of the procedures the Former Employee attended, there were two systems in the room—a competitor system and the AcQMap System.  The physician would typically use a competitor system to conduct the actual procedure, but would open the Acutus's AcQMap catheter, which was sufficient for the physician to be able to represent to Acutus that the AcQMap System had been used such to collect the $2000-$3000 fee from Acutus.

52.    The Former Employee stated, that based on their observations, they did not believe the Company was achieving growth because its business was predominantly derived from paid research agreements which did not encourage physicians to meaningfully utilize or adopt the AcQMap System and its related accessories.  The Former Employee was aware of AcQMap Systems sitting for months at customer sites after installation without generating any revenue or being used for any procedures.

**B.    The Start of the Class Period: May 13, 2021**

53.    After the close of trading on May 12, 2021, Acutus issued a press release announcing the Company's positive Q1 2021 results (the "Q1 2021 Press Release").  The Q1 2021 Press Release stated that Acutus's revenue had increased to $3.6 million

compared to $1.6 million in the first quarter of the previous year, citing increased sales of AcQMap consoles as one of the key drivers.  The Q1 2021 Press Release touted the Company's "[i]ncreased worldwide installed base of second generation AcQMap consoles … bringing the total installed base of AcQMap consoles to 62 as of March 31, 2021."

54.    That same day, Acutus held a public conference call to discuss the Company's performance (the "Q1 2021 Call"), wherein Defendants touted increases in procedure volume and utilization.  Specifically, Burgess stated:

> In Europe and the U.K., our direct and Biotronik distribution teams *continued to drive solid case volumes and capital sales and placements* …. We are executing on our plan for more rigorous account segmentation, ensuring the right physician training and engagement and driving growth and utilization ….
>
> In the United States, *we saw progressive improvement in utilization per system per month, with March utilization rates about 50% above those we saw in January* …. [In Europe and the U.K.], *within active centers, procedure volumes and console utilization has doubled versus the prior year, reflecting solid commercial execution as well as the benefits of having our mapping and ablation product lines on the market over there.*

55.    During the Q1 2021 Call, Defendants touted the progress of Acutus's increasing installed base.  Specifically, Burgess stated:

> *We increased the worldwide installed base of second-generation AcQMap consoles … bringing the total installed base of AcQMap consoles to 62 as of March 31, 2021*, versus 58 at the end of last quarter.
>
> *We exited the quarter with a good backlog and have seen placements pick up with 4 net new installations already completed as of April 30, equaling our net additions in all of Q1.*  Importantly, many of the new system placements so far in 2021 are at major academic and high-volume community institutions, consistent with our strategy to be more targeted with capital placements.

56.    Defendants stated on the Q1 2021 Call that they expected to increase Acutus's installed base at a rate of "at least" approximately 4 units per month, or 12 units per quarter.  Specifically, Burgess engaged in the following exchange with an analyst:

> <Q – MALGORZATA MARIA KACZOR ANDREW>: Okay. And then if we look at the net new installs, the 4 that you gave in April seemed pretty good …. How should we think about that as a good monthly rate going forward? What would you guys be happy to see?
>
> <A - DAVID HARRISON ROMAN>: I would say, **yes, at least at that pace, Margaret, would be our expectation ….**
>
> The key thing that we want to make sure we communicate out of -- coming out of Q1 is as we think about being highly targeted with our accounts, being targeted does not necessarily mean limiting the number of opportunities.
>
> **We still see a significant opportunity to grow our installed base. And as we come out of that account segmentation and targeting initiative in Q1, we start to execute on that more -- with more vigor in Q2 that helps us with the -- that contributes to the U.S. placements.**

57.    When another analyst asked for clarification of the pace of installations on the Q1 2021, Burgess engaged in the following exchange with an analyst:

> <Q - WILLIAM JOHN PLOVANIC, ANALYST, CANACCORD GENUITY CORP., RESEARCH DIVISION>: So just clarification off Margaret's question. The 4 installs in April, you said you'd be happy to see that. Is that for a month or for a quarter, globally?  Just for clarification.
>
> <A - VINCENT J. BURGESS>: Yes. That would be a good monthly figure.  I think we'll have months where we do more than that.  We may have a month or 2 that we do less, but that I think is a good pace for us.

58.     On the Q1 2021 Call, Roman stated that Acutus's projected full year 2021 revenue was in a range of $22 million to $30 million, noting that numerous AcQMap Systems in the field under evaluation agreements were likely to result in customers either cash purchases of the system (capital sales), or entering into a disposable products purchase agreement.  Specifically, Roman stated:

> Based on current trends and planned internal initiatives, we continue to anticipate a more meaningful step-up in Q3 and Q4.
>
> On our last earnings call, we outlined 5 key factors to support this growth throughout the year …. The first is the timing of capital sales and conversions.  ***We have several evaluations that are reaching completion.  Our teams are working to convert these into capital sales leases or catheter utilization deals*** …. *[W]e continue to project full year revenue to be in a range of $22 million to $30 million.*

59.     On the Q1 2021 Call, Burgess acknowledged that installations were lower than expected over the quarter, noting that he had anticipated Acutus would move some systems around to more optimal sites during the quarter, and that Acutus expected installations to ramp up for the rest of the year following those actions. following those actions.  Specifically, Burgess engaged in the following exchange with an analyst:

> <Q - ROBERT JUSTIN MARCUS>: Just wanted to start, as we think about guidance for the rest of the year, 2Q probably came in just a hair lower than where The Street was thinking.  Placements in first quarter were a bit lower …. how should we think about the balance of what you're assuming for new system placements and then utilization of system placements to get to those revenue numbers?
>
> <A - VINCENT J. BURGESS>: …. ***In terms of systems placements, I mean, I think the models have it pretty well that I've seen most recently, have it pretty well right in terms of what we think we can do in terms of placements.***  Q1, in the prior call when we talked about how we were thinking about Q1, I tried to get across that with the targeting that we were really focusing in on and with adding Duane and really thinking about where we place our systems, the types of physicians we want to be working with at this phase of our evolution, ***I kind of had the sense that***

*we would probably move a few consoles around [in Q1], and it might be a little bit lighter than the rest of the year in terms of placements. And then as we came into Q2, things would start to ramp up again.* And as I mentioned in my prepared comments, I think our net new adds in April alone in terms of installed base equal to Q1. *So I think we're on track now. Just Q1 was just a little light, almost intentionally. We really wanted to make sure everything we installed was in the right place, the expectations were set properly, and we have the right docs identified.*

60.    On May 13, 2021, Acutus filed a Form 10-Q with the SEC (the "Q1 2021 10-Q"). The Q1 2021 Form 10-Q also touted Acutus's increased installed base and noted that Acutus's revenue had increased by $2 million for the quarter compared to the same time period the prior year, *"as a result of a higher installed base* and a $0.6 million increase in AcQMap System sales."

61.    The Q1 2021 10-Q stated that Acutus placed AcQMap Systems under evaluation contracts, deferred equipment agreements, and also sold AcQMap Systems directly to customers along with software updates on a when-and-if-available basis and equipment service. The Q1 2021 10-Q further stated,

> The Company's contracts only include fixed consideration. There are no discounts, rebates, returns or other forms of variable consideration ….

62.    The Q1 2021 10-Q The Q1 2021 10-Q stated, "We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products[,]" and described hypothetical risks to Acutus's business, including,

> • **Market Acceptance.** The growth of our business will depend substantially on our ability to increase our installed base. Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system.
>
> Our ability to increase our installed base will depend on our ability to gain broader acceptance of our AcQMap System by continuing

to make physicians and other hospital staff aware of the benefits of the AcQMap System, thereby generating increased demand for system installations and the frequency of use of our disposable products.  Although we are attempting to increase our installed base through our established relationships and focused sales efforts, we cannot provide assurance that our efforts will be successful.

63.    On May 13, 2021, Acutus participated in the Bank of America Global Research Healthcare Conference and reiterated their positive forecast (the "May 13, 2021 Call").  When asked for more detail about Defendants' 2021 full year revenue guidance of $22 to $30 million, Roman engaged in the following dialogue with an analyst:

<Q – BRADLEY THOMAS BOWERS>: So just to kind of start off here. There's a lot of interest around the IPO for the company.  Things have kind of gotten off to a slow start here.  So I was wondering if you could maybe help us give some more granularity on how you went about building the guidance for Acutus this year, and how you're landing in the $22 million to $30 million range.

<A – DAVID ROMAN>: …. We started to look at what was the—what types of improvements were you seeing throughout the first quarter.  And *what we were seeing that gave us confidence that, that could continue. So as we commented on the call yesterday, we did see a 50% increase in the utilization rate in the U.S. from January to March* …. [A]s we've seen utilization rates increase across our major centers, we've assumed a modest continuation in greater utilization as we go through the balance of the year.

The second dynamic at play is our -- around capital sales …. *We do have several evaluations coming up for -- coming into completion, and we would expect the pace of capital sales to ramp throughout the year as those evaluations conclude and hospital transition either to cash sales, catheter deals or a leasing model….* And we have -- *of the 62 units we have in the field right now, a cumulative 16 have been converted to capital sales or some type a catheter deal.  So we have a large pool of opportunity as the valuations come up for agreement for -- to completion.*

We do not have an overly aggressive assumption with respect to how many we convert, but that is a big lever as you get low end to high end, and the second is clearly utilization on a global basis.  The low end would assume you see very little improvement in utilization from where we are today, and the high end would assume you see a greater improvement in utilization.

64.     On the May 13, 2021 Call, when asked about Acutus's pace of installments going forward, Burgess engaged in the following exchange with an analyst:

<Q - BRADLEY THOMAS BOWERS>: ….  So I just kind of want to get an understanding of what maybe like a near-term goal of placements per quarter might be or is a reasonable maybe sort of like a baseline or like a run rate on where you think that you could really deliver per quarter going forward?  Where you can say like, okay, we're placing a good amount of these each quarter?

<A - VINCENT J. BURGESS>: I mean, I think **a reasonable pace for us to expect and to execute on globally is about four a month or 12 a quarter globally,** including what we sell, place or rent through our own direct organization and through our Biotronik partner.

\*\*\*

<Q - BRADLEY THOMAS BOWERS>: …  But can you clarify on how many of those 4 boxes per month do you think that you can place?  How many of those are sales versus placements?

<A - VINCENT J. BURGESS>**: I would say that the 4 a month are systems which we put into service under some agreement** …. we think **that is the general cadence that we can and want to achieve** ….

**The 4 a month is going to be a combination of long-term evaluations. There will be some immediate sales. We had one of those last quarter. There will be lease type deals and that sort of thing.** So that's a combination of all the above, including units that we rent to Biotronik or sell to Biotronik for cash.

**C.     Acutus Conducts Its SPO In July 2021, Reaping $88.6 Million In Gross Proceeds**

65.     In July 2021, Acutus filed for a Secondary Public Offering.   The Company filed a Registration Statement on Form S-1 with the SEC on July 12, 2021. On July 15, 2021, Acutus issued a Prospectus pursuant to Rule 424(b)(4).[4]

66.     The SPO Materials touted Acutus's increased installed base, stating: ***"We increased our worldwide installed base of second generation AcQMap consoles to 68 as of June 30, 2021, up from 57 as of March 21, 2021, bringing the total installed base of AcQMap consoles to 70 as of June 30, 2021."***

67.     The SPO Materials defined Acutus's "key business metric" as its installed base and noted that,

> Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system.  We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products.

68.     The SPO Materials described the agreements under which Acutus placed AcQMap Systems in the same manner that they were described in Acutus's Q1 2021 10-Q—again, without disclosing that Acutus placed systems under paid research agreements, whereby Acutus paid physicians $2000-$3000 per use of the system.

69.     The SPO Materials touted Acutus's increased revenue, stating:

> We estimate that our revenue for the quarter ended June 30, 2021 will be between $4.6 million and $4.7 million, compared to $1.1 million for the quarter ended June 30, 2020 … reflecting growth of over 300%, calculated using the midpoint of the range.  ***The change in revenue for the quarter ended June 30, 2021 compared to the same period of 2020 is primarily due to growth in sales volume with an increase in installed***

---

[4] The Registration Statement on Form S-1 Acutus filed on July 12, 2021 and the Prospectus on Form 424(b)(4) Acutus issued on July 15, 2021 in connection with the SPO, and the documents incorporated by reference therein, are referred to as the "SPO Materials."

*base, including an increase in disposable sales, system sales and distributor/distribution sales.*

70.     The SPO Materials described various "hypothetical" risks to Acutus's business, including risks regarding utilization and adoption as follows:

> We cannot predict how quickly, if at all, hospitals, physicians, patients or payors will accept our products or, if accepted, how frequently they will be used …. To date, a substantial majority of our product sales and revenue have been derived from a limited number of customers who have adopted our AcQMap System and accompanying products. Our future growth and profitability largely depend on our ability to increase physician awareness of our system and our products and on the willingness of hospitals, physicians, patients or payors to adopt them ….
>
> In addition, some physicians may choose to utilize our products on only a subset of their total patient population or may not adopt our products at all.  If we are not able to effectively demonstrate that the use of our products is beneficial in a broad range of patients, adoption of our products will be limited and may not occur as rapidly as we anticipate or at all….

71.     The SPO Materials also described "hypothetical" risks to Acutus's business of customer incentive programs and the like as follows:

> [T]he promotion, sales and marketing of healthcare items and services, as well as certain business arrangements in the healthcare industry, are subject to extensive laws designed to prevent fraud, kickbacks, self-dealing and other abusive practices.  These laws and regulations may restrict or prohibit a wide range of pricing, discounting, marketing and promotion, structuring and commissions, certain customer incentive programs and other business arrangements generally.

72.     Acutus closed the SPO on July 19, 2021, reaping $88.6 million in gross proceeds.

**D.    The Risks Of Defendants' Fraudulent Scheme Partially Materialize On August 12, 2021**

73.    On August 12, 2021, after the market closed, Defendants issued a press release (the "Q2 2021 Press Release"), filed Acutus's Form 10-Q with the SEC, ("Q2 2021 10-Q") and held a public conference call (the "Q2 2021 Call") regarding Acutus's Q2 2021 results for the quarter ended June 30, 2021.

74.    The Q2 2021 Press Release touted the results of Acutus's SPO, noting, "Completed secondary equity offering, including exercise of the green-shoe over-allotment, for 6,325,000 shares and net proceeds of approximately $83 million." The Q2 2021 Press Release quoted Burgess as stating,

> "We are pleased with the momentum in our business during the second quarter, especially in our direct segments which grew nearly 45% sequentially as compared to the first quarter of 2021," said Vince Burgess, President and CEO of Acutus. ***Improved utilization and accelerated new product uptake both contributed to strong results in the quarter*** while capital sales were relatively stable compared to the first quarter of 2021."

75.    The Q2 2021 10-Q described the agreements under which Acutus placed AcQMap Systems in the same manner as Acutus's Q1 2021 10-Q and the SPO Materials, again without disclosing the existence of paid research agreements. The Q2 2021 10-Q repeated the same "hypothetical" risks to the Company's business as stated in the Q1 2021 10-Q.

76.    Acutus's Q2 2021 10-Q again referred to the installed base as Acutus's "Key Business Metric", stating,

> Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products.

77.    Acutus's Q2 2021 10-Q touted Acutus's increased revenue, stating:

Revenue was $4.7 million for the three months ended June 30, 2021, compared to $1.1 million for the three months ended June 30, 2020. *This increase of $3.6 million, or 315%, was primarily attributable to a $2.2 million increase in purchase volume of our disposable products used in electrophysiology procedures as a result of a higher installed base and a $1.0 million increase in AcQMap System sales.*

78.     On the Q2 2021 Call, Defendants touted Acutus's revenue growth and increasing procedure volumes and utilization as driving factors.  Specifically, Burgess stated,

We generated revenue of $4.7 million compared to $1.1 million in Q2 of 2020 and compared to $3.6 million in Q1 of 2021.  Year-over-year growth was driven by higher procedure volumes globally and increased capital equipment revenue, while procedure volumes and disposable revenues accounted for sequential growth in the quarter …. *[W]e continue to focus not only on growing our installed base, but also targeting the right accounts for sustainable utilization.  During the second quarter, we saw these efforts take hold with several new customers now performing procedure volumes within the top quartile of utilization.*  At these same accounts, we saw active reorder rates during both exiting Q2 as well as here early in Q3.

Moving to procedures.  We registered volume growth on both a year-over-year and sequential basis in our Europe and U.S. direct business. *This growth came from both new account openings and associated uptake as well as underlying growth in existing centers.*

79.     Defendants touted Acutus's increased installed base, but had fallen 1/3 short of the pace that Defendants represented to investors that they could and would achieve, increasing the installed base from 62 to 70 units instead of to 74.  Defendants further revealed on the Q2 2021 Call that they would probably remove and move "some" systems in the field because the systems had been placed in unproductive sites, which "could" impact the pace of increasing the installed base, but reassured investors that they were targeting the right accounts to drive increases in the installed base and utilization.  Specifically, Roman stated:

*On your first question about the pace of installs and the strategy around identifying productive accounts and moving systems around, we are actively doing that. There is very little value to us and actually, anyone in the ecosys, the patient or us having a system in a site that doesn't make sense.* And that can be the result of the physician champion has left. It can be the result of the fact that we, quite frankly, in our early commercial launch did not tick the right accounts into which to install these systems or there can be a variety of other factors at play.

*So we will look to move systems around, bring them back here, upgrade them and redeploy them into the field.* In the second quarter, as I said, we added 8 net installations to the installed base. *We will probably have some removals here in the back half of the year. So that could impact the pace of the increase in the installed base*. I would certainly expect to see the installed base higher on December 31 and where it was on June 30. But our focus is really on finding the absolute right accounts. And without – I don't want to go into the revenue numbers, that one account, in particular, is ordered here in July, but it is really a reflection of getting accounts to the point where they're doing multiple procedures a week and that driving consistent utilization and reorder rates.

*We opened a center in April in the Czech Republic that was doing 5 procedures a week, some months. And to the tune of 10 to 15 a month.* There – that was not a multi-month ramp up. That was almost immediately subsequent to installation. *And we have a couple – we probably now have 3 or 4 of those accounts as an example, that we've been able to open here recently in the U.S. So the installed base will continue to grow.*

80.     Nonetheless, Defendants reaffirmed their positive guidance, noting that a number of systems were reaching the end of their evaluation periods, and would result in capital sales or disposable purchase agreements. Specifically, Roman stated:

*The capital contribution to our business, [] will become more significant here in the second half of the year and on a go-forward basis.* And that is true both in – across all 3 of our operating segments, Europe, U.S. and our distribution partners. And *the reason for that is exactly what you pointed out, which is we have a number of evaluations that are coming to expiration. And we will be in a position to convert those to capital commitment deals or cash sales.*

SECOND AMENDED COMPLAINT - 22cv00206
24

The benefit of the capital commitment deals for us is it gives us a nice stream of long term, predictable revenue. It does result in slightly lower upfront revenue that we're able to recognize. But *as we've started to come to completion on evaluations, we are having pretty good success actually on the capital conversion side and would expect that percentage of revenue to rise here.* I think we referenced in the script that capital sales were roughly flat-ish Q1 to Q2. As we also have systems out there for greater than a year on permanent commitments or capital purchases, we will start to recognize services associated with that, which is about $25,000 a year of service and $5,000 in software that as a standard is included in the first year of the installation.

81.     On the Q2 2021 Call, an analyst asked about the basis for Defendants maintaining their full year 2021 revenue guidance in the range of $22 to $30 million, and Roman and Burgess engaged in the following exchange:

<Q - SARAN BASKAR; JPMORGAN CHASE & CO, RESEARCH DIVISION>: …. So, if I look at the midpoint, $26 million in sales for the full year versus about 8 -- just over $8 million in the first half. What are you seeing right now in the quarter that gives you the confidence that either utilization or new placements can get you to the lower end or the midpoint of that guidance? I mean what are you seeing so far that gives you that confidence?

<A - DAVID HARRISON ROMAN>: Sure. Let me just frame that a little bit. If I look at the year-to-date drivers -- and the way I think about that is, *the improvement in our revenue from the fourth quarter to the first quarter and the first quarter to the second quarter -- what the drivers of that were, as I said, new account placements, new product adoption and increased utilization.* As I look at each of those -- let me start with new account openings. We opened a number of accounts very late in the second quarter, what I would describe as really the last week of the second quarter. *And those accounts where we opened late, we are seeing very strong uptake in utilization …. At the same token, those new accounts that we opened at the end of the second quarter really had no contribution to second quarter revenue, and we should see the contribution of those sequentially start to increase in Q3 versus Q2 as well.*

And then the last piece of the puzzle here, and this is a very important variable, both in Q2 and for the rest of the year is, how we execute

against capital conversions.  And just to remind you and everybody on the call, well, the increase in our installed base is not necessarily reflective of a capital sale.  Remember, we place systems under evaluation and later aim to convert those to a capital sale.  So *we have a number of systems coming up for evaluation in -- where that evaluation has completed, where we expect to convert those to capital. We already have converted -- we already have seen conversions here in the third quarter.*

82.    On this news, Acutus's share price fell $1.73, over 13%, to close at $11.56 on August 13, 2021.

**E.    Further Risks Of Defendants' Fraudulent Scheme Materialize On November 11, 2021**

83.    After close of market on November 11, 2021, the last day of the Class Period, Acutus announced its Q3 2021 results.  To the shock of investors, Defendants disclosed that they had increased Acutus's installed base by just **one unit** over the quarter, bringing the total installed base to 71 units.

84.    During a public conference call held that same day, (the "Q3 2021 Call"), Burgess disclosed that Acutus had removed "less than 10—but still a meaningful number" of the 40-45 systems under evaluation agreements during the quarter— meaning around 20% of the systems under evaluation.  Defendants stated that going forward, they would focus on placing systems in a manner that was more likely to drive utilization and adoption.  Specifically, Burgess stated,

We ended the quarter with an installed base of 71 AcQMap systems. ***During the quarter, we made the  strategic decision to remove and reposition certain systems with below target utilization or where key physician users had relocated to a new geography.***

As we focus our commercial strategy, we are also looking to optimize console placement.  ***Targeting the right accounts where we can drive higher adoption will allow us to optimize utilization of our cash and human resources.***  This does not mean that we won't continue to grow our installed base. That simply means that we will be extraordinarily disciplined in where we make the considerable investment to install a

new system.

85.     On the Q3 2021 Call, an analyst and Burgess engaged in the following exchange:

> <Q – ROBERT JUSTIN MARCUS, ANALYST, JPMORGAN CHASE & CO, RESEARCH DIVISION:> Great. So 2 for me. Vince, maybe to start, what do you think it is that's preventing greater adoption?   Is it that doctors aren't buying into the technology?  Are people not getting the results?  There's good data.  It's been over a year since the IPO, and the launch has pretty much been flattish since then.  So what is it that's preventing more utilization, especially having, I guess, some placements and then removal of some units.  You have flat unit growth.  I would have expected a lot more.  So I would just love your color.

> <A – VINCENT J. BURGESS:> Yes.   Thanks, Robbie.   This is a complicated business, and you've got to get everything right in order to convert a physician and gain their regular utilization and start to ramp… [S]ome of the hospitals we targeted early on were profiled expertly, and we knew very well who we were working with, and what their procedural approach was going to be, and how well we could and did fit in with their workflow and their philosophy around ablate and our diagnosis …. And some of the other places we targeted … we might have missed the boat in terms of physician profiling and understanding the match of where we were in our journey in terms of refinement of all the different procedural nuances and approaches and also where they were, kind of were we meeting them where they were.

> Were we installing in centers that wanted to stay with a standard kind of anatomical approach to their ablations.  Or are we going into centers that didn't really accept that, that was necessarily good enough?  And where those doctors and centers really committed to learning—getting up the learning curve of a new technology in order to provide better outcomes and faster procedures.

86.     Roman further disclosed on the Q3 2021 Call that "[w]e'd expect probably a couple more [units] to come out [of the field] here in the fourth quarter."

87.     Defendants disclosed on the Q3 2021 Call that quarterly revenues were $4.6 million, which missed Wall Street estimates by nearly 20%.  Roman confirmed

that Acutus's direct business for the quarter had declined due in part to "lower capital conversion" and "lower new installations."  Defendants stated that they had slashed Acutus's full year 2021 revenue guidance *from a range of $22 to $30 million to a range of $17 to $17.5 million*, a 34% decline at the midpoint.  Defendants admitted that Acutus was tracking *a full year behind* the financial trajectory Defendants had provided during the Class Period.

88.    On this news, Acutus's share price fell $3.02 per share, *more than 45%*, to close at $3.64 on November 12, 2021, on unusually heavy trading volume.

**F.    After The Class Period, The Risks Of Defendants' Misconduct Continue To Materialize**

89.    After the Class Period, on January 28, 2022, Acutus announced that it was undergoing a significant corporate restructuring that would involve a planned reduction in the Company's workforce and additional cost-saving measures designed to cut the Company's expenses by over $23 million and substantially reduce the Company's quarterly burn rate.

90.    By January 28, 2022, the price of Acutus common stock closed at less than $2 per share, 85% below the secondary offering price just six months prior.

91.    On March 30, 2022, Acutus issued Q4 2021 and full year 2021 results. Defendants announced that Acutus's installed base had increased by six units over the quarter, to a total of 77, and that the Company had earned $17.3 million in full year revenues.  Had Defendants achieved the pace of installations that they had represented to investors that they could and would achieve during the Class Period, Acutus's installed base would have numbered 98 units by this time.  On that same day, Defendants revealed on a public conference call that over 17% of the Company's global employees had been let go as a result of the restructuring and that a number of additional employees voluntarily resigned thereafter, with the "vast majority of reduction [ ] in the U.S."

92.    In April 2022, Acutus's Chief Commercial Officer, Duane Wilder, departed the Company.

93.    On May 12, 2022, Acutus announced in a press release that Burgess would be departing the Company and that Roman would step in as interim CEO.  The same press release quoted Burgess as follows: "Reflecting on the evolution of the business and our journey, I believe this is an appropriate time to step away from my role as President and CEO."

94.    On June 22, 2022, the Company announced that it had received a notice from the NASDAQ that the Company was not in compliance with NASDAQ Listing Rule 5450(a)(1), as the minimum bid price of the Company's common stock had been below $1.00 per share for 30 consecutive business days.

95.    Acutus never achieved the "general cadence" of "at least" increasing the installed base by four units per month, or 12 units per quarter.  For the fiscal year ended December 31, 2022, Acutus's installed base totaled 76 units —***one less unit compared to the same time period the previous fiscal year.***  Acutus earned even less revenue in fiscal year 2022 than it did the prior fiscal year; Acutus generated $16.4 million in fiscal year 2022.  As of Q1 2023, Acutus's total installed base consisted of 77 units.  As of Q2 2023, Acutus's total installed base consisted of 78 units.

### G.    Regulation S-K Required Defendants To Disclose The Research Agreements

96.    Regulation S-K required Defendants to describe, in Acutus's financial statements filed with the SEC during the Class Period, "any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations." 17 C.F.R. § 229.303(a)(3)(ii) ("Item 303").

97.    Known as Management Discussion and Analysis ("MD&A") requirements, Item 303 is intended to provide "in one section of a filing, material historical and prospective textual disclosure enabling investors and other users to

assess the financial condition and results of operations of the registrant, with particular emphasis on the registrant's prospects for the future." SEC Release Nos. 33-8056; 34-34-45321. Moreover, "Disclosure is **mandatory** where there is a known trend or uncertainty that is reasonably likely to have a material effect on the registrant's financial condition or results of operations." *Id.*

98.    Item 303 imposes an affirmative duty on issuers to disclose "known trends or any known demands, commitments, events or uncertainties that will result in or that are reasonably likely to result in the registrant's liquidity increasing or decreasing in a material way." S.E.C. Release No. 6835, 1989 WL 1092885, at *4; *see also* 17 C.F.R. § 229.303(a)(3). "Disclosure of known trends or uncertainties that the registrant reasonably expects will have a material impact on net sales, revenues, or income from continuing operations is also required. *Id.*

99.    Pursuant to Item 303(a), for a fiscal year, a registrant thus has an affirmative duty to:

> i.    Describe any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations and, in each case, indicate the extent to which the income was so affected.

> ii.    Describe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations. If the registrant knows of events that will cause a material change in the relationship between costs and revenues (such as known future increases in costs of labor or materials or price increases or inventory adjustments), the change in the relationship shall be disclosed.

17 C.F.R. § 229.303(a)(3)(i)-(ii) (emphasis added); *see also* S.E.C. Release No. 6835, 1989 WL 1092885, at *8 (May 18, 1989) ("Other non-recurring items should be discussed as unusual or infrequent events or transactions that materially affected the amount of reported income from continuing operations.") (citation and quotation omitted).

100.    Thus, even a one-time event, if "reasonably expect[ed]" to have a material impact of results, must be disclosed.  Examples of such *required* disclosures include: "[a] reduction in the registrant's product prices; erosion in the r[e]gistrant's market share; changes in insurance coverage; or the likely non-renewal of a material contract."  S.E.C. Release No. 6835, 1989 WL 1092885, at *4 (May 18, 1989).

101.    Accordingly, as the SEC has repeatedly emphasized, the "specific provisions in Item 303 [as set forth above] require disclosure of forward-looking information."  *See Mgmt's Discussion and Analysis of Fin. Condition and Results of Operation*, S.E.C. Release No. 6835, 1989 WL 1092885, at *3 (May 18, 1989).

102.    Indeed, the SEC has stated that disclosure requirements under Item 303 are "intended to give the investor an opportunity to look at the company through the eyes of management by providing both a short and long-term analysis of the business of the company" and "a historical and prospective analysis of the registrant's financial condition . . . with particular emphasis on the registrant's prospects for the future."  S.E.C. Release No. 6835, 1989 WL 1092885, at *3, *17. Thus, "material forward-looking information regarding known material trends and uncertainties is required to be disclosed as part of the required discussion of those matters and the analysis of their effects."  *See Comm'n Guidance Regarding Mgmt's Discussion and Analysis of Fin. Condition and Results of Operations*, S.E.C. Release No. 8350, 2003 WL 22996757, at *11 (December 19, 2003).

103.    Here, that Acutus placed a material portion of AcQMap Systems pursuant to paid research agreements during the Class Period was a known trend or uncertainty likely to have a material unfavorable impact on Acutus's net revenues or income, as placement of systems under such agreements would not encourage utilization, or adoption of Acutus's products.  As such, Acutus was required to include specific disclosures regarding the same in its MD&A in SEC filings during the Class Period.  It did not.

104.   In addition, Item 105 of Regulation S-K, 17. C.F.R. §229.105 ("Item 105") (as amended November 9, 2020) requires a company to provide a discussion of the material factors that make an investment in the registrant speculative or risky.

105.   Item 105 provides that the discussion must be organized logically with relevant headings and each risk factor should be set forth under a caption that adequately describes the risk.  Item 105 discourages the presentation of risks that could apply generically to any registrant.

106.   In violation of Item 105, Defendants' Class Period SEC filings omitted to disclose material facts, including:

   a.  Acutus placed a material portion of AcQMap Systems pursuant to paid research agreements, whereby Acutus paid physicians per use of the AcQMap System.

   b.  The AcQMap System was failing to gain market acceptance because Defendants placed AcQMap Systems under paid research agreements, which would not drive utilization, adoption, or revenue.

   c.  A material percentage of the AcQMap Systems under evaluation had been installed at unproductive sites, and as such, Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

## V.   DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS DURINGI THE CLASS PERIOD

### A.   Defendants' Materially Misleading Statements In Connection With Acutus's Q1 2021 Results

107.   After the close of trading on May 12, 2021, Acutus issued a press release announcing the Company's positive Q1 2021 results (the "Q1 2021 Press Release"). The Q1 2021 Press Release stated that Acutus's revenue had increased to $3.6 million compared to $1.6 million in the first quarter of the previous year, citing increased sales of AcQMap consoles as one of the key drivers.  The Q1 2021 Press Release touted the Company's "[i]ncreased worldwide installed base of second generation

AcQMap consoles … bringing the total installed base of AcQMap consoles to 62 as of March 31, 2021."

108.   That same day, Acutus held a public conference call to discuss the Company's performance (the "Q1 2021 Call"), wherein Defendants touted increases in procedure volume and utilization.  Specifically, Burgess stated:

> In Europe and the U.K., our direct and Biotronik distribution teams *continued to drive solid case volumes and capital sales and placements* …. We are executing on our plan for more rigorous account segmentation, ensuring the right physician training and engagement and driving growth and utilization ….
>
> In the United States, *we saw progressive improvement in utilization per system per month, with March utilization rates about 50% above those we saw in January ….* [In Europe and the U.K.], *within active centers, procedure volumes and console utilization has doubled versus the prior year, reflecting solid commercial execution as well as the benefits of having our mapping and ablation product lines on the market over there.*

109.   During the Q1 2021 Call, Defendants touted the progress of Acutus's increasing installed base.  Specifically, Burgess stated:

> *We increased the worldwide installed base of second-generation AcQMap consoles … bringing the total installed base of AcQMap consoles to 62 as of March 31, 2021*, versus 58 at the end of last quarter.
>
> *We exited the quarter with a good backlog and have seen placements pick up with 4 net new installations already completed as of April 30, equaling our net additions in all of Q1.*  Importantly, many of the new system placements so far in 2021 are at major academic and high-volume community institutions, consistent with our strategy to be more targeted with capital placements.

110.   Defendants stated on the Q1 2021 Call that they expected to increase Acutus's installed base at a rate of "at least" approximately 4 units per month, or 12 units per quarter.  Specifically, Burgess engaged in the following exchange with an analyst:

<Q – MALGORZATA MARIA KACZOR ANDREW>: Okay. And then if we look at the net new installs, the 4 that you gave in April seemed pretty good …. How should we think about that as a good monthly rate going forward? What would you guys be happy to see?

<A - DAVID HARRISON ROMAN>: I would say, *yes, at least at that pace, Margaret, would be our expectation ….*

The key thing that we want to make sure we communicate out of -- coming out of Q1 is as we think about being highly targeted with our accounts, being targeted does not necessarily mean limiting the number of opportunities.

*We still see a significant opportunity to grow our installed base. And as we come out of that account segmentation and targeting initiative in Q1, we start to execute on that more -- with more vigor in Q2 that helps us with the -- that contributes to the U.S. placements.*

111.   When another analyst asked for clarification of the pace of installations on the Q1 2021, Burgess engaged in the following exchange with an analyst:

<Q - WILLIAM JOHN PLOVANIC, ANALYST, CANACCORD GENUITY CORP., RESEARCH DIVISION>: So just clarification off Margaret's question. The 4 installs in April, you said you'd be happy to see that. Is that for a month or for a quarter, globally?  Just for clarification.

<A - VINCENT J. BURGESS>: Yes. That would be a good monthly figure.  I think we'll have months where we do more than that.  We may have a month or 2 that we do less, but that I think is a good pace for us.

112.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage

of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period, and; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

113.   On the Q1 2021 Call, Roman stated that Acutus's projected full year 2021 revenue was in a range of $22 million to $30 million, noting that numerous AcQMap Systems in the field under evaluation agreements were likely to result in customers either cash purchases of the system (capital sales), or entering into a disposable products purchase agreement.  Specifically, Roman stated:

> *Based on current trends and planned internal initiatives, we continue to anticipate a more meaningful step-up in Q3 and Q4.*
>
> On our last earnings call, we outlined 5 key factors to support this growth throughout the year …. The first is the timing of capital sales and conversions.   *We have several evaluations that are reaching completion.  Our teams are working to convert these into capital sales leases or catheter utilization deals …. [W]e continue to project full year revenue to be in a range of $22 million to $30 million.*

114.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was

not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) Defendants had no reasonable basis to project full year 2021 revenue in the range of $22 million to $30 million or to "anticipate a more meaningful step-up in Q3 or Q4."

115.    On the Q1 2021 Call, Burgess acknowledged that installations were lower than expected over the quarter, noting that he had anticipated Acutus would move some systems around to more optimal sites during the quarter, and that Acutus expected installations to ramp up for the rest of the year following those actions. following those actions.  Specifically, Burgess engaged in the following exchange with an analyst:

> <Q - ROBERT JUSTIN MARCUS>: Just wanted to start, as we think about guidance for the rest of the year, 2Q probably came in just a hair lower than where The Street was thinking.  Placements in first quarter were a bit lower …. how should we think about the balance of what you're assuming for new system placements and then utilization of system placements to get to those revenue numbers?

> <A - VINCENT J. BURGESS>: …. *In terms of systems placements, I mean, I think the models have it pretty well that I've seen most recently, have it pretty well right in terms of what we think we can do in terms of placements.*  Q1, in the prior call when we talked about how we were thinking about Q1, I tried to get across that with the targeting that we were really focusing in on and with adding Duane and really thinking about where we place our systems, the types of physicians we want to be working with at this phase of our evolution, *I kind of had the sense that we would probably move a few consoles around [in Q1], and it might be a little bit lighter than the rest of the year in terms of placements. And then as we came into Q2, things would start to ramp up again.*  And as I mentioned in my prepared comments, I think our net new adds in April alone in terms of installed base equal to Q1.  *So I think we're on track now.  Just Q1 was just a little light, almost intentionally.  We really wanted to make sure everything we installed was in the right*

*place, the expectations were set properly, and we have the right docs identified.*

116.   On May 13, 2021, Acutus filed a Form 10-Q with the SEC (the "Q1 2021 10-Q").  The Q1 2021 Form 10-Q also touted Acutus's increased installed base and noted that Acutus's revenue had increased by $2 million for the quarter compared to the same time period the prior year, ***"as a result of a higher installed base*** and a $0.6 million increase in AcQMap System sales."

117.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period and; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

118.   The Q1 2021 10-Q stated that Acutus placed AcQMap Systems under evaluation contracts, deferred equipment agreements, and also sold AcQMap Systems directly to customers along with software updates on a when-and-if-available basis and equipment service.  The Q1 2021 10-Q further stated,

> The Company's contracts only include fixed consideration. There are no discounts, rebates, returns or other forms of variable consideration ….

119.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System.

120.   The Q1 2021 10-Q The Q1 2021 10-Q stated, "We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products[,]" and described hypothetical risks to Acutus's business, including,

> • **Market Acceptance.** The growth of our business will depend substantially on our ability to increase our installed base.  Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system.
>
> Our ability to increase our installed base will depend on our ability to gain broader acceptance of our AcQMap System by continuing to make physicians and other hospital staff aware of the benefits of the AcQMap System, thereby generating increased demand for system installations and the frequency of use of our disposable products.  Although we are attempting to increase our installed base through our established relationships and focused sales efforts, we cannot provide assurance that our efforts will be successful.

121.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was

not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) the hypothetical risks described were then-existing and had already begun to materialize.

122.  On May 13, 2021, Acutus participated in the Bank of America Global Research Healthcare Conference and reiterated their positive forecast (the "May 13, 2021 Call").  When asked for more detail about Defendants' 2021 full year revenue guidance of $22 to $30 million, Roman engaged in the following dialogue with an analyst:

> <Q – BRADLEY THOMAS BOWERS>: So just to kind of start off here. There's a lot of interest around the IPO for the company.  Things have kind of gotten off to a slow start here.  So I was wondering if you could maybe help us give some more granularity on how you went about building the guidance for Acutus this year, and how you're landing in the $22 million to $30 million range.

> <A – DAVID ROMAN>:  …. We started to look at what was the—what types of improvements were you seeing throughout the first quarter.  And **what we were seeing that gave us confidence that, that could continue. So as we commented on the call yesterday, we did see a 50% increase in the utilization rate in the U.S. from January to March** …. [A]s we've seen utilization rates increase across our major centers, we've assumed a modest continuation in greater utilization as we go through the balance of the year.

> The second dynamic at play is our -- around capital sales …. **We do have several evaluations coming up for -- coming into completion, and we would expect the pace of capital sales to ramp throughout the year as those evaluations conclude and hospital transition either to cash sales, catheter deals or a leasing model….** And we have -- **of the 62 units we have in the field right now, a cumulative 16 have been converted to capital sales or some type a catheter deal.  So we have a large pool of opportunity as the valuations come up for agreement for -- to completion.**

SECOND AMENDED COMPLAINT - 22cv00206

We do not have an overly aggressive assumption with respect to how many we convert, but that is a big lever as you get low end to high end, and the second is clearly utilization on a global basis. The low end would assume you see very little improvement in utilization from where we are today, and the high end would assume you see a greater improvement in utilization.

123.    The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) Defendants had no reasonable basis to project full year 2021 revenue in the range of $22 million to $30 million.

124.    On the May 13, 2021 Call, when asked about Acutus's pace of installments going forward, Burgess engaged in the following exchange with an analyst:

<Q - BRADLEY THOMAS BOWERS>: …. So I just kind of want to get an understanding of what maybe like a near-term goal of placements per quarter might be or is a reasonable maybe sort of like a baseline or like a run rate on where you think that you could really deliver per quarter going forward? Where you can say like, okay, we're placing a good amount of these each quarter?

<A - VINCENT J. BURGESS>: I mean, I think **a reasonable pace for us to expect and to execute on globally is about four a month or 12 a quarter globally,** including what we sell, place or rent through our own direct organization and through our Biotronik partner.

\*\*\*

<Q - BRADLEY THOMAS BOWERS>: …  But can you clarify on how many of those 4 boxes per month do you think that you can place?  How many of those are sales versus placements?

<A - VINCENT J. BURGESS>**: I would say that the 4 a month are systems which we put into service under some agreement** …. we think **that is the general cadence that we can and want to achieve ….**

**The 4 a month is going to be a combination of long-term evaluations. There will be some immediate sales. We had one of those last quarter. There will be lease type deals and that sort of thing.** So that's a combination of all the above, including units that we rent to Biotronik or sell to Biotronik for cash.

125.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period, and; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

### B.    Defendants' Materially Misleading Statements In Connection With Acutus's SPO

126.    The SPO Materials touted Acutus's increased installed base, stating:

***"We increased our worldwide installed base of second generation AcQMap consoles to 68 as of June 30, 2021, up from 57 as of March 21, 2021, bringing the total installed base of AcQMap consoles to 70 as of June 30, 2021."***

127.    The SPO Materials defined Acutus's "key business metric" as its installed base and noted that,

> Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system.  We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products.

128.    The SPO Materials touted Acutus's increased revenue, stating:

> We estimate that our revenue for the quarter ended June 30, 2021 will be between $4.6 million and $4.7 million, compared to $1.1 million for the quarter ended June 30, 2020 … reflecting growth of over 300%, calculated using the midpoint of the range.  ***The change in revenue for the quarter ended June 30, 2021 compared to the same period of 2020 is primarily due to growth in sales volume with an increase in installed base, including an increase in disposable sales, system sales and distributor/distribution sales.***

129.    The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of

Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period, and; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

130.    The SPO Materials described various "hypothetical" risks to Acutus's business, including risks regarding utilization and adoption as follows:

> We cannot predict how quickly, if at all, hospitals, physicians, patients or payors will accept our products or, if accepted, how frequently they will be used …. To date, a substantial majority of our product sales and revenue have been derived from a limited number of customers who have adopted our AcQMap System and accompanying products. Our future growth and profitability largely depend on our ability to increase physician awareness of our system and our products and on the willingness of hospitals, physicians, patients or payors to adopt them ….

> In addition, some physicians may choose to utilize our products on only a subset of their total patient population or may not adopt our products at all.  If we are not able to effectively demonstrate that the use of our products is beneficial in a broad range of patients, adoption of our products will be limited and may not occur as rapidly as we anticipate or at all….

131.    The SPO Materials also described "hypothetical" risks to Acutus's business of customer incentive programs and the like as follows:

> [T]he promotion, sales and marketing of healthcare items and services, as well as certain business arrangements in the healthcare industry, are subject to extensive laws designed to prevent fraud, kickbacks, self-dealing and other abusive practices.  These laws and regulations may restrict or prohibit a wide range of pricing, discounting, marketing and promotion, structuring and commissions, certain customer incentive programs and other business arrangements generally.

132.    The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the

AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) the hypothetical risks described were then-existing and had already begun to materialize.

## C. Defendants Materially Misleading Statements In Connection With Acutus's Q2 2021 Results

133. Acutus's Q2 2021 Press Release quoted Burgess as stating,

"We are pleased with the momentum in our business during the second quarter, especially in our direct segments which grew nearly 45% sequentially as compared to the first quarter of 2021," said Vince Burgess, President and CEO of Acutus. ***Improved utilization and accelerated new product uptake both contributed to strong results in the quarter while capital sales were relatively stable compared to the first quarter of 2021.***"

134. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was

not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period and; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

135.   Acutus's Q2 2021 10-Q again referred to the installed base as Acutus's "Key Business Metric", stating,

> Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system.  We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products.

136.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) as a result of the foregoing, once an AcQMap console and workstation were placed with a customer, Acutus's revenue did not become "recurring in nature."

137.   Acutus's Q2 2021 10-Q touted Acutus's increased revenue, stating:

Revenue was $4.7 million for the three months ended June 30, 2021, compared to $1.1 million for the three months ended June 30, 2020. *This increase of $3.6 million, or 315%, was primarily attributable to a $2.2 million increase in purchase volume of our disposable products used in electrophysiology procedures as a result of a higher installed base and a $1.0 million increase in AcQMap System sales.*

138.   On the Q2 2021 Call, Defendants touted Acutus's revenue growth and increasing procedure volumes and utilization as driving factors.  Specifically, Burgess stated,

We generated revenue of $4.7 million compared to $1.1 million in Q2 of 2020 and compared to $3.6 million in Q1 of 2021.  *Year-over-year growth was driven by higher procedure volumes globally and increased capital equipment revenue, while procedure volumes and disposable revenues accounted for sequential growth in the quarter …. [W]e continue to focus not only on growing our installed base, but also targeting the right accounts for sustainable utilization.  During the second quarter, we saw these efforts take hold with several new customers now performing procedure volumes within the top quartile of utilization.*  At these same accounts, we saw active reorder rates during both exiting Q2 as well as here early in Q3.

Moving to procedures.  We registered volume growth on both a year-over-year and sequential basis in our Europe and U.S. direct business.  *This growth came from both new account openings and associated uptake as well as underlying growth in existing centers.*

139.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of

Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period, and; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation.

140.   Defendants stated on the Q2 2021 Call that they would probably remove and move "some" systems in the field because the systems had been placed in unproductive sites, which "could" impact the pace of increasing the installed base, but reassured investors that they were targeting the right accounts to drive increases in the installed base and utilization.  Specifically, Roman stated:

> **On your first question about the pace of installs and the strategy around identifying productive accounts and moving systems around, we are actively doing that.  There is very little value to us and actually, anyone in the ecosys, the patient or us having a system in a site that doesn't make sense.**  And that can be the result of the physician champion has left.  It can be the result of the fact that we, quite frankly, in our early commercial launch did not tick the right accounts into which to install these systems or there can be a variety of other factors at play.
>
> **So we will look to move systems around, bring them back here, upgrade them and redeploy them into the field.**  In the second quarter, as I said, we added 8 net installations to the installed base. **We will probably have some removals here in the back half of the year. So that could impact the pace of the increase in the installed base**. I would certainly expect to see the installed base higher on December 31 and where it was on June 30.  But our focus is really on finding the absolute right accounts. And without – I don't want to go into the revenue numbers, that one account, in particular, is ordered here in July, but it is really a reflection of getting accounts to the point where they're doing multiple procedures a week and that driving consistent utilization and reorder rates.
>
> **We opened a center in April in the Czech Republic that was doing 5 procedures a week, some months. And to the tune of 10 to 15 a month.** There – that was not a multi-month ramp up. That was almost immediately subsequent to installation.  **And we have a couple – we probably now have 3 or 4 of those accounts as an example, that we've been able to open here recently in the U.S.  So the installed base will continue to grow.**

141.   The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System, and; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period.

142.   On the Q2 2021 Call, Defendants reaffirmed their positive revenue guidance, noting that a number of systems were reaching the end of their evaluation periods, and would result in capital sales or disposable purchase agreements. Specifically, Roman stated:

> **The capital contribution to our business, [] will become more significant here in the second half of the year and on a go-forward basis.** And that is true both in – across all 3 of our operating segments, Europe, U.S. and our distribution partners. And **the reason for that is exactly what you pointed out, which is we have a number of evaluations that are coming to expiration.  And we will be in a position to convert those to capital commitment deals or cash sales.**
>
> The benefit of the capital commitment deals for us is it gives us a nice stream of long term, predictable revenue. It does result in slightly lower upfront revenue that we're able to recognize.  But **as we've started to come to completion on evaluations, we are having pretty good success actually on the capital conversion side and would expect that percentage of revenue to rise here.** I think we referenced in the script that capital sales were roughly flat-ish Q1 to Q2.  As we also have systems out there for greater than a year on permanent commitments or capital purchases, we will start to recognize services associated with that, which is about $25,000 a year of service and $5,000 in software that as a standard is included in the first year of the installation.

143.    The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) Defendants had no reasonable basis to project full year 2021 revenue in the range of $22 million to $30 million.

144.    On the Q2 2021 Call, an analyst asked about the basis for Defendants maintaining their full year 2021 revenue guidance in the range of $22 to $30 million, and Roman and Burgess engaged in the following exchange:

<Q - SARAN BASKAR; JPMORGAN CHASE & CO, RESEARCH DIVISION>: …. So, if I look at the midpoint, $26 million in sales for the full year versus about 8 -- just over $8 million in the first half.  What are you seeing right now in the quarter that gives you the confidence that either utilization or new placements can get you to the lower end or the midpoint of that guidance?  I mean what are you seeing so far that gives you that confidence?

<A - DAVID HARRISON ROMAN>: Sure. Let me just frame that a little bit.  If I look at the year-to-date drivers -- and the way I think about that is, *the improvement in our revenue from the fourth quarter to the first quarter and the first quarter to the second quarter -- what the drivers of that were, as I said, new account placements, new product adoption and increased utilization.*  As I look at each of those -- let me start with new account openings.  We opened a number of accounts very late in the second quarter, what I would describe as really the last week

of the second quarter. ***And those accounts where we opened late, we are seeing very strong uptake in utilization …. At the same token, those new accounts that we opened at the end of the second quarter really had no contribution to second quarter revenue, and we should see the contribution of those sequentially start to increase in Q3 versus Q2 as well.***

And then the last piece of the puzzle here, and this is a very important variable, both in Q2 and for the rest of the year is, how we execute against capital conversions. And just to remind you and everybody on the call, well, the increase in our installed base is not necessarily reflective of a capital sale. Remember, we place systems under evaluation and later aim to convert those to a capital sale. So ***we have a number of systems coming up for evaluation in -- where that evaluation has completed, where we expect to convert those to capital. We already have converted -- we already have seen conversions here in the third quarter.***

145. The foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose that: (a) a material percentage of the AcQMap Systems under evaluation had been installed at sites with little, if any, consideration given to whether the healthcare providers at the selected locations were likely to adopt, or desire to adopt, the Company's products; (b) a material percentage of AcQMap Systems had been placed pursuant to research agreements, whereby Acutus installed AcQMap Systems for no upfront charge at a customer site, and then paid physician users $2000-$3000 per use of the AcQMap System; (c) Acutus was not placing AcQMap Systems in a manner that would drive utilization or adoption of Acutus's products, or lead to a capital sale or disposable products purchase agreement at the conclusion of the evaluation period; (d) Defendants were in the process of designing a plan to remove and reposition a material percentage of the AcQMap Systems under evaluation, and; (e) Defendants had no reasonable basis to project full year 2021 revenue in the range of $22 million to $30 million.

## VI.  DEFENDANTS ENGAGED IN A FRAUDULENT SCHEME IN VIOLATION OF §10(b) AND RULES 10b-5(a) AND 10b-5(c) PROMULGATED THEREUNDER

146.   Defendants engaged in devices, schemes, and artifices to defraud under SEC Rule 10b-5(a), and acts, practices, and courses of business that operated as a fraud and deceit under SEC Rule 10b-5(c).

147.   Under Rule 10b-5(a), it is unlawful "for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange … [t]o employ any device, scheme, or artifice to defraud." 17   C.F.R. §240.10b-5(a).

148.   Under Rule 10b-5(c), it is unlawful "for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange … [t]o engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person, in connection with the purchase or sale of any security."  17 C.F.R. §240.10b-5(c).

149.   To state a claim under these rules, a plaintiff must allege misconduct, which may include deceptive statements or omissions—however, a plaintiff is not *required* to allege that a defendant made materially false or misleading statements or material omissions to state a claim.  "Thus, to state a claim for securities fraud based on scheme liability, a plaintiff must allege: (1) the defendant committed a deceptive or manipulative act in furtherance of the alleged scheme; (2) scienter; (3) a connection between the alleged deceptive or manipulative act and the purchase or sale of a security; (4) reliance upon the alleged deceptive or manipulative act; (5) economic loss; and (6) loss causation."  *In re Galena Biopharma, Inc. Sec. Litig.*, 117 F. Supp. 3d 1145, 1192 (D. Or. 2015).

150.   As described herein, Defendants engaged in a scheme to defraud the public.  During the Class Period, Defendants touted Acutus's increased installed base

and improving utilization, citing both as factors in the Company's increasing revenue, increased adoption of Acutus's products, overall growth and prospects, and as support for Defendants' rosy projections. Defendants misled investors to believe that the Company's growth and penetration into the highly concentrated electrophysiology market was the result of the strength of Acutus's "paradigm-shifting" products and of Acutus's strategic placement of AcQMap Systems.

151. Throughout the Class Period, Defendants represented that the Company increased its installed base primarily by placing AcQMap Systems under loan agreements (either evaluation agreements or deferred equipment agreements), under which Acutus provided the AcQMap System to a customer for free, with the aim of generating revenue from the customer from sales of Acutus's disposable products that were to be used with the system. Defendants stated that they also sold AcQMap Systems directly to hospitals along with software updates on a when-and-if-available basis and equipment service.

152. But, according to the Acutus Former Employee, during the Former Employee's tenure at the Company from 2019-2022, Defendants placed the majority of AcQMap Systems with customers under research agreements, whereby the customer would pay no upfront fee for the system and the *physician user would be paid $2000-$3000 by Acutus for each use of the AcQMap system*. Defendants never disclosed the existence of such agreements to investors. The Former Employee could recall only one or two systems that were *not* placed pursuant to research agreements during their tenure.

153. The Former Employee recalled that in most of the procedures they attended, there were two mapping systems in the room—the AcQMap System and a competitor system. The customer would use the competitor system to actually conduct the procedure, but would open the AcQMap System catheter, which was sufficient to constitute a "use" of the AcQMap System such that the customer could collect the $2000-$3000 fee from Acutus.

SECOND AMENDED COMPLAINT - 22cv00206

154. The Former Employee did not believe that the research agreements encouraged or increased utilization or adoption of the AcQMap System and Acutus's related products. The Former Employee was aware of AcQMap Systems sitting for months at customer sites after installation without generating any revenue or being used to conduct any procedures.

155. Defendants misled investors to believe that Acutus was, *inter alia,* executing on its initiatives, successfully commercializing the AcQMap System and related products, and was growing into a profitable company. Defendants' deceptive scheme allowed Defendants to artificially inflate the price of Acutus's securities during the Class Period as well as complete an SPO, reaping over $88 million in gross profits.

## VII. ADDITIONAL SCIENTER ALLEGATIONS

### A. Defendants' Access To Information And Core Operations

156. The Individual Defendants, as high-ranking executives and officers of Acutus, had access to confidential proprietary information concerning Acutus, and knew or should have known that Acutus was increasing its installed base pursuant to paid research agreements. Defendants received, reviewed, and were responsible for the public statements issued to Acutus investors during the Class Period, and knew or should have known that their public statements did not disclose the existence of the research agreements and that their public statements created a misleading impression of the Company's business, operations, installed base, and prospects.

157. The Individual Defendants' scienter is further established because Defendants' fraudulent scheme concerned Acutus's core operations. Acutus's AcQMap System is its flagship product, which Defendants referred to throughout the Class Period as "[o]ur foundational and most highly differentiated product." Throughout the Class Period, Acutus defined its installed base as its sole "key business metric" and emphasized the importance of increasing the installed base to the Company's success. For example, Defendants stated in Acutus's Q2 2021 10-Q,

Once an AcQMap console and workstation is established in a customer account, our revenue from that account becomes predominantly recurring in nature and derived from the sale of our portfolio of disposable products used with our system. ***We believe our installed base is one of the key indicators of our ability to drive customer adoption of our products …. The growth of our business will depend substantially on our ability to increase our installed base.***

158.  Acutus's installed base consisted of just 62 units at the start of the Class Period and increased only to 71 by the end of the Class Period.  Acutus's AcQMap Systems were placed into the field in select, highly concentrated geographic regions in the U.S., Europe, and the U.K.  As Defendants stated in the SPO Materials, "In the United States and Western Europe, our target market is highly concentrated.  We plan to leverage the concentrated nature of procedure volumes and the recurring nature of our sales to drive an increasingly efficient commercial model."  When asked by an analyst about utilization within system accounts on the Q1 2021 Call, Burgess stated, "We're dealing with small numbers of hospitals and accounts, relatively speaking."

159.  Acutus represented that it generated the majority of its revenue from just a few customers; Defendants stated in the SPO Materials, "We currently derive a significant portion of our revenue from a relatively small number of customers.  Our top three and five customers accounted for 30% and 43% of our revenue in 2020, respectively."

160.  Defendants' public representations, which included granular details regarding the installed base further demonstrate Defendants' knowledge regarding placements and the success of a placement.  For example, Defendants stated on the Q1 2021 Call that "many of the new system placements so far in 2021 are at major academic and high-volume community institutions …. During the first quarter, only half of our consoles were consistently active[.]"  Roman stated on the May 13, 2021 Call that "We do have several evaluations coming up for—coming into completion …. of the 62 units we have in the field right now, a cumulative 16 have been converted

to capital sales or some type of a catheter deal." Roman stated on the Q2 2021 Call that Acutus would "probably have some removals [of AcQMap Systems in the field] here in the back half of the year[,]" and, "we have a number of systems coming up for evaluation …. We already have converted—we have seen conversions here in the third quarter."

161. In addition, the Company, at all relevant times, had a very small commercial organization which was responsible for increasing the installed base, and no more than eleven directors and officers. For example, Defendants stated in the Q2 2021 10-Q that as of June 30, 2021, the Company's commercial organization consisted of 80 individuals, comprised of sales representatives, sales managers, mappers and marketing personnel.

162. During the Class Period, Defendants represented that they were in close communication with and closely monitored their commercial organization's prowess and were very familiar with customer accounts. For example, Burgess stated on the Q1 2021 Call:

> [I]f you talk to our folks on the ground, it's taken a little bit longer than expected to get there, but they are getting there, and we expect the U.K. probably to lead the charge in terms of coming back up to more normal utilization levels.

> We are on our update call with the entire European team for a couple of hours this morning getting an update, and this is just an outstanding team, highly mature, very experienced and tenured group with a great handle on the business, and we feel like they're properly positioned with the right customers.

On the Q1 2021 Call, Burgess stated that one of Acutus's U.S. accounts "did 4 cases yesterday with us in a single day, in a single room." Further, on the Q1 2021 Call, Burgess and Roman stated,

> VINCENT J. BURGESS: We got a couple of accounts that I can think of right off the bat that, once they get to know our rep, once they get to

know our product and how we think about this market, all of a sudden, they started asking about our mapping system ….

DAVID HARRISON ROMAN: And more of the specific examples that Vince is referencing, actually, I believe, will be installed this week or next.

On the Q2 2021 Call, Roman stated,

[O]ne account, in particular, is ordered here in July, but it is really a reflection of getting accounts to the point where they're doing multiple procedures a week and [ ] driving consistent utilization and reorder rates.

We opened a center in April in the Czech Republic that was doing 5 procedures a week, some months …. [W]e probably have 3 or 4 of those accounts as an example, that we've been able to open here recently in the U.S.

163.   The Former Employee's account further supports a strong inference of Defendants' scienter.  The Former Employee was part of the Company's small commercial organization, during which time they were employed by Acutus as a mapper, responsible for sales and training.  The Former Employee stated that when they started working for Acutus in 2019, the Company had 10-12 total mappers; over time, these numbers increased to approximately 25 mappers by the end of the Former Employee's tenure in 2022.  The Former Employee traveled extensively and attended electrophysiology procedures all over the U.S. and spent two weeks doing so in Europe during their tenure.  The Former Employee stated that they traveled so extensively to attend procedures because they had more extensive knowledge and understanding of the AcQMap System than most of the other mappers.  During the Former Employee's tenure, AcQMap Systems were typically installed by an Acutus engineer and one or two mappers.

164.   During the Former Employee's tenure, one of the individuals that they reported to was Acutus's East Coast Regional Director, Brandon Allen.  Brandon Allen reported directly to Burgess.

165.   The Former Employee observed that the majority of AcQMap Systems were placed pursuant to paid research agreements with physicians and could recall only one or two systems that were not installed under such agreements during their tenure.  According to the Former Employee, under these research agreements, Acutus placed the AcQMap System for free at a site and paid physicians $2000-$3000 per use of the AcQMap System; just opening the Acutus disposable catheter was sufficient to constitute a use of the AcQMap System and for the physician to be able to collect the fee.

166.   According to the Former Employee, physicians typically utilized a competitor mapping system to conduct procedures instead of the AcQMap System, but would open the Acutus catheter for purposes of collecting the fee.  In the Former Employee's experience, physicians utilizing the system under research agreements did not utilize the AcQMap System in a meaningful way; the Former Employee thought Acutus's business was not growing because it was derived primarily as a result of paid research agreements.

167.   The Former Employee was aware of numerous AcQMap Systems that sat for months after installation at customer sites without being used to conduct any procedures and without generating any revenue for the Company.

168.   Further supporting Defendants' scienter is that the Individual Defendants were highly experienced in the cardiovascular industry and medical device sales industry, which supports an inference that they were aware of and appreciated the significance of increasing the installed base under paid research agreements.  For example, Roman worked in the medical technology industry for over 15 years before joining Acutus.  Prior to joining Acutus, Roman served as Vice President, Strategy & FP&A for Baxter International, Inc. since 2016.  Prior to joining Baxter, Roman was a managing director at Goldman, Sachs & Co., where he led the firm's U.S. medical technology equity research team.

169.  In addition, the SPO Registration Statement and Prospectus touted Acutus's "Highly experienced senior management team with broad cardiovascular industry experience" stating,

> Our senior management team consists of seasoned medical device professionals with deep industry experience.  Our team has successfully led and managed growth phases in organizations and commercialized products in markets with established incumbents by addressing the unmet needs of the clinicians and patients they serve.  Members of our team have worked with well-regarded medical technologies companies such as Volcano Corporation, Boston Scientific Corporation, Guidant Corporation, Medtronic plc, Abbott Laboratories, St. Jude Medical, Inc., Philips and Biotronik.

**B.    Defendants Had The Motive And Opportunity To Engage In Their Fraudulent Scheme**

> **1.    Acutus Was Reliant On Fundraising To Remain A Going Concern**

170.  Acutus has incurred significant operating losses since its inception in March 2011 and has historically funded its operations through fundraising.  In the Registration Statement Acutus issued in connection with its IPO, the Company's independent registered public accounting firm, KPMG LLP, stated, ***"the Company has incurred operating losses since inception and expects to continue to incur significant operating losses for at least the next several years that raise substantial doubt about its ability to continue as a going concern."***  Prior to the Company's IPO in August 2020, the Company's operations were primarily financed by aggregate net proceeds from the sale of its convertible preferred stock and principal of its converted debt of $253.9 million and other indebtedness.

171.  Acutus's August 2020 IPO infused some much-needed cash into the Company, but Acutus remained unprofitable and reliant on fundraising to continue its operations.  At the end of the fiscal year ended December 31, 2020, the Company had a net loss of $102 million and an accumulated deficit of $361 million.  Acutus was critically low on cash by the start of the Class Period, by which point the Company

had an accumulated deficit of $390.2 million and cash and cash equivalents of $8.6 million.  Defendants stated in Acutus's Q1 2021 10-Q filed with the SEC on May 13, 2021,

> The Company has limited revenue, has incurred operating losses since inception and expects to continue to incur significant operating losses for at least the next several years and may never become profitable …. *The Company has historically funded its operations primarily through the sale of debt and equity securities as well as other indebtedness.*  With the closing of the Company's initial public offering ("IPO") in August 2020, the Company's current cash, cash equivalents and marketable securities are sufficient to fund operations for at least the next 12 months. However, the Company may need to raise additional funds through the issuance of additional debt, equity or both.  *Until such time, if ever, the Company can generate revenue sufficient to achieve profitability, the Company expects to finance its operations through equity or debt financing[.]*

172.  Thus, Defendants were motivated to engage in their fraudulent scheme during the Class Period to enable Acutus to raise cash at inflated levels not merely to obtain good financing and expand business, but rather, to enable Acutus to continue its operations.  And on July 19, 2021, Defendants completed an SPO whereby the Company issued 6,325,000 shares of common stock and received gross proceeds of $88.6 million from the offering.

173.  Further, Defendants were motivated to engage in their fraudulent scheme to raise funds sufficient to meet Acutus's numerous financial obligations.

174.  In May 2011, Acutus entered into an Exclusive Patent License Agreement with Christopher Scharf (who served on the Acutus board of directors until resigning in June 2020), whereby Acutus acquired an exclusive worldwide license under certain patents and pending patent applications regarding technology related to recording electrical activity of organ tissues.  Acutus is obligated to use commercially reasonable efforts to develop and sell products covered by the licensed patents and following the first commercial sale of any such product, Acutus must use commercially reasonable efforts to meet the market demand for such product.  In

exchange for the license, Acutus is required to pay Scharf single-digit percentage royalties on net sales by Acutus, its affiliates, or sublicensees of any covered products.

175. In April 2014, Acutus entered into an Exclusive Patent License Agreement with the University of Minnesota, pursuant to which Acutus received an exclusive, sublicensable license under certain patents and pending patent applications related to cardiac imaging technology. Acutus is obligated to use commercially reasonable efforts to commercialize products covered by the license as soon as practicable and to maximize sales of any such products. In consideration for the license, Acutus paid the University of Minnesota an upfront fee and is required to pay the University of Minnesota an annual maintenance and administrative fees, certain regulatory and commercial milestones up to $235,000, and single-digit percentage royalties on net sales of products covered by the license, subject to a minimum annual royalty beginning at $15,000, and increasing to $50,000 in the seventh year of the agreement. Acutus is also obligated to pay the University of Minnesota between 15% - 25% of revenue other than royalties that it or its affiliate receive from sublicensees as a result of the rights granted under the license agreement.

176. In June 2015, Acutus entered into a Master License Agreement with Biotectix, LLC, as assumed by Heraeus Medical Components LLC ("Heraeus"), pursuant to which Heraeus agreed to develop a coating for use in Acutus's catheters. Pursuant to the Master License Agreement, Acutus is required to provide Heraeus binding forecasts of purchase orders for coating materials used in Acutus's catheters as well as single-digit percentage royalties on net sales of Acutus's catheters incorporating the coating provided by Heraeus, with a minimum $25,000 yearly royalty.

177. On May 20, 2019, Acutus entered into a credit agreement (the "2019 Credit Agreement") with OrbiMed Royalty Opportunities II, LP (until June 2020, Burgess was a venture partner of OrbiMed Advisors, an OrbiMed Royalty Opportunities II, LP affiliate) as origination agent and Wilmington Trust, National

Association as administrative agent.  The 2019 Credit Agreement provided Acutus with a senior term loan facility in aggregate principal amount of $70 million, of which Acutus borrowed $40 million upon closing.  The 2019 Credit Agreement bears interest per annuum at 7.75% plus LIBOR for such interest period, and the principal amount of term loans outstanding under the agreement is due on May 20, 2024.  Acutus's payment obligations under the 2019 Credit Agreement are secured by substantially all of its assets and the assets of its wholly owned subsidiary and requires Acutus to maintain a minimum liquidity amount of $5 million.

178.  In June 2019, Acutus acquired Rhythm Xience, which required Acutus to pay $3 million in cash and to pay Rhythm Xience's former owners up to $17 million in additional earn out consideration based on the achievement of certain regulatory and revenue milestones.  In February 2020, Acutus issued to the former owners of Rhythm Xience 119,993 shares of Series D convertible preferred stock valued at $2.2 million and paid them $2.5 million in the first quarter of 2020 and an additional $2.5 million in the first quarter of 2021.

179.  In July 2019, Acutus entered into a License and Distribution Agreement with Biotronik and VascoMed GmbH ("Biotronik Parties") to obtain certain licenses to the Biotronik Parties' patents, whereby the Company acquired certain manufacturing equipment and obtained from the Biotronik Parties a license under which certain patents and technology to develop, commercialize, distribute and manufacture the Acutus's AcQBlate Force ablation catheters and Qubic Force device. Acutus paid the Biotronik Parties $3 million upfront at the time the agreement was signed as well as a technology transfer fee of $7 million in cash in December 2019 and $5 million in shares of Acutus's Series D convertible preferred stock in February 2020.  Acutus is also required to pay the Biotronik Parties up to $10 million upon the achievement of various regulatory and sales-related milestones, as well as unit-based royalties on any sales of force sensing catheters.

## 2.    The Individual Defendants Were Motivated By Personal Gain

180.    In addition, Roman and Burgess were motivated to engage in their fraudulent scheme for personal gain.

181.    Pursuant to Burgess's employment agreement with Acutus, as stated in Acutus's April 29, 2021 Proxy Materials, and incorporated by reference into the July 15, 2021 Prospectus as part of the SPO Materials, Burgess's annual base salary was $515,000 and his annual target under Acutus's annual cash incentive program was 75% of his base salary.  Burgess's annual bonus would be determined based on the executive's performance, the achievement of target objectives for the Company, or any other terms to be determined by the Board in its sole discretion. Burgess was additionally eligible to participate in any stock option, restricted stock, stock appreciation rights, or any other equity compensation plan or program sponsored by the Company in the terms determined by the Board in its sole discretion; pursuant to Burgess's employment agreement date October 14, 2019, no later than 30 days following the effective date, Burgess would be granted 3,990,686 shares of Acutus common stock at an exercise price per share equal to the fair market value of one share as of the grant date of the initial award, as determined by the Board in its full discretion.  The common shares issued to Burgess were to vest in monthly installments.

182.    Under Roman's employment agreement with Acutus, Roman's base salary was $380,000, and Roman had an annual target bonus opportunity in the amount of 50% of his base salary.  Roman's annual bonus would be determined based on the executive's performance, the achievement of target objectives for the Company, or any other terms to be determined by the Board in its sole discretion. Roman additionally was eligible to participate in any stock option, restricted stock, stock appreciation rights, or any other equity compensation plan or program sponsored by the Company in the terms determined by the Board in its sole discretion;

the Company granted Executive RSUs based on $500,000 in value and stock options based on $700,000 to Roman on April 1, 2021.

183.    Pursuant to Acutus's 2020 Equity Incentive Plan, the Company was permitted to grant nonstatutory stock options, restricted stock units with non-market performance and service conditions ("PSUs"), performance shares, and other equity-based awards to directors and employees effective August 5, 2020; vesting of PSUs was dependent upon the satisfaction of both a service condition and a performance condition, which is an IPO or a change of control.

184.    The Company also had a 2020 Employee Stock Plan, which permitted employees to purchase shares of Acutus's common stock, the occurrence and duration of offering periods of which were subject to the discretion of the Compensation Committee and Company's Board of Directors.

## C.    Acutus's Corporate Scienter Is Alleged

185.    Each of the Individual Defendants was a high-ranking management-level employee of Acutus.  The scienter of each of the Individual Defendants and of all other management-level employees of Acutus, including each high-ranking officer or director, is imputable to Acutus.  The knowledge of each of these individuals should therefore be imputed to Acutus for the purposes of assessing corporate scienter.

186.    Even aside from the scienter of the Individual Defendants, the facts alleged herein raise a strong inference of corporate scienter as to Acutus as an entity.  Corporate scienter may be alleged independent of individual defendants where a statement or course of conduct would have been approved by corporate officials sufficiently knowledgeable about the company to know the statement could be misleading, or that a course of conduct was deceptive.  Here, Defendants' course of conduct, and Defendants' materially misleading statements and omissions made to the investing public, regarding the Company's installed base, utilization, adoption, operations, finances, and business practices—all important topics that would

necessarily require approval by appropriate corporate officers—was deceptive and constituted a fraud upon investors.

## VIII.  LOSS CAUSATION

187.  Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic losses suffered by Plaintiff and the Class.

188.  Throughout the Class Period, as detailed herein, Defendants engaged in a deceptive course of conduct which caused the price of Acutus securities to be artificially inflated.  But for Defendants' misconduct, and issuance of materially false and misleading statements, Plaintiff and the other members of the Class would not have purchased Acutus securities or would not have purchased such securities at artificially inflated prices.  Later, when the concealed risks of Defendants' fraudulent scheme materialized, the price of Acutus shares fell significantly as the prior artificial price inflation was dissipated.

189.  As a result of their purchases and/or acquisition of Acutus securities during the Class Period, Plaintiff and other members of the Class suffered economic losses, *i.e.*, damages, under the Exchange Act.  The timing and magnitude of the decline in the prices of the Company's shares negate any inference that the economic losses and damages suffered by Plaintiff and other members of the Class were caused by changed market conditions, macroeconomic factors, or Company-specific facts unrelated to Defendants' wrongful conduct.

190.  As detailed *supra*, the concealed risks of Defendants' fraudulent scheme materialized on August 12, 2021 and November 11, 2021.  As a direct result of these partial disclosures, the price of Acutus's stock declined significantly, thereby damaging investors as the artificial inflation in Acutus's stock price was removed.

191.  On August 12, 2021, Defendants confirmed that Acutus had failed to increase its installed base at the pace that Defendants had told investors on May 13, 2021 that Acutus could and would achieve, of at least four units per month, or 12 per quarter.  Over the quarter, Acutus increased its installed base by 8 units, from 62 to

70, or 1/3 less than Defendants' stated pace.  Defendants further represented that they would "probably" remove and/or reposition "some" units "in the back half of the year."  As a result of this partial materialization of the risks of Defendants' deceptive course of conduct, Acutus's share price fell $1.73 per share, **over 13%,** to close at $11.56 on August 13, 2021.

192.    On November 11, 2021, Defendants confirmed that they had again failed to increase Acutus's installed base by their previously stated pace of 12 units over the quarter and had increased the installed base by just one unit, to 71 units total.  Defendants stated that they had removed "less than 10—but still a significant number" of the 40-45 systems in the field which were underperforming.  Defendants revised Acutus's full year 2021 revenue guidance down from a range of $22-$30 million to a range of $17-$17.5 million and admitted that they were tracking a full year behind their stated trajectory.  Defendants noted that Acutus's direct business revenue had declined on a sequential basis due to factors including "lower capital conversion" and "lower new installations.".  Defendants stated that going forward, they would focus on "looking to optimize console placement.  Targeting the right accounts where we can drive higher adoption will allow us to optimize utilization of our cash and human resources."  As a result of this further materialization of the risks of Defendants' deceptive course of conduct, Acutus's share price fell $3.02 per share, **more than 45%,** to close at $3.64 on November 12, 2021, on unusually heavy trading volume.

## IX.    APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

193.    The market for Acutus's securities was open, well-developed and efficient at all relevant times.  As a result of Defendants' misconduct alleged herein, Acutus's securities traded at artificially inflated prices during the Class Period.  On June 27, 2021, the Company's share price reached a Class Period high of $18.00 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the

Company's securities relying upon the integrity of the market price of Acutus's securities and market information relating to Acutus, and have been damaged thereby.

194.   During the Class Period, the artificial inflation of Acutus's shares was caused by Defendants' misconduct and deceptive acts particularized in this Complaint, causing the damages sustained by Plaintiff and other Class Members.  As described herein, during the Class Period and undisclosed to investors, Defendants increased Acutus's installed base and utilization rates under paid research agreements, whereby Acutus paid physicians $2000-$3000 per use of the AcQMap System. Defendants' conduct created an unrealistically positive assessment of Acutus and its business, operations, and prospects, causing the price of the Company's securities to be artificially inflated at all relevant times, and when the risks of that conduct were disclosed, negatively affected the value of the Company's shares.   Defendants' deceptive conduct during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, and each of them has been damaged as a result.

195.   At all relevant times, the market for Acutus's securities was an efficient market for the following reasons, among others:

(a)   Acutus shares met the requirements for listing, and were listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)   As a regulated issuer, Acutus filed periodic public reports with the SEC and/or the NASDAQ;

(c)   Acutus regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)   Acutus was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were

distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

196.   As such, the market for Acutus's securities promptly digested current information regarding Acutus from all publicly available sources and reflected such information in Acutus's share price.

197.   As a result of Defendants' misconduct alleged herein, the market for Acutus's securities was artificially inflated.   Under these circumstances, the presumption of reliance available under the "fraud-on-the-market" theory applies, and all purchasers of Acutus's securities during the Class Period are presumed to have suffered similar injury through their purchase of Acutus's securities at artificially inflated prices.

## X.    NO SAFE HARBOR

198.   The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.   The statements alleged to be false and misleading herein all relate to then-existing facts and conditions.   In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.   In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Acutus who knew that the statement was false when made.

# XI.    PLAINTIFF'S CLASS ACTION ALLEGATIONS

199.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Acutus common stock between May 13, 2021 and November 11, 2021, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers, and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

200.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Acutus's shares actively traded on the NASDAQ.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Acutus shares were traded publicly during the Class Period on the NASDAQ.  Record owners and other members of the Class may be identified from records maintained by Acutus or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

201.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

202.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

203.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

1          (a)    whether the federal securities laws were violated by Defendants'

2    acts as alleged herein;

3          (b)    whether statements made by Defendants to the investing public

4    during the Class Period omitted and/or misrepresented material facts about the

5    business, operations, and prospects of Acutus;

6          (c)    whether Defendants participated directly or indirectly in the

7    course of conduct complained of herein;

8          (d)    whether Defendants acted knowingly or recklessly in issuing false

9    and misleading SEC filings and public statements during the Class Period;

10          (e)    whether the prices of the Company's securities during the Class

11    Period were artificially inflated because of Defendants' conduct complained of

12    herein; and

13          (f)    to what extent the members of the Class have sustained damages

14    and the proper measure of damages.

15    204.    A class action is superior to all other available methods for the fair and

16    efficient adjudication of this controversy since joinder of all members is

17    impracticable.  Furthermore, as the damages suffered by individual Class members

18    may be relatively small, the expense and burden of individual litigation makes it

19    impossible for members of the Class to individually redress the wrongs done to them.

20    There will be no difficulty in the management of this action as a class action.

21    205.    Plaintiff will rely, in part, upon the presumption of reliance established

22    by the fraud-on-the-market doctrine in that:

23          (a)    Defendants made public misrepresentations and omissions of

24    material facts during the Class Period, and Defendants committed deceptive or

25    manipulative acts during the Class Period that caused false or misleading information

26    to be publicly disseminated into the marketplace, in furtherance of the alleged scheme;

27          (b)    the Company's securities are traded in efficient markets;

28

(b)    the Company's securities were liquid and traded with moderate to heavy volume during the Class Period;

(d)    the Company's securities traded on the NASDAQ, and was covered by market analysts;

(e)    Defendants' deceptive or manipulative acts during the Class Period, which caused false or misleading information to be publicly disseminated into the marketplace, and the misrepresentations and omissions alleged herein, would tend to induce a reasonable investor to misjudge the value of the Company's securities;

(f)    Plaintiff and members of the Class purchased and/or sold the Company's securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts, and;

(g)    unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

206.  Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

207.  Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## XII.   CAUSES OF ACTION

### FIRST CLAIM
**Violation of Section 10(b) of The Exchange Act and
Rules 10b-5(a), 10b-5(b) and 10b-5(c) Promulgated Thereunder
<u>Against All Defendants</u>**

208.  Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

209.   During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Acutus's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

210.   Defendants (i) employed devices, schemes, and artifices to defraud and (ii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Acutus's securities in violation of Section 10(b) of the Exchange Act and Rules 10b-5(a). 10b-5(b) and 10b-5(c) promulgated thereunder. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

211.   Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Acutus's financial well-being and prospects, as specified herein.

212.   Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Acutus's value and performance and continued substantial growth, which deceived investors about Acutus's key metrics, business operations, finances, and future prospects in light of the circumstances under which they were made, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

213.    Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was deceptive in light of their undisclosed, deceptive course of conduct.

214.    Defendants had actual knowledge of the falsity of their statements and the deceptive course of conduct set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Defendants engaged in their deceptive course of conduct knowingly or recklessly and for the purpose and effect of concealing the truth about Acutus's key business metrics, its financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.  As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the deceptive course of conduct alleged herein, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether their course of conduct was deceptive.

215.   As a result of Defendants' false and misleading statements and deceptive conduct, as set forth above, the market price of Acutus's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Acutus's securities during the Class Period at artificially high prices and were damaged thereby.

216.   At the time of Defendants' false and misleading statements and deceptive course of conduct, Plaintiff and other members of the Class were ignorant of the truth.  Had Plaintiff and the other members of the Class and the marketplace known the truth, such as that Acutus increased its installed base by paying physicians $2000-$3000 per use of the AcQMap System, which was not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Acutus securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

217.   By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rules 10b-5(a), 10b-5(b) and 10b-5(c) promulgated thereunder.

218.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

1

2

3

## SECOND CLAIM
### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

4     219.   Plaintiff repeats and re-alleges each and every allegation contained

5     above as if fully set forth herein.

6     220.   The Individual Defendants acted as controlling persons of Acutus within

7     the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of

8     their high-level positions and their ownership and contractual rights, participation in,

9     and/or awareness of the Company's operations, the Individual Defendants had the

10    power to influence and control and did influence and control, directly or indirectly,

11    the decision-making of the Company, including the nature of the agreements that the

12    Company would place AcQMap Systems under, and the content and dissemination of

13    the Company's public representations referenced herein.  The Individual Defendants

14    were provided with or had unlimited access to information concerning the Company's

15    installed base and the nature of the agreements under which AcQMap Systems were

16    placed.  The Individual Defendants were provided with or had unlimited access to

17    copies of the Company's reports, press releases, public filings, and other statements

18    prior to and/or shortly after these statements were issued and had the ability to prevent

19    the issuance of the statements or cause the statements to be corrected.

20    221.   In particular, the Individual Defendants had direct and supervisory

21    involvement in the day-to-day operations of the Company and, therefore, had the

22    power to control or influence the particular transactions giving rise to the securities

23    violations as alleged herein, and exercised the same.

24    222.   As set forth above, Acutus and the Individual Defendants each violated

25    Section 10(b) and Rules 10b-5(a), 10b-5(b) and 10b-5(c) by their acts as alleged in

26    this Complaint.  By virtue of their position as controlling persons, the Individual

27    Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and

28    proximate result of Defendants' wrongful conduct, Plaintiff and other members of the

Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## XIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## XIV. DEMAND FOR A TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: October 27, 2023                **GLANCY PRONGAY & MURRAY LLP**

By: */s/ Natalie S. Pang*
Robert V. Prongay (SBN 270796)
Kara M. Wolke (SBN 241521)
Natalie S. Pang (SBN 305886)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: kwolke@glancylaw.com
Email: npang@glancylaw.com

*Counsel for Lead Plaintiff*
*Paul D. Weinberg*

SECOND AMENDED COMPLAINT - 22cv00206
75

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On October 27, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 27, 2023, at Los Angeles, California.


*s/ Natalie S. Pang*
Natalie S. Pang