UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACUTUS MEDICAL, INC. SECURITIES LITIGATION | Case No.: 22-cv-206-RSH-VET<br><br>**ORDER DISMISSING CASE** |

On March 26, 2024, the Court granted the motion to dismiss the Second Amended Complaint ("SAC") filed by Defendants Acutus Medical, Inc., Vince Burgess, and David H. Roman. ECF No. 43. The Court gave Plaintiff leave to amend when granting Defendants' previous motion to dismiss the Consolidated Action Complaint ("CAC") but reasoned that the SAC did not cure the deficiencies in the CAC. Therefore, the Court instructed that if Plaintiff wished to proceed in this action, he may file a motion for leave to file a third amended pleading within 30 days of the Court's Order. *Id.* at 17. The Order further provided that if Plaintiff failed to file such a motion to amend within the time provided, the action would be dismissed and the case closed. *Id.* That deadline has passed, and Plaintiff has not filed a motion to amend or requested additional time.

//

//

1  Accordingly, the Court **DISMISSES** the case. The Clerk of Court is **DIRECTED**
2  to close the file.
3      **IT IS SO ORDERED**.
4  Dated:  April 29, 2024

                                            Hon. Robert S. Huie
                                            United States District Judge