


# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffry Brown; Clinton A. Ferguson | Civil Action No.  22-cv-206-RSH-VET |
| **Plaintiff,** | |
| V. | |
| Acutus Medical, Inc.; Vince Burgess; David H. Roman | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The case is dismissed and hereby closed.

Date:  4/29/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sudan
                                          A. Sudan, Deputy