UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL D. WEINBERG, Lead Plaintiff; Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ACUTUS MEDICAL, INC.; et al.,<br><br>Defendants - Appellees. | No. 24-3537<br><br>D.C. No.<br>3:22-cv-00206-RSH-VET<br>Southern District of California, San Diego<br><br>ORDER |

The conference previously scheduled for July 02, 2024, is canceled.

The stipulated motion to dismiss this appeal (Docket Entry No. 5) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator